ATTACHMENT #1



# CITY OF PORTLAND
OFFICE OF MANAGEMENT AND FINANCE

Charlie Hales, Mayor
Fred Miller, Chief Administrative Officer

Bryant Enge, Director
Bureau of Internal Business Services
1120 S.W. Fifth Avenue, Rm. 1250
Portland, Oregon 97204-1912
(503) 823-6962
FAX (503) 823-5384
TTY (503) 823-6868

July 15, 2015

Joe Walsh
7348 SE Division Street
Portland, Oregon 97206

RE: Notice of Exclusion from City Property

Dear Mr. Walsh:

On July 8, 2015, you attended the City Council meeting to observe and to provide public testimony. At the beginning of the Council meeting, the Mayor, as presiding officer, informed all persons of the ground rules and courtesy expectations for meeting attendance, such as the need to limit testimony to the allotted time given to each speaker and to the agenda matter at hand, being respectful of others, and not being disruptive of the proceeding. On that date, while an agenda matter was being heard by Council, you disrupted the session by yelling from the public seating area. You failed to stop your interruption while the agenda matter was being presented by other speakers but instead went to the presentation table to continue your yelling. The Mayor repeatedly asked you to stop. Instead of complying with the reasonable direction of the presiding officer and letting the Council proceeding be carried out in an orderly manner, you continued your interruption. The Council session had to be recessed while you were escorted out of Council Chambers. While still in the building, you engaged in a loud confrontation with a City staff in the atrium area.

This is not your first incident of disruptive behavior at City Council meetings. On September 17, 2014, you were given an exclusion from City Council meetings due to your history of disruptive behavior for numerous disruptive behavior.

On May 20, 2015, you were given another exclusion from City Council meeting due to your disruptive behavior.

In this latest incident, you have continued to demonstrate a pattern of purposeful disruption and interference with the normal operation and administration of City Council meetings. This latest incident demonstrates your inability and unwillingness to follow reasonable directions of the presiding officer.

Your action disrupted the City's vital governmental operations through its City Council meetings and is in violation of the City's Rules of Conduct that all persons are required to observe while on City of Portland properties. The City is responsible for ensuring that employees and visitors have a safe and welcoming environment to conduct business for or with the City. Your disruptive behavior created an unsafe and hostile environment for City employees and visitors conducting City business, and have

*An Equal Opportunity Employer*
*To help ensure equal access to programs, services and activities, the Office of Management & Finance will reasonably modify policies/procedures and provide auxiliary aids/services to persons with disabilities upon request.*
www.portlandonline.com/omf/operations

caused stressful and fearful work conditions. As property owner, the City of Portland has the right to exclude you from its properties due to your repeated engagement in these disruptive activities.

Pursuant to Portland City Code Section 5.36.115, as well as the authority from City Charter, City Code and as authorized by the City Council and the Mayor, the Office of Management and Finance has been designated to administer and enforce the Rules of Conduct for City properties and to issue exclusions to persons who violate the Rules of Conduct on City properties. On behalf of the City of Portland and as the designated person in charge, the following restrictions are imposed on your access to City properties:

1. You are excluded from the following City of Portland property:

   - *Portland City Hall located at 1221 SW 4th Ave., Portland, Oregon. Excluded areas include the loggias, and ramps or driveways leading to City Hall including the decorative fence surrounding City Hall to the building.*

2. This exclusion is for a period of sixty (60) days, and shall commence on the date of this Notice.

3. This exclusion from the identified City property is in addition to any other exclusions that may have been issued to you by others, such as City parking garage manager or the courts.

4. If you wish to appeal this exclusion, your request for appeal must be made in writing to the Code Hearings Office (1900 SW 4th Ave, Room 3100, Portland, Oregon 97201; Phone 503-823-7307; Fax 503-823-4347; TTY 503-823-6868) within five calendar days of the date of this notice of exclusion and specifying your basis for appeal. Unless you request in writing the presence of the issuing person at the appeal hearing, the sworn statement of the person in charge who issued the notice of exclusion shall be used as evidence. Serve a copy of your request for appeal to the Director of Internal Business Services at the address below. Your request for appeal does not stay the effectiveness of this exclusion.

5. You may not enter or remain on the above identified location while the exclusion is in effect. Any violation of this exclusion will result in your arrest for Criminal Trespass in the Second Degree. The City of Portland will vigorously prosecute you for any and all violations of the law, including criminal trespass.

6. The City of Portland reserves the right to exclude you from other City properties.

7. The City welcomes diverse viewpoints at Council meetings. However, attendance at Council meetings requires attendees to follow the rules of order and the limitations that the Council imposes so that meetings can run efficiently and orderly. During the period of exclusion, you may observe live Council meetings online. See: http://www.portlandoregon.gov/28258. Any testimony you wish to provide must be submitted in writing to the City Council Clerk prior to the meeting date. Contact for the Council Clerk is: 1221 SW 4th Ave, Rm 130, Portland, Oregon 97204 or at http://www.portlandonline.com/auditor/index.cfm?c=26979. The agenda for the City Council meetings is posted by the Council Clerk on the Friday prior to the Council meetings. The Council Clerk provides links on the City's website to the various items on the Council agenda as soon as possible after the agenda is posted.

8. During the period of exclusion, you may continue to conduct business with the City offices located at the Portland City Hall through alternate means. The City will not tolerate abusive communication whether in person or in writing. City offices may request that any business you wish

to conduct be "by appointment" at different meeting locations. Breach of the Rules of Conduct, including causing disruption in the common areas of City Hall or harassing City officials or employees, will subject you to additional exclusions.

9. After the term of exclusion expires, you will once again be allowed to attend City Council sessions, and to give oral public testimony in accordance with the Rules of the Council, including such limitations as are imposed by the presiding. Should you engage in further disruption of the Council, you should be aware that any future exclusion is likely to be for a significantly longer period of time.

Questions as to this exclusion must be made in writing to the Director of Internal Business Services, Office of Management and Finance, at 1120 SW 5th Avenue, Room 1204, Portland, Oregon 97204.

Bryant Enge

*[signature: Bryant Enge]*

Director, Bureau of
Internal Business Services