

**CITY OF**

## PORTLAND, OREGON

# OFFICIAL MINUTES

A REGULAR MEETING OF THE COUNCIL OF THE CITY OF PORTLAND, OREGON WAS HELD THIS **8TH DAY OF JANUARY, 2014** AT 9:30 A.M.

THOSE PRESENT WERE: Mayor Hales, Presiding; Commissioners Fish, Novick and Saltzman. 4.

OFFICERS IN ATTENDANCE: Karla Moore-Love, Clerk of the Council; Tracy Reeve, Chief Deputy City Attorney; and Jim Wood, Sergeant at Arms.

Item Nos. 29, 34 and 37 were pulled for discussion and on a Y-4 roll call, the balance of the Consent Agenda was adopted.

The meeting recessed at 11:12 a.m. and reconvened at 11:20 a.m.

|  |  | Disposition: |
|---|---|---|
| | **COMMUNICATIONS** | |
| 19 | Request of Lisa Fay to address Council regarding Right 2 Dream Too (Communication) | **PLACED ON FILE** |
| 20 | Request of Sophia Kinhnarath to address Council regarding R2D Too (Communication) | **PLACED ON FILE** |
| 21 | Request of Trillium Shannon to address Council regarding Right 2 Dream Too (Communication) | **PLACED ON FILE** |
| 22 | Request of Barry Joe Stull to address Council regarding the moral profile of a leader (Communication) | **PLACED ON FILE** |
| 23 | Request of Crystal Elinski to address Council regarding vigil to remember those who have gone before (Communication) | **PLACED ON FILE** |
| | **TIMES CERTAIN** | |
| 24 | **TIME CERTAIN: 9:30 AM** – Office of Equity and Human Rights Annual Report (Report introduced by Mayor Hales) 45 minutes requested | **ACCEPTED** |
| | **Motion to accept report:** Moved by Commissioner Fish and seconded by Saltzman. | |
| | (Y-4) | |

January 8, 2014

| | | |
|---|---|---|
| 25 | **TIME CERTAIN: 10:15 AM** – Authorize the Commissioner of Public Works to enter into an agreement with the Citizen's Utility Board of Oregon for a term of five years to provide an independent review of City utility bureaus on behalf of residential ratepayers (Resolution introduced by Commissioners Fish and Novick) 30 minutes requested | **37051** |
| | (Y-4) | |
| | **CONSENT AGENDA – NO DISCUSSION** | |
| | **Mayor Charlie Hales** | |
| 26 | Appoint Tom Kelly to the Portland Development Commission Board for a term to expire July 9, 2014 (Report) | **CONFIRMED** |
| | (Y-4) | |
| 27 | Adopt the Budget Calendar for FY 2014-15 (Resolution) | **37049** |
| | (Y-4) | |
| | **Office of Management and Finance** | |
| 28 | Accept bid of Dirt & Aggregate Interchange, Inc. for the SE 136th Ave from SE Holgate Blvd to SE Powell Blvd Sidewalk Infill for $737,777 (Procurement Report – Bid No. 116125) | **ACCEPTED PREPARE CONTRACT** |
| | (Y-4) | |
| *29 | Pay claim of Lisa Beasley in the sum of $24,423 involving the Portland Police Bureau (Ordinance) | **186414** |
| | **Continued to January 8, 2014 at 2:00 p.m.** | |
| | (Y-4) | |
| *30 | Pay claim of Sanchindra Nath in the sum of $6,899 involving the Portland Police Bureau (Ordinance) | **186406** |
| | (Y-4) | |
| | **Commissioner Amanda Fritz** | |
| | **Position No. 1** | |
| | **Portland Parks & Recreation** | |
| *31 | Accept and appropriate a grant in the amount of $20,000 from the East Multnomah Soil and Water Conservation District's Partners in Conservation Grant program in support of the pipeline of Greenspaces Restoration & Urban Naturalist Team programs (Ordinance) | **186407** |
| | (Y-4) | |
| | **Commissioner Nick Fish** | |
| | **Position No. 2** | |
| | **Bureau of Environmental Services** | |
| *32 | Return ownership and control of a parcel of real property located at SW McDonnell Terrace and SW Council Crest Dr to the Bureau of Environmental Services (Ordinance; repeal Ordinance No. 183123) | **186408** |

January 8, 2014

| | | |
|---|---|---|
| *33 | Authorize application to East Multnomah Soil and Water Conservation District for a grant in the amount of $60,000 for Crystal Springs Culverts Removal and Habitat Restoration (Ordinance) | **186409** |
| 34 | Authorize a contract for construction of the Rose City Park Sewer Rehabilitation Project E10345 for $6,410,000 (Ordinance)<br><br>**Continued to January 8, 2014 at 2:00 p.m.** | **PASSED TO SECOND READING JANUARY 15, 2014 AT 9:30 AM** |
| 35 | Authorize a cost share agreement with BNSF Railway Company for $185,483 Project E09017 (Ordinance) | **PASSED TO SECOND READING JANUARY 15, 2014 AT 9:30 AM** |
| 36 | Amend contract with Brown and Caldwell, Inc. for additional work and compensation for the Fanno Basin System Improvements Project E09051 and E10317 for $164,634 (Ordinance; amend Contract No. 30002215) | **PASSED TO SECOND READING JANUARY 15, 2014 AT 9:30 AM** |

## Commissioner Dan Saltzman

### Position No. 3

#### Portland Fire & Rescue

| | | |
|---|---|---|
| *37 | Accept and appropriate a grant in the amount of $4,554,394 from the Federal Emergency Management Agency for the 2013 Staffing for Adequate Fire and Emergency Response Grant (Ordinance)<br><br>**Continued to January 8, 2014 at 2:00 p.m.**<br><br>(Y-4) | **186415** |

#### Portland Housing Bureau

| | | |
|---|---|---|
| 38 | Establish annual sales price cap for the Homebuyer Opportunity Limited Tax Exemption Program (Resolution)<br><br>(Y-4) | **37050** |
| *39 | Authorize an Intergovernmental Agreement with the City of Gresham for $907,385 for the HOME Investment Partnership Program and provide for payment (Ordinance)<br><br>(Y-4) | **186410** |

## Commissioner Steve Novick

### Position No. 4

#### Bureau of Transportation

| | | |
|---|---|---|
| *40 | Amend Intergovernmental Agreement with Oregon Department of Transportation for the North Portland Road and Columbia Boulevard Intersection Development Project (Ordinance; amend Contract No. 30002040)<br><br>(Y-4) | **186411** |

January 8, 2014

## REGULAR AGENDA

### Mayor Charlie Hales

| | | |
|---|---|---|
| 41 | Bob Miller Day  (Proclamation introduced by Mayor Hales) | **PLACED ON FILE** |
| | **Bureau of Police** | |
| *42 | Accept a grant in the amount of $45,000 from the Oregon Department of Transportation, Transportation Safety Division and appropriate $30,000 for FY 2013-14 for the 2014 Safety Belt Overtime Enforcement Grant for sworn personnel overtime  (Ordinance)  10 minutes requested<br><br>(Y-4) | **186412** |
| *43 | Accept and appropriate a grant in the amount of $15,000 from the Oregon Department of Transportation, Transportation Safety Division for the 2014 Speed Multi-Unit Traffic Enforcement Grant Program for sworn personnel overtime  (Ordinance)  10 minutes requested<br><br>(Y-4) | **186413** |

### Commissioner Steve Novick
#### Position No. 4
#### Bureau of Transportation

| | | |
|---|---|---|
| 44 | Authorize the Bureau of Transportation to issue a quitclaim deed, bill of sale, and two assignments to TriMet for two portions of the Willamette Shore Line railroad right of way and related assets  (Ordinance) | **PASSED TO SECOND READING JANUARY 15, 2014 AT 9:30 AM** |
| 45 | Amend Transportation Policy - Encroachments in the Public Right-of-Way based upon recommendations of Encroachments in the Public Right-of-Way workgroup (Previous Agenda 13; amend TRN 8.01)<br><br>**Continued to January 8, 2014 at 2:00 p.m.**<br><br>(Y-4) | **37052** |

At 12:38 p.m., Council recessed.

January 8, 2014

A RECESSED MEETING OF THE COUNCIL OF THE CITY OF PORTLAND, OREGON WAS HELD THIS **8TH DAY OF JANUARY, 2014** AT 2:00 P.M.

THOSE PRESENT WERE:  Mayor Hales, Presiding; Commissioners Fish, Novick and Saltzman, 4.

OFFICERS IN ATTENDANCE:  Karla Moore-Love, Clerk of the Council; Kathryn Beaumont, Chief Deputy City Attorney; and Jim Paolazzi, Sergeant at Arms.

|  |  | Disposition: |
|---|---|---|
| 46 | **TIME CERTAIN: 2:00 PM** – Portland Suzhou Sister City Association report (Report introduced by Mayor Hales)  1 hour requested | |
|  | **Motion to accept report:** Moved by Commissioner Fish and seconded by Novick. | **ACCEPTED** |
|  | (Y-3; Saltzman absent) | |
| 47 | **TIME CERTAIN: 3:00 PM** – Authorize City Auditor Independent Police Review Division to directly question Portland Police Bureau employees, change Police Review Board public reporting requirements and other Police Accountability Reforms  (Ordinance introduced by Auditor Griffin-Valade; Second Reading Agenda 1209; amend Code Section 3.20.140 and Chapter 3.21) | **186416**<br>**AS AMENDED** |
|  | (Y-4) | |

At 3:50 p.m., Council recessed.

January 9, 2014

A RECESSED MEETING OF THE COUNCIL OF THE CITY OF PORTLAND, OREGON WAS HELD THIS **9TH DAY OF JANUARY, 2014** AT 2:00 P.M.

THOSE PRESENT WERE:  Mayor Hales, Presiding; Commissioners Fritz and Novick 3.

OFFICERS IN ATTENDANCE:  Karla Moore-Love, Clerk of the Council; Ian Leitheiser, Deputy City Attorney; and Wayne Dykes, Sergeant at Arms.

|    |                                                                                                                                                                                                                                                                                                | Disposition: |
|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|
| 48 | **TIME CERTAIN: 2:00 PM** – Appeal of D. Paul Stanford, William Appel and Michael Bachara against Portland Parks & Recreation decision to deny a permit application to hold the Portland Hempstalk Festival at Waterfront Park in September 2014  (Hearing introduced by Auditor Griffin-Valade) 1.5 hours requested | **APPEAL DENIED** |
|    | **Motion to deny the appeal**:  Moved by Fritz and seconded by Novick.                                                                                                                                                                                                                          |              |
|    | (Y-3)                                                                                                                                                                                                                                                                                           |              |

At 4:25 p.m., Council adjourned.

**LAVONNE GRIFFIN-VALADE**
Auditor of the City of Portland

By    Karla Moore-Love
Clerk of the Council

For a discussion of agenda items, please consult the following Closed Caption File.

January 9, 2014
**Closed Caption File of Portland City Council Meeting**

This file was produced through the closed captioning process for the televised City Council broadcast and should not be considered a verbatim transcript.
Key: \*\*\*\*\* means unidentified speaker.

**JANUARY 9, 2014**      **2:00 PM**

**Hales:** Okay, we have a quorum, and just so. As soon as Karla gets ready, we'll get started. Good afternoon, everyone, and welcome to the Thursday, January 9th meeting of the Portland City Council. Please call the roll, Karla.

**Fritz:** Here. **Novick:** Here. **Hales:** Here.

**Hales:** Okay. We have one item on the calendar this afternoon. Why don't you read that and we will start with the staff report.

**Item 48.**

**Hales:** Commissioner Fritz.

**Fritz:** Thank you, Mayor Hales. This is a new hearing for us. To the best of our knowledge, there hasn't been a council hearing on a parks permit denial. And before I turn it over to staff, there is a couple of things I need to say. First, we received a late request from the appellant asking to delay the hearing this morning. Because a lot of folks have given up their time and were planning to testify today, we are going to go ahead with the hearing. We will have a council discussion at the end as to whether to continue the hearing or whether to take action today. So that's how we're dealing with the request to simply delay the hearing. It wouldn't be fair to everybody who's gathered here today to say, thank you, but you can all go home now. Second of all, I support the unprecedented decision that the Parks bureau has made in denying this permit. We work very hard in Portland Parks and Recreation to allow people to do the things that they need to do and want to do in Portland's parks in a manner that is safe and healthy for all. So, this is very unusual that we would deny a permit. And the turnout of this event over the years -- it's obvious this has been a very popular event. Need to stress at the beginning that this hearing is not about marijuana and whether it should be legal for use in Oregon at this time. We know that it is legal for medical use. We know that is not legal for recreational use. That is not what this hearing is about. It's about the permit application for using one of Portland's parks to hold this event. The staff will come up to tell us about the past history and the reasons for the denial. I'll ask the Portland Parks and Recreation staff to come up and give us a staff report.

**Hales:** Good afternoon.

**Shawn Rogers, Portland Parks and Recreation:** Good afternoon. Mayor, Commissioners, my name is Shawn Rogers. I'm Portland Parks and Recreation's customer service manager and we're here today to speak to the denial of the request for a permit from Hempstalk to hold their event at Waterfront Park this year. The appeal was provided for under the guidelines stipulated in Portland City Code 202800 D. Parks' guidelines are written such that nearly any entity can produce an event in Portland parks. In a study of the more than 200 individual public events that occurred in Portland parks, the majority of which went without any complaint or violation. The majority of events were successful because organizers recognize and show by example what it means to be good stewards of our parks and the associate rules. Further, organizers are usually either professional producers with years of event production under their belts, or they're individuals capable of following detailed instructions and guidelines provided them, with the ability to maintain measures to ensure that their events are safe and secure for all patrons. Each year, we have reoccurring events that for whatever reason fail to meet some individual condition of their permit. In these cases, we work with the event

January 9, 2014

**Hales:** Thank you very much. [applause]

**Steven Wessing:** Thank you. My name is Steve Wessing, I'm the stage manager of the Hempstalk and have been since the first year. I would like to state for the record that we made announcements from the stage regularly that sale of marijuana is not allowed at our event and if you are caught selling marijuana at our event, you will be ejected. And, in fact, as was stated earlier, many people were ejected for violating those policies. And I take great exception with the denial letter stating that we were willfully ignoring such things, because that is simply not the case. I personally made that announcement on more than a dozen occasions. Also, as to the use of marijuana by minors, I did not see that occur from my vantage point on the stage. I saw thousands of people there. And, yes, a few of them exercised what could be considered their right to civil disobedience in their use of marijuana in public. However, I don't feel that it's our place as an event to tell people how to express their views. On the other hand, we did tell them that it is not the policy of the event to express their views in that way. And that if they did so, they did so at their own risk and without the permission or the approval of the event. [applause] And also I would like to say personally that, yes, that medical marijuana use by children is something that we support. And, in fact, we had a speaker there, her name is Mikayla, and I hope you look her up online, who has beaten leukemia by using medical marijuana as directed by the OMMP. And in that respect, yes, marijuana use by minors is, in fact, condoned by myself and by the expression -- and expressly approved by the staff and volunteers of Hempstalk. But unapproved, unauthorized, nonmedical use is not. And we did not allow or condone any of that use. [applause]

**Hales:** Come on up. Go ahead, Joe.

**Joe Walsh:** My name is Joe Walsh and I represent individuals for justice. And Commissioner Fritz, please tell me that I misunderstood you saying that you have already made up your mind before one person testified today, when you said something similar, and I'm paraphrasing, that I support the decision of the Parks department. Did you say that?

**Fritz:** Yup.

**Walsh:** Okay. It is really annoying to us who come here and take our time to testify when an official makes a statement that we know that we cannot override. Because they've already made up their mind and it is annoying. And I want to say -- [applause] And I want to say for the record, I have never been to a hempfest. I don't smoke marijuana. I don't know this group. I am here only because, in my 41 years of activism, I have never asked for a permit, never. And I don't like them. But if you have a group that comes before you and asks for a permit and you say no, you violate the constitution of the United States. [applause] I know you're from Britain. We have the bill of rights, Commissioner. It's the first amendment. Let me read it to you. Congress shall make no law respecting and establishment of religion or prohibition the free exercise thereof or abridge the freedom of speech or the press. Or the right of a people to peacefully assemble and to petition the government for redress of grievances. It's the first amendment, Commissioner. Read it.

**Hales:** Okay, Joe.

**Fritz:** Mr. Walsh, I am an American citizen. I took a test on that in order to become an American citizen.

**Walsh:** You are a disgrace as an American citizen --

**Fritz:** And, in response to --

**Walsh:** You are disgrace --

**Hales:** Joe, enough.

**Fritz:** If --

**Walsh:** I know I'm out of order --

**Hales:** You are --

**Walsh:** No, you're out of order [yelling]

**Fritz:** Mr. Walsh --

January 9, 2014

**\*\*\*\*\*:** Oh -- go home [yelling]

**Hales:** Joe, you made your point.

**\*\*\*\*\*:** We have rights. We are Americans. We have rights. Read your god damn constitution [yelling]

**Hales:** Okay, folks. It probably helps make the case better when people don't yell. Just saying. Go ahead.

**Walsh:** This is an outrage [yelling]

**Hales:** Joe, take it outside. Go ahead.

**Michael Billingsley:** Hi, my name is Michael Billingsley. I'm a medical marijuana patient. And regarding safety and security, we had more than ample security and the safety of children and guests at Hempstalk is one of our first and foremost things that we value. And me being a disabled person who has to walk, you know, a couple of miles up the road, up to Kelley Point Park -- and other people that have conditions similar to mine. It is not -- it's really against HIPAA law for me to have to go that far. There's no reason that we should not have it at Waterfront Park. We have accessibility to transportation, proper garbage pick up, and just it's our civil right. I should be able to medicate in a manner that I need to for my pain. I shouldn't have to go to pain clinics and take 35 pills a day. Right now, I'm three years narcotic-free thanks to the OMMP laws here. And I will continue to fight for my rights as a citizen and as a patient. And regarding minors with medical marijuana, I firmly support marijuana use for minors for their medical conditions to treat just like any other medication that they can get. There's no reason that we shouldn't be able to go to our primary care doctors and them sign off on a medical marijuana card. But taking that to another stance, we as citizens shouldn't have to get a medical marijuana card to safely medicate and treat our conditions. And that's all I have to say.

**Hales:** Thank you. Thank you very much.

**Fritz:** To be clear, I very much support medical marijuana and was a part of that. And also, Mayor, for the record, I need to point out that I am the commissioner in charge of Parks and Recreation. I wouldn't have brought this appeal to council had I not supported their denial.

**Hales:** Thank you. Others signed up?

**Moore-Love:** That is all that signed up.

**Hales:** What we have next in the order is for the police bureau and for park security, but we've already heard from Art, so I'm not sure, Art, if you need to speak more. But Captain Davis is here. So, to get your testimony. And then we'll see if there is anyone here to speak against the appeal or actually in favor of the application. I'm sorry, against the application. Go ahead, Captain Davis.

**Chris Davis, Portland Police Bureau:** Good afternoon. Hi, I'm Chris Davis, I'm a Captain of the Portland Police Bureau assigned to north precinct. We looked at this event in our after-action review process from a public safety perspective, pretty much exclusively, because that's our mission in the police bureau. For this event this year we assigned, out of our own budget, seven north precinct officers, one sergeant, and one officer from our traffic division, for a total overtime cost of $10,986. What our officers reported back to us from this event was that there were a number of issues that caused them concern. Our instructions to the officers working at this event were not to take enforcement action on violation level issues around use of marijuana, alcohol, or any low-level non-criminal sorts of violations. Our priority really was just to help manage the event with very limited resources and it was not our priority to enforce marijuana laws. Some of the things the officers saw that caused us concern were, and a lot of this will echo what Parks has already said, but public use of marijuana and alcohol in the permit area, and there's no OLCC permit for alcohol service or consumption. The use of drugs or alcohol near children. The use of drugs or alcohol by minors. The open sale of marijuana. Medical issues resulting from apparent overconsumption of alcohol and/or drugs, including at least one overdose in the permit area. No apparent attempt to identify or exclude minors from entering the event. And no apparent effort by event staff or security to prevent people

January 9, 2014

something I know we all believe, when the community took more ownership of it and there was this actually amazing group of bicyclist whose rode in front of police bureau to clear the street at the end of the event, and that was much more -- a much nicer way to end the event than if it had been a phalanx of police officers, even if they were smiling. There's some real value to founding these events in the community in the form of a nonprofit organization or volunteer group. Parks believes this, they work with a thousand of them. The other side of the deal is those folks have to really step up and meet some requirements here. I'm sensing a real willingness to try to do that. I do believe this kind of event should be held in Waterfront Park because we've set it up for that, it's on the transit system, I'm kind of a transit guy. I like people to get to and from events, particularly the ones that involve alcohol, without their motor vehicle. So, I like having big events there. That's why one of the conditions of my vote is that the Parks bureau make a set of dates available -- or hold a set of dates where, if the applicant is able to meet reasonable permit requirements, they can go ahead and have the event this year. [applause] So there's a negotiation. It's not guaranteed that you'll be able to satisfy the Parks bureau. But I guess I want to give them a shot at that. And then, they'll need to adjust the usually policy of how many event are held in that space each year. Mr. Walsh is free to throw the constitution at us, literally in this case [laughter] but I think there does need to be at least a special extra measure of accommodation for free speech events that we, again, try to accommodate in the parks system, everything from lawn bowling to motorized airplanes and all kinds of sports to free speech events. And free speech events, to me, get an extra measure of consideration. Doesn't mean they don't have to follow the rules. But there's a little bit of extra deference that's owed to any kind of free speech event. And actually, when you look at the criteria that Harry put up on the screen earlier, the way that section of the code is set up, I like. And I like the way our law reads, which is there's actually a bias in favor of granting of the permit. If you read the language, it says shall be granted if. So, it's a little different than some kinds of permits where if we feel like it, you can. In this case the presumption is the community good gets to use the park in this way by applying for the space and following the rules. We've had some problems with following the rules in this event. I think frankly it's got a better chance of success in Waterfront Park for all kinds of reasons, the management of the space, the physical layout of it, the transportation, all the rest. So again, I hope this negotiation that we're opening here, a second round if you will, is successful. And that we get to yes on a safe and successful event. I'll vote to deny the appeal in this case, and wish everybody good luck and god speed in that discussion. Aye. [gavel pounded]
**Hales:** We're adjourned and thank you all very much.

At 4:25 p.m. Council adjourned.



CITY OF

**PORTLAND, OREGON**

OFFICIAL
MINUTES

A REGULAR MEETING OF THE COUNCIL OF THE CITY OF PORTLAND,
OREGON WAS HELD THIS 12TH DAY OF MARCH, 2014 AT 9:30 A.M.

THOSE PRESENT WERE: Mayor Hales, Presiding; Commissioners Fish, Fritz,
Novick and Saltzman, 5.

OFFICERS IN ATTENDANCE: Karla Moore-Love, Clerk of the Council; Ben
Walters, Chief Deputy City Attorney; and Jim Wood, Sergeant at Arms.

Item Nos. 227 and 232 were pulled for discussion and on a Y-5 roll call, the balance of
the Consent Agenda was adopted.

|  | | Disposition: |
|---|---|---|
| | **COMMUNICATIONS** | |
| 216 | Request of Kirsten to address Council regarding R2DToo/R2S/houseless advocacy (Communication) | **PLACED ON FILE** |
| 217 | Request of Kris Halliday to address Council regarding R2DToo/sweeps/homeless advocacy (Communication) | **PLACED ON FILE** |
| 218 | Request of Roy Pascoe to address Council regarding homeless and housed issues (Communication) | **PLACED ON FILE** |
| 219 | Request of Kristopher L. Misener to address Council regarding Right To Dream Too (Communication) | **PLACED ON FILE** |
| 220 | Request of Loretta Pascoe to address Council regarding Clean & Safe's sweeps and police clean ups (Communication) | **PLACED ON FILE** |
| | **TIMES CERTAIN** | |
| 221 | **TIME CERTAIN: 9:30 AM** – Accept the Customer Service Advisory Committee Customer Service Status Reports Summary for FY 2011-12 (Report introduced by Mayor Hales) 20 minutes requested<br><br>**Motion to accept the report:** Moved by Hales and seconded by Fritz.<br><br>(Y-5) | **ACCEPTED** |

March 12, 2014

| | | |
|---|---|---|
| 222 | **TIME CERTAIN: 10:00 AM** – Human Rights Commission 2012 – 2013 Annual Report  (Report introduced by Mayor Hales)  30 minutes requested | **ACCEPTED** |
| | **Motion to accept the report:**  Moved by Fritz and seconded by Saltzman. | |
| | (Y-5) | |
| | **CONSENT AGENDA – NO DISCUSSION** | |
| 223 | Appoint Mary Ann (Miki) Herman for a term to expire June 8, 2015 to the Home Forward Board of Commissioners  (Resolution introduced by Mayor Hales and Commissioner Saltzman) | **37058** |
| | (Y-5) | |
| | **Mayor Charlie Hales** | |
| | **Bureau of Planning & Sustainability** | |
| 224 | Authorize an Intergovernmental Agreement with Portland State University to accept $75,180 to support an EcoPartnership with Kunming, China to advance low-carbon development  (Second Reading Agenda 207) | **186484** |
| | (Y-5) | |
| | **Office of Management and Finance** | |
| 225 | Accept bid of Tapani, Inc. for the Carolina Pump Main Phase 2 Project for $2,398,325  (Procurement Report – Bid No. 116295) | **ACCEPTED PREPARE CONTRACT** |
| | (Y-5) | |
| 226 | Accept bid of CivilWorks NW, Inc. for the NE/SE 50's Bikeway: NE Thompson to SE Woodstock - Rebid for $705,360  (Procurement Report – Bid No. 116296) | **ACCEPTED PREPARE CONTRACT** |
| | (Y-5) | |
| *227 | Approve a License Agreement with Soccer United Marketing, LLC for use of the Official Flag of Portland including specifications for variations to City Code Chapter 1.06  (Ordinance) | **REFERRED TO COMMISSIONER OF FINANCE AND ADMINISTRATION** |
| *228 | Authorize an Intergovernmental Agreement between Bureau of Technology Services and the Mt. Hood Cable Regulatory Commission in the amount of $50,000 to fund equipment that will be installed on the Institutional Network for Portland Public Schools and Multnomah Education Service District  (Ordinance) | **186485** |
| | (Y-5) | |
| | **Commissioner Nick Fish** | |
| | **Position No. 2** | |
| | **Bureau of Environmental Services** | |
| 229 | Authorize a contract and provide for payment for the construction of the Inner NE Sanitary Sewer Extension Project No. E10205 for $1,100,000  (Ordinance) | **PASSED TO SECOND READING MARCH 19, 2014 AT 9:30 AM** |

March 12, 2014

| | | |
|---|---|---|
| 230 | Authorize a contract and provide for payment for the construction of the Kenton Sewer Rehabilitation Project No. E10357 for $2,550,000 (Ordinance) | **PASSED TO SECOND READING MARCH 19, 2014 AT 9:30 AM** |
| 231 | Amend contract with BergerABAM Inc. for additional work and compensation for the Tryon Creek Sewer Upgrade Project No. E10251 in the amount of $267,267 (Ordinance; amend Contract No. 30003097) | **PASSED TO SECOND READING MARCH 19, 2014 AT 9:30 AM** |

## Commissioner Dan Saltzman

### Position No. 3

#### Portland Housing Bureau

| | | |
|---|---|---|
| *232 | Clarify the eligible uses of funds borrowed from the Portland Housing Preservation Fund (Ordinance)<br><br>(Y-5) | **186490** |

## Commissioner Steve Novick

### Position No. 4

#### Bureau of Transportation

| | | |
|---|---|---|
| *233 | Authorize an Intergovernmental Agreement with the City of Maywood Park for design engineering and construction of bicycle and pedestrian safety improvements at the intersection of NE 102nd Ave and Skidmore (Ordinance)<br><br>(Y-5) | **186486** |
| *234 | Authorize a contract with Nelson/Nygaard Consulting Associates, Inc. for development of a Two Year Workplan for the Portland Bureau of Transportation at an estimated cost not to exceed $150,000 (Ordinance)<br><br>(Y-5) | **186487** |
| 235 | Authorize a contract with the lowest responsible bidder for the S.E. 136th Ave Phase 3: Division to Powell Sidewalk Infill Project (Ordinance) | **PASSED TO SECOND READING MARCH 19, 2014 AT 9:30 AM** |
| 236 | Authorize a contract with the lowest responsible bidder for the S.E. 136th Ave Phase 2: Holgate to Foster Sidewalk Infill Project (Ordinance) | **PASSED TO SECOND READING MARCH 19, 2014 AT 9:30 AM** |

## REGULAR AGENDA

### Mayor Charlie Hales

| | | |
|---|---|---|
| 237 | Appoint a Google Fiber Project Manager for the City of Portland (Resolution)<br>15 minutes requested<br>(Y-5) | **37059** |
| | **City Budget Office** | |

March 12, 2014

| | | |
|---|---|---|
| 238 | Approve funding for six Innovation Fund proposals (Resolution) 10 minutes requested | **37060**<br>**AS AMENDED** |
| | **Motion to remove PBOT Transportation Management Associations Partnership for $35,000:** Moved by Fish and seconded by Fritz. (Y-5) | |
| | (Y-5) | |

## Commissioner Dan Saltzman

### Position No. 3

#### Portland Fire & Rescue

| | | |
|---|---|---|
| *239 | Authorize application to the Department of Homeland Security, through its Federal Emergency Management Agency for a grant in the amount of $346,750 for three projects: the campaign against illegal fireworks for $142,500, public safety outreach displays and trailer for $156,750 and a smoke alarm/carbon monoxide detector awareness campaign for $47,500 (Ordinance) | **186488** |
| | (Y-4; Fish absent) | |

#### Portland Housing Bureau

| | | |
|---|---|---|
| *240 | Authorize a ground lease, construction and permanent financing up to $4,045,295, and redevelopment rights with REACH Gateway Senior Housing Limited Partnership, redevelopment rights with Glisan Commons Phase I Limited Partnership, and eventual disposition of City-owned property for the final phase of the Glisan Commons redevelopment project (Ordinance) 10 minutes requested | **186489** |
| | (Y-5) | |

## Commissioner Steve Novick

### Position No. 4

#### Bureau of Transportation

| | | |
|---|---|---|
| 241 | Assess benefited properties for street, sidewalk and stormwater improvements to NE 97th Ave and to NE Everett Ct in the NE 97th Ave Green Street Local Improvement District (Hearing; Ordinance; C-10035) 10 minutes requested | **PASSED TO**<br>**SECOND READING**<br>**MARCH 19, 2014**<br>**AT 9:30 AM** |

At 1:07 p.m., Council recessed.

March 12, 2014

A RECESSED MEETING OF THE COUNCIL OF THE CITY OF PORTLAND,
OREGON WAS HELD THIS 12TH DAY OF MARCH, 2014 AT 2:00 P.M.

THOSE PRESENT WERE:  Mayor Hales, Presiding; Commissioners Fritz, Novick and
Saltzman, 4.

Commissioner Saltzman arrived at 2:07 p.m.

**Motion to waive the two weeks' notice and give one week's notice to hold a
March 19, 2014 evening hearing [6:30 pm] at Parkrose High School to discuss
Utility Rates:**  Moved by Fritz and seconded by Saltzman  (Y-4)

OFFICERS IN ATTENDANCE:  Karla Moore-Love, Clerk of the Council; Lisa Gamp,
Deputy City Attorney; and John Paolazzi, Sergeant at Arms.

|     |     | Disposition: |
| --- | --- | --- |
| 242 | **TIME CERTAIN: 2:00 PM** – Assess benefited properties for improvements in the Northrup Loop Streetcar Alignment Local Improvement District (Hearing introduced by Commissioner Novick; Ordinance; C-10034)  1 hour requested for items 242 and 243<br><br>**Motion to replace Exhibit D, Summary of Objections:**  Moved by Saltzman and seconded by Novick.  (Y-4) | **PASSED TO SECOND READING AS AMENDED MARCH 19, 2014 AT 10:00 AM TIME CERTAIN** |
| 243 | Assess benefited properties for improvements in the Portland Streetcar Loop Extension Local Improvement District  (Hearing introduced by Commissioner Novick; Ordinance; C-10025)<br><br>**Motion to replace Exhibit D, Summary of Objections:**  Moved by Saltzman and seconded by Novick.  (Y-4) | **CONTINUED TO MARCH 19, 2014 AT 10:00 AM TIME CERTAIN AS AMENDED** |

At 2:50 p.m., Council adjourned.

**LAVONNE GRIFFIN-VALADE**
Auditor of the City of Portland

By    Karla Moore-Love
      Clerk of the Council

For a discussion of agenda items, please consult the following Closed Caption File.

March 12, 2014

## Closed Caption File of Portland City Council Meeting

This file was produced through the closed captioning process for the televised City Council broadcast and should not be considered a verbatim transcript.
Key: ***** means unidentified speaker.

### MARCH 12, 2014    9:30 AM

**Hales:** Good morning everyone, and welcome to the March 12th meeting of the Portland City Council. Let me lay down some ground rules and courtesies first, and then we'll move to the roll call and the calendar. We welcome you all. If you are going to be testifying today, please state your name before you speak. You only need to give us your name. You don't have to do the address and phone number and email and all of that. If you are a lobbyist representing an organization, please disclose that and who you represent. You will have three minutes to speak on a council calendar item, if you are here to speak on one. And please be courteous about that, because others want to speak as well. Please testify only to the matter at hand on the counsel calendar item. So that everyone feels welcome, we ask that the members of the audience be courteous and respectful. Please don't interrupt someone while they're speaking, and clapping and other noise-making is simply distracting. If you agree with somebody, raise your hand. Disruptive behavior, of course, won't be tolerated. You will be warned and asked to leave, if that's the case. If you have handouts for the council in your testimony today, please give them to Karla, our clerk, and she'll distribute them to us. Again, thank you all for coming today, and Karla would you please call the roll.

**Fritz:** Here. **Fish:** Here. **Saltzman:** Here. **Novick:** Here. **Hales:** Here.

**Hales:** First, we want to start with some welcomes and some courtesies and proclamations. First we want to welcome Professor Yoshida and Professor Saito and students from a number of universities in Japan who are here studying Portland. They're learning about civic life, they're learning about how our city works, they're studying everything from engineering to medicine to arts and sciences, back in their educational programs in Japan. And among other things, they're not just coming here to study today, they are going to go out with Friends of Trees and plant trees. So, welcome. We're so happy to have you here and we hope you have a great visit here in Portland, and thank you for making Portland a little bit greener while you are here. Thank you very much, welcome. [applause] And I know, we violated our own rules, but it's a welcome. And now, we want to move to a proclamation this morning. We have some guests to welcome for that. Want to welcome Lawrence Maushard; John Wu, who's a widower of Sherry Wu, who's the namesake for this effort here this morning; Far Maushard; and Liz Orem-Bedel. Please come up. I'll read the proclamation, we'll give you a chance to speak, and thank you for being here today. They're here to speak about a disease that not many people have heard about, and yet it is a terrible disease and it afflicts a lot more Americans than I think we know. This is the proclamation, it says: Whereas, the nonprofit Portland-based Oregon chapter of the Scleroderma Foundation its predecessor organizations have tirelessly served the interests of the state and southwest Washington residents living with scleroderma and the related health care community since 1981 with special events, educational series, and its all-important regularly scheduled support groups; and whereas, the Oregon chapter of the foundation is hosting the 13th annual Sherry Wu Scleroderma Education Seminar free and open to the public on March 8th for the improvement of the regional medicinal and general public communities at Providence are center in Portland; and whereas, scleroderma is a chronic autoimmune disease of the connective tissue generally classified as one of the rheumatic diseases, it's also known as systemic sclerosis. It's a disease with symptoms that may be visible or invisible, and it's highly individualized. Involvement ranges from mild symptoms to life-threatening. And whereas, scleroderma affects an

Exhibit B
Page 6 of 10

March 12, 2014

this momentum going and get the street plan turned from a piece of paper that shows streets where today are not and build out the grid, then I think we'll see property owners responding as these folks have. So, thank you. Look forward to another hearing like this sometime soon.

**Saltzman:** I would like to thank Andrew again, for this. It's exciting to see the first green street in the Gateway area, and thank you Mr. Westerman and Mr. Fuhrman for sticking around until 12:45 this afternoon to add your comments. It's very exciting to think about the Gateway potential. We just acted on Glisan Commons but I think your comments about needing better access in certain parts of Gateway is gonna really unleash more housing development. That's great to hear. So thank you for sticking around to share that with us.

**Fritz:** Yes, thank you very much for taking the trouble to come in say you support it. That's rare, even if it wasn't quarter to 1:00. I was shocked, Commissioner Novick, when you said this is the first street improvement that we've done in Gateway. So it's really no wonder that it's been a stalled district and I think that we are showing now that we're ready to invest there. It's great there's more private investment coming along with that. It's going to need a partnership but I'm certainly up for the challenge.

**Hales:** Any other comments? We'll be back on this, second reading and roll call on this next week. So we have one item that was pulled.

**Item 232.**

**Hales:** Somebody wanted to speak on this. Is that right? Come on up.

**Saltzman:** Maybe I'll just explain what this does. This ordinance modifies the criteria under our section 108 revolving loan fund, which is a fund we use for affordable housing investments, to also include economic development activities that are closely associated with affordable housing developments. We currently have -- this is sort of a use it or lose it federal loan fund. We currently have a balance of about $7.5 million. We put out a request for proposals, or in Housing Bureau parlance, notice of funds availability in January for this money and we have accepted a couple of proposals that are direct affordability housing investment. But it's my hope today that the council will adopt this ordinance to also include economic development activities that are closely associated with affordable housing that might give us the opportunity. And we will amend the notice of funds availability, might give us an opportunity to use this loan fund for other purposes that are, again, related to affordable housing.

**Hales:** Thank you. Please.

**Joe Walsh:** My name is Joe Walsh, I represent individuals for justice. This would almost be comical if it wasn't so disastrous. You're taking $2.4 million out of a fund that was set up to help low income families. People that needed your help. Now you are telling me you got how much, $7 million siting there and your bureaus are now running around trying to get this? We have been yelling and screaming at you for years to do something about the people on the streets. You're telling me you got $7 million that you could use but what you want to do with this $2.4 million, Commissioner, is to build an office building? The Hacienda? Your first instinct on this, according to the Oregonian, was to say no, you can't do this. We have people on the streets. I'm not going to build you an office building. Then you went to the city attorney and apparently, from the article, unless it's totally wrong, the city attorney said something to you, you know what, Commissioner, you're right, don't do this, so you're passing it off to this council. You're saying let's change the rules. Well, I'm saying to you that you just got nailed by a judge for a $1 million fine. You are under indictment by the federal government. You guys are messing around with money and the federal judge is telling you, the county judge is telling you, we've been telling you for years that you are acting in a corrupt manner and this is the highlight. It takes $2.4 million and builds a new office building for a nonprofit that is supposed help the people that need it the most is outrageous. Just outrageous. It pisses me off. And excuse my French. Irish.

**Hales:** We won't excuse it very often, but next, please. Go ahead.

March 12, 2014

**Angela Hammit:** Yes, my name is Angela Hammit and I have been trying to follow the money for the homeless for the past year or so. I hear money being doled out for these onetime monies, permanent money, this money, that money. And I haven't seen it yet. I haven't seen anything except for -- I haven't seen it affecting families needing homes. I've seen it affecting organizations with more jobs. I'm in a family shelter right now where we're kicked out on the street every single morning, 7:00 a.m., Monday through Friday, with nowhere to go. I'm watching these women tote three, four kids around. They're not in school yet. Monday through Friday, they are out on the street with their kids because they are being thrown out of shelters. Then the police are sweeping them off to wherever. Let's not build a new office building with this money. Let's put people in homes.
**Hales:** Thanks. Next?

**Michael Withey:** Mike Withey. So I understand that this is a federal loan program, not a grant program.

**Hales:** Correct.

**Withey:** So it's not city money going into more nonprofit corporations building buildings. I do understand that. And if it's a federal loan program, then we can't really say much about it. If they are borrowing money from the federal government and it's not costing the city and it's not taking away from the homeless, then I really don't see a problem with it. I say go ahead. Because it's not taking away. It's federal money and would go away unless they use it, and they are a nonprofit, and they're trying to help. What I do want to bring up, though, is that home first development, the founder of JOIN, co-founder Rob Justice, his wife's a county commissioner, they're building 500 units in the next years, low income units in the city of Portland. They were financed 10 million by PJC, the people that do the janitorial service for this buildings. They're not using any money. The rent is $300 for a micro unit up to $600 for a three bedroom unit. The land has already been purchased. The plans have already been drawn up. They have a case history in Roseburg they have already built. So as far as -- I believe that they had an appointment with you, Mr. Saltzman, and they asked to leverage that 10 million. I don't know where you've gone with that but if money is going to go -- they build units for $70,000 per unit. That's half the cost of the lowest bid that we get from the city for low income units is twice that. And Bud Clark was $280,000. So I believe we need to look into the innovative ideas from people from Portland that didn't have to steal from a different city because they made it themselves. Home first development is somebody we really need to look into. I actually asked for an appointment from your office to introduce you to those guys, and to some other folks who have some ideas on the ten-year plan to end homelessness. The second thing we've done is we have went to the Lents Neighborhood Association and presented our eco-community through home first and tech dwell. And they loved it. Actually Jesse, the president, the chair, put a vote to not just board members that were there but every person that attended the meeting, and it was unanimous we move forward with this first low income eco-community in Lents. Tech dwell is a local builder out of Hillsboro. We're going to develop these units and build them in Portland. We're going to have a shop up in north, probably St. John's, and one in the southeast. So we're going to put these folks that need work to work manufacturing them and building them. We also have a meeting with St. John's coming up. In the next meeting, we're going to present low income eco-communities and neighborhood support centers to them as well. What I really need you guys to do, especially you, Commissioner Saltzman, is realize that these guys are upset and a lot of people are upset because the ten-year plan to end homelessness was a miserable failure. It was a miserable failure because nonprofit corporations such as JOIN, TPI, Central City Concern, what they did was they took most of the money that was supposed go to low-income housing and they spent it on big buildings and they hired a lot of people. So a lot of that money did not go to where it should have gone, to actually building low-income housing. It went to developing these large corporations that have a nonprofit status behind them.

March 12, 2014

**Hales:** Point taken. Thank you. And Commissioner Fish, did you have a question? OK. Thanks very much. Anyone else? Come on.

**Fritz:** I have a commitment at 1:00.

**Hales:** We gotta wrap this up, and try to make it very fast there, Charles.

**Charles Johnson:** The clock only says -- am I on the mic? OK, thank you. Charles Johnson. As you know, many of us who have just been before you are concerned about emergency ordinances. And I think that really considering the time and attention that Commissioner Fritz just gave to a $35,000 issue, you can wait another week. To hear that there's $7 million that is going to expire that y'all have not properly planned for is an embarrassment for the city and for you. Un-embarrass yourselves a little bit by waiting a week and getting some staff together and coming up with a plan on how you're going to maximize this instead of just loosening the reins a little bit so we can have more office space than residence space. So I ask you to not approve this as an emergency and get your stuff together and bring back some staff and figure out really how you're going to serve the city better with the $7 million so that we won't have to get into litigation with somebody saying that you're mis-channeling the money if one of us takes this up in federal court. Thank you.

**Hales:** Thanks. Roll call.

**Item 232 Roll.**

**Fritz:** Thank you to Mr. Withey for putting the nutshell of what this is before the house today. And to Commissioner Fish for explaining it to me in plain English also yesterday. Thanks for your work, Commissioner Saltzman. Aye.

**Fish:** Dan, I'm going to share with you a folder that I keep in my office called no good deed goes unpunished. When our friends on the left mouth the same arguments of our critics on the right and blur the facts as aggressively as the testimony heretofore, it makes me somewhat more sober about the future for having a rational debate in our city. So let's be clear what he's doing and what he's not going doing. And what's doing today is showing leadership. And what he's doing is giving us flexibility to use money we're otherwise going to lose and to put it into a service that directly benefits affordable housing. In fact --

[shouting] Mayor, if you could call the order.

**Hales:** Come on, folks.

*****: We can't help it, we have ethics.

**Hales:** You can help it. You're going to be asked to leave. He needs to speak. You got to do that. He does to. No more, no more. Go ahead, Commissioner.

**Fish:** Commissioner Saltzman, in my view, is clarifying what was already inherent authority. We can argue whether it needs an amendment or clarification. That's not the point. He is providing flexibility so the city can use money it otherwise will lose. So it's an academic discussion. We either get it out the door into some use that benefits the community, or we lose it. The use that he is proposing is office space that benefits affordable housing. In every development that we fund, there is office space for services that are provided to low income people. And we fund it. And we have never in my five years had a single witness criticize us for doing that. Never. Because we understand that successful outcomes require services, and services require offices. And shame on us for -- at the 11th hour five years later -- blurring that line. The office space that Hacienda -- or anyone else who competes for this money might get -- has to serve affordable housing. That means job placement programs. That means services. That means food stamps. That means hunger. That means anything that low income populations need. And by the way, since Hacienda has been referenced, Hacienda is a nonprofit organization serving a largely Hispanic population in the poorest part of our city. And that meets our equity goals, and that meets many of our other goals if we assist them -- [shouting]

**Hales:** You need to leave. [shouting]

*****: And I'm leaving, you don't need to ask me to leave. [indistinguishable] I admire you talking to each other at all.

March 12, 2014

**Fish:** We can have forums like this where people intentionally or unintentionally fill the record with utter nonsense, or we can have forums in a democracy where we actually debate the issue. And all this does is gives the city an extra tool to help support development that supports affordable housing for low income people in certain parts of our city. I have never heard an objection in this body since I have been here -- [shouting]

**Hales:** No. Go, go, go. Enough of this.

**Walsh:** You're all going to jail.

**Hales:** Joe, you're going to be having that problem. Go, Joe, you're wrong, go.

**Walsh:** Your attorney told you not to do it.

**Hales:** You're wrong. Could we get someone to help Mr. Walsh out of the chambers so we can finish our work? [shouting]

**Walsh:** I'll see you in jail.

**Hales:** OK. Have a nice trip. Go ahead.

**Fish:** A lot of drama, Mayor. [shouting] That's what happens when you have a four-hour hearing.

**Hales:** I guess so. The meds wore off.

**Fish:** I'll just conclude by saying, this is exactly what we should be doing to leverage scarce resources. If Hacienda successfully competes for it, this is a big win for low income families, particularly Hispanic families in Cully. And I actually am beginning to become concerned about the ability to have a rational discussion. And I thank the gentleman who remained who testified and clearly enunciated that this was not, as it has been mischaracterized by others. It is hard enough to have a debate about these issues on the facts. It becomes virtually impossible when people deliberately distort the facts. And again, I would say to my friends on the left, when your arguments are as rancid as the arguments we get on the right by people that disagree that government has a function in our community, something is fundamentally wrong with our democracy. I enthusiastically vote aye.

**Saltzman:** Well thank you for your support, colleagues. Again, this ordinance simply expands the uses of the funds that are available through the notice of funds availability or RFP. There is no application standing in front of us yet from Hacienda for its office building, although I understand there may be. But there is no commitment by passing this ordinance to that particular project. It simply expands and makes ultimate use of those funds. Aye.

**Novick:** Thank you, colleagues. I thought the ordinance explained the situation pretty simply and clearly. The Portland Housing Bureau is issued notice of funds availability for section 108 funds in both 2009 and 2014, due to the response of the most recent NOFA, it appears unlikely that all available section 108 funds will be used for affordable housing projects. So I think that spells out the situation we're in, and this is a reaction to that situation to ensure that the money just doesn't go unused. It seems imminently reasonable. Aye.

**Hales:** I don't think there's anything wrong with our democracy, I think there's always going to be a few loud people. Unfortunately they were here today this. Is doing the right thing. Thank you, both of you, for being housing leaders. And this is going to do a lot of good. Aye. [gavel pounded] We're recessed until 2:00 p.m.

At 1:07 p.m., Council recessed.



CITY OF

**PORTLAND, OREGON**

OFFICIAL
MINUTES

A REGULAR MEETING OF THE COUNCIL OF THE CITY OF PORTLAND,
OREGON WAS HELD THIS 7TH **DAY OF MAY 2014** AT 9:30 A.M.

THOSE PRESENT WERE:  Mayor Hales, Presiding; Commissioners Fish, Fritz,
Novick and Saltzman, 5.

OFFICERS IN ATTENDANCE:  Karla Moore-Love, Clerk of the Council; Ellen
Osoinach Deputy City Attorney; and Jim Wood, Sergeant at Arms.

Item Nos. 403, 404 and 405 were pulled for discussion and on a Y-5 roll call, the
balance of the Consent Agenda was adopted.

|  |  | Disposition: |
|---|---|---|
| | **COMMUNICATIONS** | |
| 390 | Request of Greg Madden to address Council regarding marketing and manufacturing the Portland Loo (Communication) | **PLACED ON FILE** |
| 391 | Request of Jane Maynard to address Council regarding abandoned automobiles on private property (Communication) | **PLACED ON FILE** |
| 392 | Request of Scott Fernandez to address Council regarding future of Portland water (Communication) | **PLACED ON FILE** |
| 393 | Request of Crystal Elinski to address Council regarding Portland Police brutality, impunity and complicity (Communication) | **PLACED ON FILE** |
| 394 | Request of Lightning to address Council regarding micro-apartments (Communication) | **PLACED ON FILE** |
| | **TIMES CERTAIN** | |
| 395 | **TIME CERTAIN: 9:30 AM** – Presentation from the 2014 Portland Rose Festival and Rose Festival Court (Report introduced by Mayor Hales) 30 minutes requested | **PLACED ON FILE** |
| 396 | **TIME CERTAIN: 10:00 AM** – Revise Disabled Person Parking Code (Ordinance introduced by Commissioner Novick; amend Code Chapters 16.20 and 16.90) 15 minutes requested | **PASSED TO SECOND READING MAY 14, 2014 AT 9:30 AM** |

Exhibit C
Page 1 of 10

May 7, 2014

| | | |
|---|---|---|
| *397 | **TIME CERTAIN: 10:30 AM** – Adopt the FY 2013-14 Spring Supplemental Budget and make other budget-related changes (Ordinance introduced by Mayor Hales) 30 minutes requested | **186557** |
| | (Y-5) | |
| 398 | **TIME CERTAIN: 11:00 AM** – Direct the Bureau of Planning and Sustainability and the Portland Housing Bureau to collaborate to develop recommendations to create zoning incentives for affordable housing development in the Central City (Resolution introduced by Commissioner Saltzman) 30 minutes requested | **37070** |
| | (Y-5) | |
| 399 | **TIME CERTAIN: 11:30 AM** – Recognize that N Winning Way in the City of Portland, also known as Rip City, will be referred to as N Winning Way-Ramsay Way and sign caps will be placed on top of the existing street signs to celebrate this recognition (Resolution introduced by Commissioner Novick) 30 minutes requested | **37071** |
| | (Y-5) | |

## CONSENT AGENDA – NO DISCUSSION

### Mayor Charlie Hales

#### Bureau of Planning & Sustainability

| | | |
|---|---|---|
| *400 | Accept and appropriate an Intergovernmental Grant Agreement with Metro to accept funding of $30,000 for the Deconstruction Assessment Pilot Project in FY 2013-2014 to promote and encourage reuse and recycling of demolition building materials (Ordinance) | **186551** |
| | (Y-5) | |
| *401 | Authorize an Intergovernmental Agreement with Metro to provide funding for the Residential Preference Research Project to understand longer term shifts in the regional housing market (Ordinance) | **186552** |
| | (Y-5) | |

#### Office of Management and Finance

| | | |
|---|---|---|
| *402 | Create a new represented classification of Site Operations Crew Leader and establish an interim compensation rate for this classification (Ordinance) | **186553** |
| | (Y-5) | |

### Commissioner Nick Fish

#### Position No. 2

#### Bureau of Environmental Services

| | | |
|---|---|---|
| 403 | Authorize a contract for construction of Middle Hillsdale Rainfall Derived Infiltration and Inflow Pilot Project No. E10512 for $1,009,000 (Ordinance) | **PASSED TO SECOND READING MAY 14, 2014 AT 9:30 AM** |

Exhibit C
Page 2 of 10

May 7, 2014

| 404 | Authorize contract(s) and provide for payment for the Price Agreement for Urgent Rehabilitation of Sanitary and Storm Sewers Project Contract for $3,000,000 for a one year term  (Second Reading Agenda 379) | **186559** |
| | (Y-5) | |
| | **Water Bureau** | |
| 405 | Amend contract with Black & Veatch Corporation to increase compensation and scope of work for Bull Run Dam No. 2 Tower Improvements in the amount of $395,477 (Ordinance; amend Contract No. 37587) | **PASSED TO SECOND READING MAY 14, 2014 AT 9:30 AM** |

## Commissioner Steve Novick

### Position No. 4

#### Bureau of Emergency Management

| *406 | Approve an Intergovernmental Agreement with Multnomah County for the distribution of equipment, supplies and services procured as a result of State Homeland Security Program grant awards  (Ordinance) | **186554** |
| | (Y-5) | |
| | **Bureau of Transportation** | |
| 407 | Set a hearing date, 9:30 a.m. Wednesday, June 11, 2014 to vacate a portion of N Argyle St east of N Kerby Ave  (Report; VAC-10087) | **ACCEPTED** |
| | (Y-5) | |
| *408 | Authorize an Intergovernmental Agreement with the Port of Portland for reconstruction, maintenance and repair of a portion of NE Mt Hood Ave (Ordinance) | **186555** |
| | (Y-5) | |
| 409 | Authorize a Supplemental Agreement with Union Pacific Railroad Company to amend existing At-Grade Crossing Agreement to include signal modifications at SE 8th Ave for the Portland-Milwaukie Light Rail Transit Project (Second Reading Agenda 381; amend Contract No. 33000108) | **186556** |
| | (Y-5) | |

## Commissioner Amanda Fritz

### Position No. 1

#### Bureau of Development Services

| 410 | Clarify the Bureau of Development Services authority to adopt Administrative Rules and assess liens for noncompliance, adopt Administrative Rulemaking Procedures and authorize a Stop Work Order Penalty (Ordinance; amend Code Sections 3.30.040 and 3.30.080; add Section 3.30.045) | **PASSED TO SECOND READING MAY 14, 2014 AT 9:30 AM** |

## REGULAR AGENDA

Exhibit C
Page 3 of 10

May 7, 2014

## Mayor Charlie Hales

### Bureau of Police

| | | |
|---|---|---|
| *411 | Amend a contract with Central City Concern to increase compensation by $45,000 to support services of the CHIERS roving response van (Ordinance; amend Contract No. 32000978)<br><br>(Y-5) | **186558** |
| 412 | Authorize a contract with Cascadia Behavioral Healthcare, Inc. to provide mental health services through Project Respond (Ordinance) | **PASSED TO SECOND READING MAY 14, 2014 AT 9:30 AM** |

## Commissioner Nick Fish

### Position No. 2

### Water Bureau

| | | |
|---|---|---|
| 413 | Authorize an Intergovernmental Agreement with Multnomah County in the amount of $300,000 to administer the Water/Sewer Enhanced Fixture Repair Program (Ordinance) 15 minutes requested | **PASSED TO SECOND READING MAY 14, 2014 AT 9:30 AM** |
| 414 | Authorize an Intergovernmental Agreement with Multnomah County in the amount of $400,000 for administration of eligibility verification for Water/Sewer Bill Discount and Crisis Assistance Program (Ordinance) 15 minutes requested | **PASSED TO SECOND READING MAY 14, 2014 AT 9:30 AM** |

## Commissioner Steve Novick

### Position No. 4

### Bureau of Transportation

| | | |
|---|---|---|
| 415 | Create a local improvement district to construct a mast arm traffic signal at the N Vancouver Ave and Cook St intersection and to realign the eastbound lanes of N Cook St east of the Interstate 405 off-ramp in the N Vancouver Ave and Cook St Local Improvement District (Hearing; Ordinance; C-10047) | **PASSED TO SECOND READING MAY 14, 2014 AT 9:30 AM** |
| *416 | Assess benefited properties for street and stormwater improvements from south of NE Whitaker Way to north of NE Prescott Ct in the NE 136th Ave Phase I Local Improvement District (Second Reading Agenda 375; C-10036)<br><br>**Motion to amend to add Directive 'd' and emergency clause:** Moved by Fritz and seconded by Fish. (Y-5)<br><br>(Y-5) | **186560**<br>**AS AMENDED** |

At 12:26 p.m., Council recessed.

Exhibit C
Page 4 of 10

May 7, 2014

A RECESSED MEETING OF THE COUNCIL OF THE CITY OF PORTLAND, OREGON WAS HELD THIS 7TH **DAY OF MAY, 2014** AT 2:00 P.M.

THOSE PRESENT WERE:  Mayor Hales, Presiding; Commissioners Fish, Fritz, Novick and Saltzman, 5.

Commissioner Fish arrived at 2:05 p.m.  Commissioner Saltzman left at 3:38 p.m.

OFFICERS IN ATTENDANCE:  Karla Moore-Love, Clerk of the Council; Ben Walters, Chief Deputy City Attorney and at 2:53 p.m. Kathryn Beaumont, Chief Deputy City Attorney; and John Chandler, Sergeant at Arms.

The meeting recessed at 3:38 p.m. and reconvened at 3:48 p.m.
The meeting recessed at 4:41 p.m. and reconvened at 4:57 p.m.

|     |                                                                                                                                                                                                                                       | **Disposition**                                                            |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | -------------------------------------------------------------------------- |
| 417 | **TIME CERTAIN: 2:00 PM** – Grant a franchise to Google Fiber Oregon, LLC to construct and operate a fiber network using the City Streets, for a period of ten years  (Ordinance introduced by Mayor Hales)  1 hour requested          | **PASSED TO SECOND READING JUNE 11, 2014 AT 9:30 AM**                      |
| 418 | **TIME CERTAIN: 3:00 PM** – Take action towards amending six Urban Renewal Areas to advance redevelopment and economic development objectives while reducing the impact of urban renewal on taxing jurisdictions  (Resolution introduced by Mayor Hales)  1 hour requested  **Motion to amend to adopt Package A amendments:** Moved by Hales and seconded by Fish.  (Y-4; Saltzman absent)  (Y-4; Saltzman absent) | **37072** **AS AMENDED**                                                   |

At 5:26 p.m., Council adjourned.

**LAVONNE GRIFFIN-VALADE**
Auditor of the City of Portland

By    Karla Moore-Love
       Clerk of the Council

For a discussion of agenda items, please consult the following Closed Caption File.

Exhibit C
Page 5 of 10

May 7, 2014
**Closed Caption File of Portland City Council Meeting**

This file was produced through the closed captioning process for the televised City Council broadcast and should not be considered a verbatim transcript.
Key: \*\*\*\*\* means unidentified speaker.

**MAY 7, 2014        9:30 AM**

**Hales:** Good morning, everyone. Welcome to the May 7th meeting of the Portland City Council. Want to have some wonderful fun this morning, but first, a more somber moment marking the passing of a great Portlander. We want to take a moment of silence and remember Dr. Jack Ramsay, the leader of our amazing Trail Blazers, a man that made Portland part of what we love Portland to be today. A moment of silence, please, for Jack Ramsay. [moment of silence] Thank you very much. There's a street over in the Rose Quarter that Commissioner Novick is working on renaming in Dr. Ramsay's honor, and that will be nice to be walking up Ramsay Way before too long. So this morning, the sun is shining, it's a beautiful day in Portland. Our princesses are here, the One More Time Around marching band is here, all is right with the world -- it's Rose Festival week. [cheering] [applause] We're so pleased to be launching our part of the annual Rose Festival season here with the leadership of the Rose Festival this morning, and with the One More Time Around marching band, an amazing 30-year tradition now in Portland. And, of course, with the princesses of the 2014 Rose Court. We're so happy that you're all here. We want to call up Jeff Curtis and Todd Johnston for a presentation this morning about this year's Rose Festival. Welcome, everyone, we're so glad you're here, and we're so glad it's that time of year. So now that our colleagues are here, we'll first call the roll to make this official and then set you free.

**Fish:** Here. **Saltzman:** Here. **Novick:** Here. **Fritz:** Here. **Hales:** Here.

**Jeff Curtis:** Thank you, Mayor Hales, distinguished Commissioners, it's a pleasure to kick off the Rose Festival season right here at city council. As you can see, I brought many of our friends here as part of the celebration. To my left is Todd Johnston, president of our board of directors. You'll hear from him in a few minutes. I thought I'd break up my comments this year, kind of a who, what, where, and how description of this organization, and what we do and the impact we're having here for Portland and our citizens. On the who. Who makes up this organization? It's really -- this is a people organization. Over 3000 volunteers collectively come together and produce a world-class festival. Behind me are some examples of that, and it goes far beyond that. It's the thousands of participants, it's this community, it's a people organization driving a world-class festival. And together, we're making memories -- and that's a very appropriate theme for 2014: making memories. We've been doing this for 107 years and memories have been made 107 years ago, and we're going to make a lot of memories in 2014. On the what side is, what is this festival? What is it this year? Describe it, Jeff, what is it? Ultimately, it's a collection of over 57 distinctly different events over six weeks of activities. But more intangibly, it has a personality. It's designed to connect generations of people, bringing people on the parade route down at the waterfront, collectively bringing our community and citizens together. You'll see specifically the details of our events -- we'll have the Rose Festival Court come up and describe some of the highlights of our events -- but I have left a calendar of events in front of you. Ultimately, this festival is a top global festival produced by a nonprofit here in Portland, Oregon, working tirelessly year-round to produce what is your festival. The where part is Portland, Oregon, obviously. This also blends with the who. Who really benefits from the Rose Festival? There are no for-profit entities, no ownership stakes. The real beneficiary is the city of Portland of which you lead, our citizens itself. This nonprofit behind me works tirelessly year-round to do so, all for the goodness of the city and to keep this beloved

Exhibit C
Page 6 of 10

May 7, 2014

majority of Americans now doubt that their children will be able to have equal to or better opportunities than they had. And that's a very discouraging thing in this country of opportunity. But when we meet young people like this, and they come and they are so distinguished and they have taken such full advantage of the gifts that god gave them, we are I think even more confident that's not true here in Portland. We are counting on this generation to lead the way. And I suspect one of you someday may even be sitting up here.

**Hales:** Maybe more than one.

**Fish:** So, congratulations, and you honor us with your presence today, so thank you. [applause]

**Hales:** Other comments?

**Fritz:** I want to explain a little more about Queen Thelma. So back in the day, I think it was 10 votes for a penny -- is that right, Jeff? It was an actual competition to buy votes for the first Rose Festival queen, so that's what's mirrored at this year's event. There have been tryouts for Queen Thelma and three finalists. Portlanders can buy votes to choose their favorite candidates, and then that goes to the Knight challenge. That's a very special piece that'll be wonderful. All of the Rose Festival princesses are just amazing. And each year, it seems the court gets better and better and better. I have to give a special shout-out to Amie Whipple from Madison High School, because she interned at my office. I'm just sayin'. [laughter]

**Hales:** She pointed that out this morning, yes.

**Fritz:** And also that her first year was spent at Marshall High School, so she's actually representing two schools.

**Fish:** Commissioner Fritz has announced she's not seeking reelection. [laughter] So just remember, you are of age.

**Hales:** And all of us will be participating in as many Rose Festival events as we can. Of course our schedules are crazy but we try to get to many of them. Our schedules are too crazy for the moment for Nancy and I to join the One More Time Around Again marching band. But I'd love to dust off my old baritone and she'd love to dust off either her twirler costume or her saxophone. [cheering] So someday, post-City Hall, you may have two more members of this amazing band. [applause] Thank you all for being here this morning. Can we do a picture with the five of us and the court before you leave? Could we manage to have the court up here with us? [applause] [photo taken] OK, even though we're doing important work today, it's all downhill from there, I think. But we're looking forward to the rest of our agenda. Let me read the instructions and procedures and then we'll get to the regular calendar. I want to welcome everyone here this morning for the regular business of the council. We have quite a bit on our calendar today. If you're here to speak on a council item, all you need to do is state your name. You don't need to give us your address or any of those details. If you're a lobbyist, please declare that and let us know what organization you're representing. On council calendar items, we typically give people three minutes to speak unless there's some other arrangement prior to that. Please speak only to the matter at hand. If you want to make a demonstration in favor of somebody speaking, just please wave your hands. We'd like to avoid applause or catcalls. That means disruptive behavior won't be tolerated and you'll be warned and asked to leave. If you have any handouts give them to Karla, our clerk, and she'll distribute them to us today. Thanks for coming, we'll proceed with communications items.

**Item 390.**

**Moore-Love:** He called and is canceling and may be rescheduling.

**Hales:** OK.

**Item 391.**

**Hales:** Ms. Maynard, are you here? Please come on up. Welcome.

**Fish:** We have your handout, by the way.

**Jane Maynard:** Here we are, celebrating the beauty of the princesses and roses and music, and I'm talking about blight.

Exhibit C
Page 7 of 10

May 7, 2014

**Saltzman:** OK.

**Hales:** So it's whatever the meter is, a 90-minute meter you pay for 90 minutes.

**Mackrill:** You pay for 90 minutes, can park for three hours. Right.

**Hales:** Other questions? I know we have some folks signed up to testify. Do you have some invited testimony, Steve?

**Mackrill:** I have one person, Lisa Frisch, who's on the task force. She has a brief testimony today.

**Hales:** Great, thank you. Good morning.

**Lisa Frisch:** Good morning, Mayor Hales and Commissioners. My name is Lisa Frisch and I'm the retail program director for the Portland Business Alliance and a member of the Disabled Parking Task Force. I'm here today to express the alliance's support for the Bureau of Transportation's code amendments to the disabled person parking code. The Disabled Parking Task Force was charged with developing parking policies for non-wheelchair disabled parking permits. In the six years that this committee has met, the use of disabled placards downtown grew from 11% to 30% in some areas of downtown. In fact, on many streets downtown, vehicles displaying placards park all day, thus limiting turnover. In the same six-year period, lack of parking availability downtown ranked in the top five factors that need improvement in the alliance's annual business census and survey, a survey of all 4500 businesses in downtown Portland. As a result of the committee's thoughtful work, the proposed code amendments respond to long-standing complaints from downtown businesses regarding permit misuse, the lack of parking turnover, and limited number of convenient parking spaces with persons with individuals with disabilities. Moving forward, we want to ensure that those individuals who need accommodations are adequately served by this program. We appreciate that Commissioner Novick and PBOT are willing to work with individuals with disabilities who live in subsidized housing by providing them a free permit for the first year. We ask that for the initial rollout of implementation that there be fewer penalties and more of an educational effort around the new changes, unless there are egregious violations. Therefore, we recommend that the program be revisited to determine if any adjustments need to be made to ensure the program is benefiting both short-term visitors and providing enhanced accessibility to those who need it most. I'd like to thank city council and in particular Commissioner Novick for his thoughtful leadership on this issue. Finally, I'd like to acknowledge the hard work of my fellow members of the Disabled Parking Task Force -- many who are here today in the back -- for working together for the past six years to find a solution to this problem. It's been a pleasure to serve on this committee with you. As a result, we have a thoughtful and equitable solution to the long-standing misuse of parking placards downtown. Thank you.

**Hales:** Thank you.

**Novick:** Thank you.

**Hales:** Questions for Lisa? Thank you both. Again, we have members of the disability commission here, I'm not sure if you're planning to testify but we also have a sign-up sheet. Commission members are standing by.

**Novick:** I think Joe Vanderveer was planning to testify.

**Hales:** Here's here. Not necessarily planning to testify.

**Novick:** Oh, hi, Joe. Didn't see you behind the post.

**Hales:** So anyone signed up on this, Karla?

**Moore-Love:** Yes, we have two people. Please come on up, Joe Walsh and Adam Kriss.

**Hales:** Come on up.

**Hales:** Mr. Walsh, go ahead.

**Joe Walsh:** My name is Joe Walsh, I represent individuals for justice. It seems to me that what you're going to do is make it more difficult for handicapped people to park. One example that you use -- that Commissioner Saltzman tried to explain -- was that I don't have a handicapped parking because I don't drive. I could get one under the present regulations and give it to a friend who could

Exhibit C
Page 8 of 10

May 7, 2014

drop me off, and display it. But I have to go through a doctor, a doctor has to authorize the request for me to get a permit. So you already have a screening process that goes on. You seem to be implying and saying straight out that percentagewise, the handicapped are screwing around with the handicapped parking, and they are screwing up the people downtown. Too bad. That's what I say, too bad. If a handicapped person has a doctor to verify to get his permit, and he comes downtown and he needs to be dropped off someplace, leave him alone. You say, OK, he can park for three hours in a 90-minute parking space, but he's got pay for the 90 minutes. What's the logic behind that? Except money. What's the logic? If you're going allow them to be there for three hours instead of the 90 minutes it says on the parking space, then why are you doing that? It's just money. You just want to generate money. And as a handicapped person -- and I don't really have a dog in this fight because I don't have a handicap parking space. I'm thinking of getting one now because you've pissed me off. So what is the reason behind this? Commissioner Novick, have you got a reason for this? Is it that the Business Alliance says, hey, man, there's too many handicapped people parking downtown and they're blocking the place and we can't get the business going? Is that what this is about?

**Hales:** Joe, there's been a lot of work put into this and there's a report you can read about the rationale, but we're not going debate that here with you this morning.

**Walsh:** Of course you're not going to debate it. It would be transparent if you debated it.

**Hales:** There's a lot of work done --

**Walsh:** You don't have an avenue to debate it --

**Hales:** OK --

**Walsh:** You sit here and you make these goddamned decisions --

**Hales:** Hey, that's it. You're done. Thank you.

**Walsh:** No, I'm not done yet.

**Hales:** You're done.

**Walsh:** This is outrageous.

**Hales:** Yes, it is.

**Walsh:** And so are you.

**Hales:** Go ahead, sir.

**Adam Kriss:** OK. Good morning. I wish the band would have stayed, that would've been nice. But anyway, I wanted to just address something this morning. I believe I did send you guys all emails, hopefully you got my email. I wanted to address the idea that I'm not arguing against a parking ordinance, because I know it's already been discussed numerous times, but I wanted to bring up a point based on the budget that was released. And I think -- I have a huge concern with the parking that we are going to now be charging, and we are going to get -- I assume this is going to bring in extra revenue for PBOT and for the city. So when I was listening about the budget, I was a little disturbed that I didn't hear that there was any money that was going to be given to sidewalk repairs, and access for people with disabilities that do not drive. And one of these things that I think this ordinance will do is I think it'll make people not want to necessarily drive downtown and take more public transportation. And the people that live downtown will actually, you know, walk more or roll more down sidewalks and streets. However, if this money that we're generating is not going to fix streets or sidewalks, I kind of am a little disappointed in that I think some of the people in the community, including myself, were supportive of this ordinance because we had the idea that we thought extra revenue based on this parking ordinance would be going to fixing streets or making more curb cuts. There's still a lot of issues in downtown Portland, and I fail to see why we're not going to be able to use any of this money to be able to do any of these repair works that need to be done.

Exhibit C
Page 9 of 10

May 7, 2014

to their meetings recently can call that a robust public process for sure. I appreciate that, and am pleased to be able to vote aye.

**Hales:** You know, Commissioner Fritz and I were talking earlier today about the police bureau. And Commissioner Fish, you and Commissioner Saltzman were reflecting on being out in the campaign process. And we in this room talk to really wise and thoughtful people who come from organizations like the ones we've heard from today, who are directly engaged in city government. But the benefit of a campaign -- which you are in now, and I was in two years ago -- is you get to talk to hundreds of thousands of Portlanders who are aware, but not necessarily actively involved. There are a couple issues that I heard so much about from them. One was, we want you, the council, to rebuild the relationship of trust with the police bureau because of the tragedies that we've dealt with. And Amanda and I were talking earlier about that -- and we really are making progress. In this case, I heard from thousands of citizens who said, we want you to use the urban renewal the right way, and not take such a big bite out of my tax bill for somewhat obscure purposes. They may not know all these details that we're discussing, but they have that generalized understanding in both cases that there's a right way to do this. And I feel so good about the discussion that we have had on this issue, just as I feel good about the progress that we've made in the police bureau. Because each of us, in going out into the community -- whether it's in a campaign or otherwise -- can look our fellow citizens in the face and say, we have tuned this up and are doing it the right way. And that has great power in the relationship that we have, the social contract that we have with the 600,000 people that we work for. I think we'll find again and again, whether it's in this next couple of weeks -- blessedly now only 13 days and two hours or something of your campaign -- but after, where people say oh, good, thank you, that's what I expect my city council to be doing. So, I'm proud of this work. Ed and the other three short-timers that we've heard from today, we're sorry it's only going to be six more weeks, but we know you will enjoy getting sleep. So thank you for the great work, and thank you all. Aye. [gavel pounded] And we are adjourned at last.

At 5:26 p.m., Council adjourned.

Exhibit C
Page 10 of 10



CITY OF

**PORTLAND, OREGON**

OFFICIAL
MINUTES

A REGULAR MEETING OF THE COUNCIL OF THE CITY OF PORTLAND, OREGON WAS HELD THIS **10TH DAY OF SEPTEMBER 2014** AT 9:30 A.M.

THOSE PRESENT WERE: Mayor Hales, Presiding; Commissioners Fish, Fritz and Saltzman, 4.

OFFICERS IN ATTENDANCE: Karla Moore-Love, Clerk of the Council; Linly Rees, Deputy City Attorney; and Jim Wood, Sergeant at Arms.

All Consent Agenda items--Item Nos. 946, 947 and 948--were pulled for discussion.

The meeting recessed at 10:31 a.m. and reconvened at 10:42 a.m.

|  |  | Disposition: |
|---|---|---|
| | **COMMUNICATIONS** | |
| 940 | Request of Barry Joe Stull to address Council regarding cannabis research at the Wapato Jail  (Communication) | **PLACED ON FILE** |
| 941 | Request of Jay Bloom to address Council regarding event What Are Old People For?: Building a Community For All Ages  (Communication) | **PLACED ON FILE** |
| 942 | Request of Ben Pickering to address Council regarding police brutality (Communication) | **PLACED ON FILE** |
| 943 | Request of Kathleen Bushman to address Council regarding Healing Man Sanctuary  (Communication) | **PLACED ON FILE** |
| 944 | Request of Leon Chavarria to address Council regarding pedestrian traffic safety concern  (Communication) | **PLACED ON FILE** |
| | **TIMES CERTAIN** | |

September 10, 2014

| | | |
|---|---|---|
| 945 | **TIME CERTAIN: 9:30 AM** - Appeal of Woodstock Neighborhood Association against Hearings Officer's decision to approve a zone change in conformance with the Comprehensive Plan and a 3-lot land division at 3936 SE Reedway St (Introduced by Commissioner Fritz; Previous Agenda 939; LU 13-237078 ZC LDP) 15 minutes requested | **CONTINUED TO OCTOBER 01, 2014 AT 10:15 AM TIME CERTAIN** |

## CONSENT AGENDA – NO DISCUSSION

### Commissioner Amanda Fritz

#### Position No. 1

##### Portland Parks & Recreation

| | | |
|---|---|---|
| *946 | Amend contract with Henderson Young & Company, Inc. in the amount of $57,310 to provide additional Park System Development Charge update consulting services (Ordinance; amend Contract No. 30003028) (Y-4) | **186805** |

### Commissioner Nick Fish

#### Position No. 2

##### Bureau of Environmental Services

| | | |
|---|---|---|
| 947 | Amend Intergovernmental Agreement with U.S. Fish and Wildlife Service in the amount of $62,577 to collect and analyze data from the Tryon Creek basin and other watersheds (Ordinance; amend Contract No. 30001882) | **PASSED TO SECOND READING SEPTEMBER 17, 2014 AT 9:30 AM** |
| 948 | Authorize an Intergovernmental Agreement with Oregon State University in an amount not to exceed $11,500 to process and analyze data from Portland watersheds (Ordinance) | **PASSED TO SECOND READING SEPTEMBER 17, 2014 AT 9:30 AM** |

## REGULAR AGENDA

### Commissioner Steve Novick

#### Position No. 4

##### Bureau of Transportation

| | | |
|---|---|---|
| *949 | Authorize contracts as required with 15 technical and expert service firms for on-call architecture and engineering services in support of the Portland Bureau of Transportation (Ordinance) | **CONTINUED TO SEPTEMBER 17, 2014 AT 9:30 AM** |
| *950 | Authorize contracts as required with eight service firms for Right of Way Appraisal and Acquisition and Relocation projects that are funded through Federal Aid (Ordinance) | **CONTINUED TO SEPTEMBER 17, 2014 AT 9:30 AM** |

September 10, 2014

## Commissioner Nick Fish
### Position No. 2

#### Bureau of Environmental Services

| | | |
|---|---|---|
| 951 | Authorize contracts with Brown and Caldwell, Inc., Kennedy/Jenks Consultants, Inc. and Murray, Smith & Associates, Inc. for professional engineering services to continue the Sewer System Rehabilitation Program: Project No. E10031, Phase 2 Pipe Rehabilitation; E10500, Phase 3 Pipe Rehabilitation; and E10576, Large Diameter Sewer Rehabilitation; for a total of $9,000,000 (Ordinance) 20 minutes requested | **PASSED TO SECOND READING SEPTEMBER 17, 2014 AT 9:30 AM** |

#### Water Bureau

| | | |
|---|---|---|
| 952 | Authorize a contract and provide payment for the construction phase of the Well Site Improvements Project at an estimated cost of $750,000 (Ordinance) 10 minutes requested | **PASSED TO SECOND READING SEPTEMBER 17, 2014 AT 9:30 AM** |

At 10:43 a.m., Council adjourned.

**LAVONNE GRIFFIN-VALADE**
Auditor of the City of Portland

By    Karla Moore-Love
Clerk of the Council

For a discussion of agenda items, please consult the following Closed Caption File.

### WEDNESDAY, 2:00 PM, SEPTEMBER 10, 2014

### DUE TO LACK OF AN AGENDA
### THERE WAS NO MEETING

September 10, 2014
**Closed Caption File of Portland City Council Meeting**

This file was produced through the closed captioning process for the televised City Council broadcast and should not be considered a verbatim transcript.
Key: ***** means unidentified speaker.

**SEPTEMBER 10, 2014    9:30 AM**

**Hales:** Good morning, and welcome to the september 10 meeting of the Portland city council, would you please call the roll.  [roll taken]
**Hales:** We have a brief agenda, we will begin with a statement from commissioner Fritz, and then move into the regular calendar.
**Fritz:** Thank you, and welcome back. Good morning, everybody, today is international suicide awareness and prevention day. The world health organization recently released a report that states every 40 seconds someone ends their life due to suicide.  And as we know, Portland has a higher rate than many cities in the country.  So we, as a community, must reflect on ways to spread knowledge and prevent suicide when possible.  I encourage everyone to learn about the warning signs and be willing to ask the question, are you thinking of suicide? Are you thinking of hurting yourself? Although it is a tough question to ask, you could be saving a life, and you could be giving somebody the opportunity to talk. No one should have to go through this experience by themselves. Alliance for life is an organization that the city council has partnered with over the years, and dedicated to mental health services and suicide intervention.  If you or someone you know might be thinking about suicide, please call this number. It's upside down? Thank you very much. 503-972-3456.  There is various other numbers to call so find one that you can remember and share it in a moment of need.  For more information on suicide prevention, including warning signs and resources, please visit the american foundation for suicide prevention website at afsp.org. Thanks very much to sarah hobbs, a volunteer with this organization for providing this information, and thank you all for, for taking the time to think about this serious issue.
**Hales:** Thanks, commissioner, for highlighting that.  The Portland statistics bear this out, which is that we had 16 homicides, 35 traffic deaths, and 114 suicides last year.  So, we all probably pay too much attention to the first two and not enough to the third.  So, every opportunity for a citizen or one of our own, police bureau, fire bureau folks to be able to connect folks up with the alliance for life is a good idea, and it literally saves lives every day, so thank you.
**Fish:** A housekeeping matter.  I know that we have members of the public interested in 945.  We won't be taking up the time certain for about another 15 Minutes, but perhaps, it would be wise for us to say on the record that we are intending to set that over and not taking it up?
**Hales:** That's right.  We are setting it over to october 1st, so we'll get to that procedurally in a few minutes.  But, that's our plan, and that's when we'll be taking it up again as a full council.
**Fish:** So to be clear we won't be taking testimony or deliberating today.
**Hales:** That's right.
**Fish:** For people here and interested in that issue.
**Hales:** Ok.  We're going to start with communication items and move into the regular calendar.  If you are here to speak on a regular item, we typically allow people three minutes.  You are certainly, just need to give us your name, not your address.  If you are a lobbyist for an organization, let us know that, please, and we do not typically allow public demonstrations in the council unless it's to celebrate someone or something, so we would like to give each of us a chance to have our say, so if you agree with someone and want to demonstrate that, wave your hand, but we want to make sure that we keep the decorum in the chamber and people of all points of view can give their points of view without feeling pressured. We'll take the communication items first, and we'll deal with our

Exhibit D
Page 4 of 8

September 10, 2014

consent calendar, and then the time certain item, and then the remainder of the calendar, so welcome. Let's start with communications, please.
*****: Good morning.

**Item 940.**

**Barry Joe Stull:** Good morning. I would like to start by touching base with my plant I brought in here, the poinsettia, sylvia. Sylvia is doing well. Sylvia is in a container I modeled after my friends patented design, called it an easy grower, but it's a, a bucket system, and has a wick and, and about a month ago I watered the container and, and through the wonders of science  and capillary action, sylvia and the soil that she is in takes care of herself. Paul middleton, who had that patent, had inside this apartment, it's still vacant, by the way, I had his patent number, and I did my research in that apartment. Paul middleton had a form of my condition from a spinal cord injury, and I could tell if he had pot, by whether he was in a wheelchair or not, and unlike the new kids, marijuana wasn't always legal, and he got busted, and he committed suicide. I'm talking about a very serious thing, when my personal friend has to make a choice between killing himself to rid himself not only of the pain that he's going to endure in custody, but to shed his wife from the burden of their house being seized in a civil forfeiture. I take this very, very serious. So, the apartment that I was illegally evicted from is vacant right now. I want you to do something about it. Stop being a chicken. She's making a fool of you, Mayor. She says there is not enough funding for affordable housing. This is a nonprofit. They have a five-plex that's vacant today with people living across the street, so that's the corruption that i've been thumping around inside the jail for because I draw attention to it. I was arrested for criminal trespass, at the bureau of labor and industries, the civil rights division, found not guilty at trial. I was arrested at lewis & clark college where they scoured my head on the paving stones, found not guilty on that, and I was arrested at the central precinct lobby, found not guilty at trial. Ok, so, if people don't like, like me talking about cannabis because it's a great therapeutic option. I would like us to calm down and be a bit rational and stop letting the criminals run the show. I expect there to be a call to maxine fitzpatrick today, mayor, asking why it's vacant. They have committed fraud, which is actionable, and you can prosecute that, so that being said, there is a new study out, and it talks about the options for chronic pain and the quote that I will leave you with is the treatment of chronic pain represents a significant unmet therapeutic need, and the fact that we are paying $1,000 a business day to mothball the wapato jail when we could have that be one of the legal places where the federal government approves cannabis research. That's why i'm here today. Not here to complain about all the dozens of times that I will face arrest for standing up for these issues. I do get a little upset and for good reason. So, let's do something about the fact that the conditional use permit that the city of Portland authorized to have that property even be constructed, you will recall you were on the council in the mid '90s, let's do something and turn the swords into plowshares. Thank your for my time today.

**Hales:** Thanks very much.

**Stull:** I really expect action on this.

**Hales:** What paper is that?

**Stull:** The Portland observer, and I have given your office a copy. We'll touch basis on that today, but this is criminal. What she is doing is shameful.

**Item 941.**

**Hales:** 941. I understand mr. Bloom has had a recent heart surgery and Margaret neal is going to speak on his behalf so welcome. I hope he's doing ok.

**Margaret Neal:** So, i'm Margaret neal, the director of the institute on aging from Portland state university, and I wanted to just take this opportunity to, to make an announcement about this event we're holding as a part of our age-friendly Portland initiative. Mayor hales, thank you for agreeing to speak, and commissioner Fish, thank you for agreeing to speak. Other individuals will include the, the comedy sports, golden harvest will do a performance, and bill thomas, who wrote the book, what are old people for, will be there, and it will be both an intellectually stimulating and, and a fun

September 10, 2014

law so I would be surprised if there was anybody on these job sites paid less than $15 an hour because we're talking construction, but I may be wrong.

**Walsh:** I have no way of knowing that.

**Hales:** I think that this is all, all union, union scale work.

**Walsh:** It would be a nice message to send out.

**Hales:** Oh, yeah, thank you. Anyone else? Ok. This is, this is moved to second reading. [gavel pounded]

**Hales:** 952.

**Item 952.**

**Fish:** Principal engineer dave peters is here for a brief presentation and to answer your questions.

**Hales:** Good morning.

**Dave Peters, Water Bureau:** Thank you, commissioner Fish, good morning, mayor hales and commissioners. I am david peters, a principal engineer with the water bureau, and I am here to speak about the ordinance to authorize construction of the well site improvements. This is a $750,000 construction contract that will improve the well pumps and motors at three of the sites, and improve the pump motor controls at eight other well sites. The, the columbia south shore wellfield has 26 production wells. And we have a program pulling these pumps and motors every 15 to 20 years to, to evaluate their condition, maintain the pump and motors, and fix any problems that we identify. This is part of the capital bureau's, the capitalized maintenance program and so, these are the next three wells scheduled to be taken care of. This work will extend the life of the existing pumping equipment, and it will improve the water quality, and improve the efficiency of the, of the pumping of the water. This will be a formal bid package, working with the purchasing bureau to do this as a low bid contract, so we'll be selecting the lowest responsive responsible bidder to complete this work. The design of this package was done by the bureau staff, and has not had any consultants involved in the creation of the package. The construction is being bid because this requires some specialized equipment and expertise that the bureau does not have on staff. These are large pumps and motors that hang several hundred feet down into the ground, and requires large equipment to pull out and, and maintain the pump and motors and then the well, itself. The bureau will be doing the construction management survey, and construction inspection on these, and as well as some of the connection of the instrumentation and controls. That's a brief overview. I open it up to any questions at this time.

**Hales:** Small question, what do we do with the old ones?

**Peters:** Actually, we're -- we send these off to get fixed up, so we'll continue to use the existing wells, and they will just be upgraded and put back into place.

**Hales:** Ok.

**Fish:** Fun fact, total capacity out of the, the wells is about 100 million gallons?

**Peters:** 100 million gallons.

**Fish:** In addition to, you know, as much as $19 billion gallons of pristine water and reserve in the bull run, we have this capacity of an additional 100 million, if we need.

**Peters:** There is actually 10 billion gallons available in the ground. We can pump that out at a rate of 100 million gallons a day, so half the size of the bull run system.

**Fish:** Extraordinary.

**Hales:** Thank you. Anyone here to speak on this?

**Moore-Love:** No one signed up.

**Hales:** That's set over to second reading. [gavel pounded]

**Hales:** We'll return to the consent calendar items we pulled off starting with 946.

**Item 946.**

**Hales:** Joe, did you want to speak on these?

**Walsh:** Yes, can you give me two minutes to get some oxygen.

September 10, 2014

**Hales:** Sure. Or bring it with you. I don't think we have staff here. The first two are contract amendments, and then the third one is an intergovernmental agreement with Oregon state to do data analysis from our watersheds. So, 946, joe, is the first one.

**Fish:** Mayor, we do have some staff here, and what I would like to propose, if mr. Walsh could go through his questions on all three, and then I will have staff come up and answer any questions he poses.

**Hales:** Is that ok with you joe?

**Walsh:** We can try the first one and see where we go.

**Hales:** Go ahead.

**Walsh:** We are going to start on 947?

**Hales:** 946.

**Walsh:** Okay. Our objection to this is we're a little confused. This is what I was talking about. Talking about 947.

**Hales:** 946, contract amendment with henderson.

**Walsh:** Ok. 946 Back up. This one we are confused on because not a lot of money -- it's $57,000, you are going to expend and when we looked at the paperwork, under the programs scheduled c, contract, prepare 10 monthly progress reports right under that, and then we goes to f. We are a little confused on that. The d e is missing. It does go to f. It says the contractor will evaluate the city policies, concerning higher education and campus housing, this is in the parks and recreation, so we looked at this and we said, ok, what are we doing here? We are going to send squirrels to college or are we going to spend this money to educate the public on what's going on in the parks? What are we going to spend this money on? Since this is on the consent agenda, we object to the public not being able to understand where $50,000 of their money is going. We resent that, that we feel that this is a very strange expenditure of funds, and I am sure that somebody can explain it. However, there is a door over on lonsdale in the men's room that we cannot get replaced. People are peeing in public, and we cannot get the damn door replaced because there is no money, but you are going to spend $50,000 on this. We object to that. Strongly.

**Fritz:** The sentence about concerning higher education and campus housing can be confusing, that's the essence of why this contract needs to be amended. We are looking at the system development charges, that are charged to colleges for that on-campus housing, so there is a dispute if they should be charged similar to residences, or since they are paying for their lecture halls and other office and semi-commercial buildings --

**Walsh:** What does that have to do with the parks and recreation? With benches and trees.

**Hales:** If you listen, we're required under state law to do this work.

**Fritz:** That's how we get the system development charges, which we charge to new development to help offset the impacts of new residents on the system, and that's the same system development charges we are using to build the gateway and beach parks and multiple other amenities in the city. We need -- we have to be able to show that we're charging the correct amount in the correct way. And what's come up with the community committee, that's looking at this issue, is that more detail -- more work needs to be done on the campus housing, so that's why the contract is being extended. If you would like more information, you are welcome to talk to tim crail in my office, he would be happy to give you as much information --

**Walsh:** Let me respond, please.

**Fish:** I am going to comment. I want to underscore two things, commissioner Fritz mentioned. This is required by state law. A periodic review of the systems development charges, and two, a citizen committee is, has been formed to make recommendations to the commissioner in charge and the council, so it is a required effort, and this particular contract provides additional resources to support their work, and commissioner Fritz often is modest when she talks about the use of sdc's on the east side but it is under her leadership that we have spent millions of dollars in building fees to begin to build out parks on the east side, and without that tool, we would not have an effective tool.

September 10, 2014

So we are required to be able to justify these fees, which is why we do periodic review. We have to have a legally defensible rationale because joe, as you probably know, there are lots of organized groups in the state that object to systems development charges and they go to court to prevent jurisdictions from collecting them. We have to have a legally defensible position on sdcs. In turn we take those fees and invest in good things like parks on the east side. That's what this is, this, is the context for this matter.

**Hales:** We have heard your statement, and -- joe, we're going to move on. We're done with this item, and we're going to move on.

**Walsh:** I am going to respond.

**Hales:** No. You are not. We are not having a debate here. Mr. Walsh, we're going to ask you to, to stand down. Mr. Walsh, I am going to warn you one more time, that you are, you are being disruptive. Mr. Walsh, you are being disruptive. No you don't. Sir I will warn you one more time. You have the ability to come up here and speak.

**Walsh:** Don't do this.

**Hales:** Mr. Walsh, you're done. I am going to ask you to leave the chamber now, you've been disruptive and we are not going to take any further testimony. You sir are excluded.

**Walsh:** I am not leaving.

**Hales:** You are excluded.

**Walsh:** I am not excluded either.

**Hales:** Yes you are. We are going to continue our council discussion and, and --

**Walsh:** No you are not going to continue anything until you apologize.

**Hales:** You are going to continue to yell if you wish until such time as security removes you from the chambers. Council is recessed while security deals with this individual.

[The meeting recessed at 10:31a.m. and reconvened at 10:42 a.m.]

**Hales:** We're going to return to 946, is there anyone else wants to speak on this? Ok, council roll call on the emergency ordinance, 946.

**Saltzman:** Aye.  **Fritz:** Aye.  **Fish:** Aye.

**Hales:** Aye. 947.

**Item 947.**

**Hales:** Anyone want to speak? Council comments? Roll call.

**Fish:** It goes to a second.

**Hales:** Ok. Goes to a second reading and 948.

**Item 948.**

**Hales:** Anyone want to testify? Also moves to a second reading and we are adjourned. [gavel pounded] Thanks everybody.

At 10:43 a.m., Council adjourned.



| CITY OF | OFFICIAL |
| --- | --- |
| **PORTLAND, OREGON** | MINUTES |

A REGULAR MEETING OF THE COUNCIL OF THE CITY OF PORTLAND, OREGON WAS HELD THIS **13TH DAY OF MAY, 2015** AT 9:30 A.M.

THOSE PRESENT WERE: Mayor Hales, Presiding; Commissioners Fish, Fritz, Novick and Saltzman, 5.

OFFICERS IN ATTENDANCE: Karla Moore-Love, Clerk of the Council; Ben Walters, Chief Deputy City Attorney; and Jim Wood, Sergeant at Arms.

On a Y-5 roll call, the Consent Agenda was adopted.

Council recessed at 9:52 a.m. and reconvened as Portland Development Commission Budget Committee (PDC) at 10:00. At 11:00 a.m. Council recessed as PDC Budget Committee and reconvened as City Council.

| | | Disposition: |
| --- | --- | --- |
| | **COMMUNICATIONS** | |
| 461 | Request of Marianne Fitzgerald to address Council regarding Bureau of Transportation-Bureau of Environmental Services Coordination Charter (Communication) | **PLACED ON FILE** |
| 462 | Request of Floy Jones to address Council regarding Water Bureau budget (Communication) | **PLACED ON FILE** |
| 463 | Request of Jamie Partridge to address Council regarding Contingent Worker Task Force (Communication) | **PLACED ON FILE** |
| 464 | Request of Xan Hamilton to address Council regarding mid-block street painting ordinance (Communication) | **PLACED ON FILE** |
| 465 | Request of Mike Summers to address Council regarding homeless issues (Communication) | **PLACED ON FILE** |
| | **TIMES CERTAIN** | |
| 466 | **TIME CERTAIN: 9:30 AM** – Mayor's Message to Budget Committee (Mayor convenes Council as the Budget Committee) 5 minutes requested | **PLACED ON FILE** |

Exhibit E
Page 1 of 13

May 13, 2015

| 467 | TIME CERTAIN: 10:00 AM – Council to convene as Portland Development Commission Budget Committee to receive the proposed budget (Mayor convenes Portland Development Commission Budget Committee)   1 hour requested | PLACED ON FILE |
|---|---|---|

### CONSENT AGENDA – NO DISCUSSION

## Mayor Charlie Hales

### Bureau of Planning & Sustainability

| 468 | Amend Intergovernmental Agreement with Metro to accept an additional $80,000 for administration of the City Master Recycler Program in FY 2015-2017 (Second Reading 441; amend Contract No. 30003529) <br> (Y-5) | **187118** |
|---|---|---|

### Office of Management and Finance

| *469 | Pay claim of Mary Haney in the sum of $7,699 involving the Bureau of Environmental Services (Ordinance) <br> (Y-5) | **187119** |
|---|---|---|
| *470 | Pay claim of Christopher Hermann in the sum of $7,360 involving the Portland Fire Bureau (Ordinance) <br> (Y-5) | **187120** |
| 471 | Extend a right-of-way use agreement granted to Clear Wireless LLC for wireless broadband Internet access services (Ordinance; amend Ordinance No. 185716) | PASSED TO SECOND READING MAY 20, 2015 AT 9:30 AM |
| 472 | Extend term of a right-of-way use agreement granted to Sprint Spectrum, LP for mobile telecommunications services (Ordinance; amend Ordinance No. 185717) | PASSED TO SECOND READING MAY 20, 2015 AT 9:30 AM |
| 473 | Extend term of a right-of-way use agreement granted to Cricket Communications, Inc. for mobile telecommunications services (Ordinance; amend Ordinance No. 185788) | PASSED TO SECOND READING MAY 20, 2015 AT 9:30 AM |
| 474 | Extend term of right-of-way use agreement granted to New Cingular Wireless PCS, LLC for mobile telecommunications services (Ordinance; amend Ordinance No. 185789) | PASSED TO SECOND READING MAY 20, 2015 AT 9:30 AM |

## Commissioner Nick Fish
### Position No. 2

### Water Bureau

| 475 | Accept contract with JW Underground, Inc. for the construction of the Headworks Flow Meters project as complete, release retainage and authorize final payment (Report; Contract No. 30003570) <br> (Y-5) | ACCEPTED |
|---|---|---|

May 13, 2015

## Commissioner Dan Saltzman
### Position No. 3

#### Portland Fire & Rescue

| | | |
|---|---|---|
| *476 | Accept a grant in the amount of $342,437 from the Federal Emergency Management Agency for Assistance to Firefighter Grant FY 2014 to fund firefighter bailout systems  (Ordinance)<br>(Y-5) | **187121** |

#### Portland Housing Bureau

| | | |
|---|---|---|
| 477 | Amend subrecipient contract with JOIN to add $3,468 for enhanced outreach and operations during winter severe weather events for a total not to exceed $1,780,741  (Second Reading Agenda 442; amend Contract No. 32001124)<br>(Y-5) | **187122** |

## REGULAR AGENDA

| | | |
|---|---|---|
| *478 | Update City of Portland Fair Wage Policies to establish a minimum wage of $15 per hour for employees working under covered service contracts  (Ordinance introduced by Mayor Hales and Commissioner Saltzman; amend Code Chapter 3.99) 20 minutes requested<br>(Y-5) | **187124** |

## Mayor Charlie Hales

#### Bureau of Police

| | | |
|---|---|---|
| *479 | Authorize an Intergovernmental Agreement with the Oregon State Police Criminal Investigations Division for the use of Oregon Department of Justice Oregon High Intensity Drug Trafficking Area Program grant funds to reimburse the State for drug interdiction efforts on behalf of the HIDTA Interdiction Team  (Ordinance) 20 minutes requested for items 479-481<br>Continued to May 13, 2015 at 2:00 pm.<br>(Y-4; Novick absent) | **187125** |
| *480 | Accept a grant in the amount of $172,700 and appropriate $40,000 for FY 2014-15 from the Oregon Department of Justice and the Oregon High Intensity Drug Trafficking Areas program for sworn personnel overtime and program expenses for Portland interdiction efforts  (Ordinance)<br>Continued to May 13, 2015 at 2:00 pm.<br>**Motion to amend directive b to add General Fund information:** Moved by Fish and seconded by Saltzman.  (Y-4; Novick absent)<br>(Y-4; Novick absent) | **187126**<br>**AS AMENDED** |

May 13, 2015

| *481 | Accept a grant in the amount of $36,000 from the Oregon Department of Justice and the Oregon High Intensity Drug Trafficking Areas program for program expenses for Portland Metro Gang Task Force interdiction efforts (Ordinance)<br><br>Continued to May 13, 2015 at 2:00 pm.<br><br>(Y-5) | **187127** |
|---|---|---|

## Commissioner Nick Fish

### Position No. 2

**Water Bureau**

| 482 | Authorize a contract with the lowest responsive bidder and provide payment for the construction components of the Road 10 MP 3.0-4.6 Project at an estimated cost of $889,000 (Ordinance) | **PASSED TO SECOND READING MAY 20, 2015 AT 9:30 AM** |
|---|---|---|

## Commissioner Steve Novick

### Position No. 4

**Bureau of Transportation**

| 483 | Vacate a portion of SE Gideon St east of SE Milwaukie Ave subject to certain conditions and reservations (Second Reading Agenda 458; VAC-10092)<br><br>(Y-5) | **187123** |
|---|---|---|

## City Auditor Mary Hull Caballero

| 484 | Assess property for sidewalk repair for the Bureau of Maintenance (Hearing; Ordinance; Y1086) 15 minutes requested | **PASSED TO SECOND READING MAY 20, 2015 AT 9:30 AM** |
|---|---|---|

At 12:00 p.m., Council recessed.

May 13, 2015

A RECESSED MEETING OF THE COUNCIL OF THE CITY OF PORTLAND, OREGON WAS HELD THIS **13TH DAY OF MAY, 2015** AT 2:00 P.M.

THOSE PRESENT WERE: Mayor Hales, Presiding; Commissioners Fish, Fritz, Novick and Saltzman, 5.

OFFICERS IN ATTENDANCE: Karla Moore-Love, Clerk of the Council; Kathryn Beaumont, Chief Deputy City Attorney at 2:00 p.m.; Lisa Gramp, Deputy City Attorney at 2:52 p.m.; and Jim Wood and John Paolazzi, Sergeants at Arms.

The meeting recessed at 2:12 p.m. and reconvened at 2:45 p.m.

|  |  | Disposition: |
|---|---|---|
| 485 | **TIME CERTAIN: 2:00 PM** – Consider proposal of the City of Portland Water Bureau for Demolition Review and the Bureau of Development Services staff and Portland Historic Landmarks Commission recommendation of approval for the demolition of 1894 Reservoir #3, 1894 Reservoir #4 and the 1946 Weir Building, all contributing resources in the Washington Park Historic District at 2403 SW Jefferson St (Previous Agenda 414; Hearing introduced by Commissioner Fritz; LU 14-249689 DM) 10 minutes requested<br><br>**Motion to approve the application of the Water Bureau:** Moved by Fritz and seconded by Fish. (Y-5) | TENTATIVELY ACCEPT THE PROPOSAL AND RECOMMENDATION; PREPARE FINDINGS FOR JUNE 10, 2015 AT 2:00 PM TIME CERTAIN. |
| 486 | **TIME CERTAIN: 2:00 PM** – Amend timeline and Case File Review for Independent Police Review Citizen Review Committee appeals (Ordinance introduced by Auditor Hull Caballero; amend Code Section 3.21.140 and replace Code Section 3.21.150) 1 hour requested<br><br>**Motion to remove words in Section A to delete "a hearing consisting of":** Moved by Fritz and seconded by Fish. (Y-5)<br><br>**Motion to amend Section D phrase to read "…the committee shall vote on when to hold an Appeal Hearing":** Moved by Fritz and seconded by Fish. (Y-5) | PASSED TO SECOND READING AS AMENDED MAY 20, 2015 AT 2:00 PM |

At 4:42 p.m., Council adjourned.

**MARY HULL CABALLERO**
Auditor of the City of Portland

By   Karla Moore-Love
Clerk of the Council

For a discussion of agenda items, please consult the following Closed Caption File.

May 13, 2015
**Closed Caption File of Portland City Council Meeting**

This file was produced through the closed captioning process for the televised City Council broadcast and should not be considered a verbatim transcript.
Key: ***** means unidentified speaker.

**MAY 13, 2015      9:30 AM**

**Hales:** Good morning, everyone, and welcome to the May 13th meeting of the Portland City Council. Would you please call the roll?
**Fish:** Here.  **Saltzman:** Here.  **Novick:** Here.  **Fritz:** Here.  **Hales:** Here.
**Hales:** Welcome, everyone. We'll take communications items up front and then we'll briefly convene as a budget committee. So, let's take item 461, please.
**Item 461.**
**Hales:** Good morning.
**Marianne Fitzgerald:** Good morning. I've submitted the charter and my written comments to you, but I want to just talk from my heart for this one because I was so excited when I saw this charter. It was signed last September -- same day as the constitution was signed, in a historical context -- but I think it has the similar potential in order to get the bureaus working together and working with the neighborhoods to resolve issues that seem unresolvable. But I also know that you need top management support in order to make these things work.

I worked for government for 31 years, and I have seen at least three separate efforts of cross-program coordination fizzle because they did not have top management checking in. So, on the first page, it's got wonderful words in here, like "both BES and PBOT will agree to coordinate on reassessing priorities to support more comprehensive program and project implementation. The purpose is to increase efficiency and effectiveness in supporting and implementing both bureaus' priorities while building lasting and improved working relationships across bureaus and improving livability in our neighborhoods." This is a win-win-win.

Two months ago, I met with PBOT and BES staff, and we were talking about our favorite project, SW Capitol Highway between Multnomah Boulevard and Taylor's Ferry Road. And the team leaders at the meeting said, "oh, perfect case study for this coordination charter." The issue is cost -- a high cost of the stormwater program, and the high cost of building the much-needed sidewalks and bike lanes. So, we have high hopes that this kind of charter can help us resolve the issues of cost, work with the neighborhoods on design, and get this project built. But I know that it needs your support.

It says in here that the leadership team will check in twice yearly. I hope you will check in with the leadership team and make sure that this continues. Thank you.
**Hales:** Thank you.
**Novick:** Thank you, Marianne.
Good morning.
**Item 462.**
**Hales:** Good morning.
**Floy Jones:** Good morning. It is truly difficult to fathom that City Council would be considering this afternoon demolishing two of the City's most significant historical resources, two of the City's most significant water system resources at a price tag of $80 million.

Exhibit E
Page 6 of 13

May 13, 2015
### Closed Caption File of Portland City Council Meeting

This file was produced through the closed captioning process for the televised City Council broadcast and should not be considered a verbatim transcript.
Key: ***** means unidentified speaker.

**MAY 13, 2015     2:00 PM**

**Hales:** Good afternoon, everyone. Welcome to the afternoon session of the May 13th Portland City Council meeting. Would you please call the roll?
**Fish:** Here.   **Saltzman:** Here.   **Novick:** Here.   **Fritz:** Here.   **Hales:** Here.
**Hales:** We have a couple of items from this morning's calendar that we have to deal with and then we'll move on to the things that are actually scheduled for this afternoon. So bear with us, folks, while we dispose of a couple of things from this morning.

Let me make the usual announcements here at the beginning of the meeting. Welcome, everybody. If you're here to testify on a Council item this afternoon, please sign up on the signup sheet, which is either outside or now here in the room with our Council Clerk. If you are here to speak on a Council calendar item, just state your name. You don't have to give us your address, if you are a lobbyist under the City's Code, you are required to disclose that. You know who you are, so make sure that you do disclose that. Please testify only to the matter at hand. If you have handouts to present to the Council on a calendar item, please give them to the Council Clerk. And again, as usual, we ask that people maintain decorum in this room. If you want to indicate support or opposition to your fellow citizen's point of view, feel free to give a thumbs up or wave of the hand or if you really want to indicate disapproval, give them a thumbs down, but we ask that people don't make vocal demonstrations at any time and we sometimes have to gavel the meeting closed to reinforce that point because it is important that everyone's point of view be heard. So, those are the rules of procedure. If we can go back to the three items on the calendar this morning that have to be voted on now -- we had the hearings, but we also have an amendment to one of them. So, the first of them is item 479.
**Item 479.**
**Hales:** Any Council questions on that matter? Roll call vote on 479.
**Item 479 Roll.**
**Fish:** Aye.   **Saltzman:** Aye.   **Fritz:** Aye.   **Hales:** Aye.
**Item 480.**
**Hales:** OK, so that's the language that was in the amendment. So, do we have to move that amendment or is it already -- it says included.
**Moore-Love:** Yeah, we have it. We haven't made a motion for the amendment to amend directive B to add general fund information.
**Hales:** I see, there it is. Can I have a motion, please, to add that amendment to the directive B?
**Fish:** So moved.
**Saltzman:** Second.
**Hales:** Any discussion? Roll call on the amendment, please.
**Roll on amendment.**
**Fish:** Aye.   **Saltzman:** Aye.   **Fritz:** Aye.   **Hales:** Aye.
**Hales:** And on the amended ordinance.
**Item 480 Roll.**
**Fish:** Aye.   **Saltzman:** Aye.   **Fritz:** Aye.   **Hales:** Aye.
**Hales:** OK, then finally, the third ordinance, 481.

May 13, 2015

**Item 481.**
**Hales:** Any further Council discussion about this? Then roll call, please.
**Item 481 Roll.**

**Fish:** Aye.   **Saltzman:** Aye.   **Novick:** Aye.   **Fritz:** Aye.

**Hales:** Just a quick comment about all three of these. We hear testimony sometimes sort of on one side of an issue, and that kind of was the case this morning. The Portland Police Bureau is not spending much time or money on dealing with marijuana, but we do have a huge upsurge in the use of heroin in our city, and a really terrible resurgence of the use of methamphetamine. And those are tragic addictions, and we've got a lot of addicted people, and some of them commit crimes and some of them are being supplied by gang members and gangs are fueling their operations, if you will, with a combination of human trafficking and drugs.

So far this year -- I've lost track of this week, but as of Monday, we've had 45 gang violence incidents so far this year and well over 300 shots fired in our neighborhoods, including shots going through people's bedroom windows who have nothing to do with gangs. So, it's a serious problem and drugs are not just a public health concern. We have this wonderful service coordination team and we have Multnomah County doing all of the great work they're doing, but it's still a police matter. And I thinks sometimes, we forget that it's still a police matter. I wanted to get those points on the record and thank the folks at the Police Bureau that are focusing on the human cost of the huge wave of drugs that we're dealing with and the fact that that's a major profit center for gangs still pretty serious in our city. Aye. OK, now let's move to the afternoon calendar and take the first item.
**Item 485.**
**Hales:** I think our City Attorney has some instructions for us at this point, right?
**Kathryn Beaumont, Chief Deputy City Attorney:** Thank you.
**Fish:** Sir, can you move over a little bit so that we can see the City Attorney? Thank you.
**Beaumont:** Good afternoon. Just to briefly summarize where we are -- the Council held a hearing on April 23rd on this matter. The record was held open for two successive seven-day periods and closed at 5:00 p.m. on May 7th, and the evidentiary record has been closed since that time.

I understand this morning as part of Item 462, the communication section of the agenda, the Council members heard some comments from Floy Jones ostensibly on the Water Bureau budget but also primarily directed to the Washington Park Reservoir demo review that's before you. Since the evidentiary record is closed, my recommendation to you is that you disregard her testimony and make it explicit that you're doing so -- [booing] --

**Hales:** Hey -- folks, folks. I'll clear this chamber if that happens again.
**\*\*\*\*\*:** [indistinguishable] [shouting]
**Hales:** Maybe so, but I'll clear this chamber if that happens again. She's giving us legal information that we need to follow under state land use law. And depending on which side of the issue you're on at any given moment, you might like for us to follow state land use law. So please continue.
**Beaumont:** The purpose of today's proceeding is for Council discussion and deliberation. Any vote you take today should be tentative only, and we will bring this back at a future date for the adoption of findings and a final decision.
**Hales:** Thank you. Alright. We're at the point I believe on this item where we're ready for Council deliberation and possible motion, is that right? Any further questions for staff or City Attorney before we act? If not, do I have a motion?
**Fritz:** I move that we approve the application of the Water Bureau.
**Fish:** Second.

May 13, 2015

*****: No demo -- [indistinguishable] [shouting] --
Hales: Future discussion --
*****: [shouting]
Hales: You're done -- you're done --
*****: No demo -- [indistinguishable] [shouting] --
Hales: We're adjourned and we'll be back in 10 minutes.

At 2:12 p.m., Council recessed
At 2:45 p.m., Council reconvened.

Hales: OK, folks, we are going to reconvene in a minute. Again, I'm going to ask you to be respectful in this chamber. I really didn't appreciate what happened earlier -- [shouting] -- we are going to proceed folks. You don't get to come in here and shout.
*****: Yeah, we do --
Hales: You don't. We're going to proceed. OK, Council will back to order. Without objection, I'm going to suspend the rules and reconvene and take up the motion that was on the table for item 485. Further discussion? Roll call.
Item 485 Roll,
Fish: Aye.  Saltzman: Aye.  Novick: Aye.  Fritz: Aye.  Hales: Aye.
Hales: Done. Thank you.
*****: No -- [shouting] [indistinguishable]
Moore-Love: We need to set a date -- [inaudible] --
*****: [indistinguishable] [shouting]
Hales: We'll set findings for June 10th, is that right?
Beaumont: Yes, June 10th for findings. What time?
Moore-Love: 10:00 a.m. --
*****: [indistinguishable] [shouting]
Beaumont: What time?
Moore-Love: 10:00 a.m. --
*****: [indistinguishable] [shouting]
Hales: 2:00 p.m.?
Moore-Love: 10:00 a.m.
Beaumont: June 10th at 10:00 a.m.
*****: [indistinguishable] [shouting]
Hales: OK.
Hales: Item 486, please.
Item 486.
*****: [shouting]
Hales: Let's ask the Auditor to come forward.
*****: No demo! No demo! [shouting]
Hales: Go ahead, Constantin.
Constantin Severe, Director, Independent Police Review, Office of the City Auditor: Good afternoon, Council members --
*****: No! no -- [shouting]
Severe: I'm here on a proposed code change to City Council --
*****: [shouting]
Severe: So, this is an ordinance item related to Department of Justice settlement agreement --
*****: No! No! [shouting]
Fritz: So apparently, you people don't care about police accountability?

May 13, 2015

**\*\*\*\*\*:** No! No! [shouting]

**Fritz:** We're talking about police accountability right now.

**\*\*\*\*\*:** [shouting]

**Fritz:** We're talking about police accountability.

**\*\*\*\*\*:** [shouting]

**Severe:** Council members, I presented -- I have a proposal on the proposed code change. We have a PowerPoint --

**\*\*\*\*\*:** [booing] [shouting]

**Severe:** So, a little bit of background --

**Fritz:** We're talking about police accountability. That's very important.

**\*\*\*\*\*:** [booing] [shouting]

**Severe:** So, the Citizen Review Committee was created in 2001. There are 11 members of the CRC --

**\*\*\*\*\*:** [booing] [shouting]

**Severe:** The CRC members are appointed by City Council. CRC members serve on the Police Review Board on a rotating basis, but they also serve as an advisory body to the Independent Police Review and the Chief of Police --

**\*\*\*\*\*:** [booing] [shouting]

**Fritz:** [indistinguishable] we're not allowed to, it's a quasi-judicial land use issue --

**\*\*\*\*\*:** No! No! No! [booing] [shouting]

**Severe:** Do you want me to go ahead?

**\*\*\*\*\*:** [booing] [shouting] No demolition! [booing] [shouting]

**Hales:** We'll let you start over in a minute.

**\*\*\*\*\*:** [booing] [shouting]

**Hales:** OK, Constantin, why don't you begin at the beginning?

**\*\*\*\*\*:** [booing] [shouting]

**Hales:** Hang on. I don't think your microphone is on. Could you turn up Constantin's microphone?

**\*\*\*\*\*:** [booing] [shouting] -- everyone who voted yes on the reservoir -- [shouting]

**Hales:** Go ahead, Constantin.

**Severe:** Thank you, Mr. Mayor. So, this is an item in front of Council about the proposed code change to the Citizen Review Committee. Put together a PowerPoint display about the Citizen Review Committee.

The Citizen Review Committee was created in 2001, it has 11 members. The Auditor recommends nominees to the City Council for appointment. They are three-year terms. The CRC members also serve as rotating members on the Police Review Board in use of force cases.

**\*\*\*\*\*:** [shouting]

**Severe:** The Citizen Review Committee serves as an advisory body to the Independent Police Review and the Chief of Police.

**\*\*\*\*\*:** [booing] [shouting]

**Severe:** So, a little bit of background on the City Code provisions related to CRC. City Code 321140 authorizes CRC to hear appeals of misconduct cases, either the community member or a police officer dissatisfied with the outcome of investigative cases can submit a request for review or what we also call an appeal. CRC members receive a full investigative file prior to an appeal. Requests for review consists of two hearings: a case file review, which is an opportunity for the Citizen Review Committee to assess the completeness and readiness of the completed investigation for an appeal; and an appeal hearing. The committee decides whether the decision by the Police Bureau fact-finder is supported by the evidence.

May 13, 2015

Currently, the Citizen Review Committee may request an additional investigation at either stage. Right now, that's at the discretion of either Internal Affairs or IPR.

**\*\*\*\*\*:** [booing] [shouting]

**Severe:** So, the Department of Justice settlement agreement resolved litigation between the United States Department of Justice and City of Portland. This was a complaint filed back in 2012 from an investigation which started in 2011 that the Portland Police Bureau had engaged in a pattern and practice of unnecessary or unreasonable force during interaction with people experiencing mental illness.

**\*\*\*\*\*:** [booing] [shouting]

**Severe:** The Citizen Review Committee is mentioned in several places of the agreement. City Council approved the agreement in December of 2012. The agreement was made effective by Judge Michael Simon on August 29th, 2014.

**\*\*\*\*\*:** [shouting] [booing]

**Severe:** These are some of the changes that are part of the Department of Justice settlement agreement and involve the CRC. All administrative investigations of officer misconduct must occur within 180 days of receipt, which includes CRC appeals. Appeals to the Citizen Review Committee should be resolved within 21 days, which would be a big change compared to the way things work right now.

**\*\*\*\*\*:** [booing] [shouting]

**Severe:** CRC members would serve on a rotating basis on the Police Review Board, expansion of the CRC from nine to 11 members, and the CRC may make one request for additional investigation during the appeal process. And that request may include multiple points of inquiry.

**\*\*\*\*\*:** [shouting] [booing]

**Severe:** The need for code change based on the case file review and appeal hearing. Paragraph 121 of the settlement agreement talks about the 180 days. The current appeal process includes a waiting period of around 90 days. Paragraph 121 also talks about the 21 days that the CRC would have to conduct an appeal. The current base case scenario is about 60 days.

The time to file an appeal would be reduced from 30 to 14 days. Proposed changes would allow the case file review and appeal hearing to occur on the same day if the CRC believed the investigation was complete.

**\*\*\*\*\*:** [shouting] [booing]

**Severe:** The proposed code change would require additional investigation by either IPR or IA if the CRC voted to do so. That would not be at the discretion of either investigative entity.

**Fish:** Can I ask a question? What's the rationale for reducing the time to appeal from 30 to 14 days?

**Severe:** So, the --

**\*\*\*\*\*:** [shouting]

**Severe:** -- appeal period is included within the 180 days. So currently, only about 10% of our appellants or community members who filed a complaint request an appeal --

**\*\*\*\*\*:** [shouting] [booing]

**Severe:** As a way of compressing the timeline, we're making the proposed change that would go to 14 days. We have a pretty expansive good cause clause.

**Fish:** And in your view that doesn't prevent people from having a reasonable timeframe -- [indistinguishable] --

**\*\*\*\*\*:** [booing] [shouting]

**Severe:** I don't think so, based on some of the research we have done. It takes 10 to 11 days for people to decide whether they want to file an appeal or not.

May 13, 2015

**\*\*\*\*\*:** [booing] [shouting]

**Severe:** So this slide talks about the appeals that we've had over the last four, five years. 2013 was a pretty active year, there were five appeals. The CRC historically challenges the Police Bureau's findings at least a third of the time, some years as much as 60%.

**\*\*\*\*\*:** [booing] [shouting]

**Severe:** We've had a relatively expensive public engagement process on this code change. It started in October 2014, where CRC members and IPR staff got together to come up with proposed code language that would meet the requirements of the Department of Justice settlement agreement as well as respect the community members who have engaged the City's complaint process. Draft language was put together and was presenting in front of the CRC in January of 2015. February 13th, we sent notification to the COCL, Council offices, and the public that's on our notification list. We heard some feedback from some COCL members that wanted additional time, so we decided to pull this item and set it for today.

**Fritz:** Which in retrospect may not have been the best of things. [laughs]

**Severe:** You know, democracy is a beautiful thing.

**\*\*\*\*\*:** [shouting] [booing]

**Fritz:** Thank you so much.

**Severe:** So do you have any questions on that? Maybe later. Thank you.

**Hales:** Anything you want to add now or maybe later?

**Severe:** So, I believe there are three members of the community who follow these issues who have requested an opportunity to speak on this issue.

**Hales:** We'll let them speak and get you back up after that.

**\*\*\*\*\*:** [shouting] [booing]

**Moore-Love:** We're calling public testimony for this item.

**Hales:** Tell him he can testify now, Mr. Walsh.

**\*\*\*\*\*:** [booing] [shouting] Save our reservoirs! We love you Joe!

**Hales:** Go ahead, ma'am, then Mr. Walsh can follow you and Mr. Handelman after that.

**Dan Handelman:** Let me hand in my testimony here. Mayor Hales and Commissioners -- by the way, I don't cross picket lines and I'm not doing this to disrespect any of you or what you're doing. We came here to testify about this issue today, so I appreciate your devotion to the cause that you are here for. I just want to start by saying that. Oh, I also wanted to ask Mayor Hales if I might have an extra minute.

**Hales:** Sure.

**Handelman:** Thank you. Portland Copwatch extends thanks to the Auditor and the Independent Police Review -- I'm Dan Handelman with Portland Copwatch. A little thrown, but that's OK.

We extend our thanks to the Auditor and the Independent Police Review Division for postponing the changes to the IPR ordinance from February until today. The delay gave a chance for members of the Community Oversight Advisory Board and others to ask questions, make suggestions, and come up with a much better product that you are considering.

We still have concerns about some of the proposed language and the reluctance of IPR and Council to make bolder changes that would give Portland a truly independent civilian review board. Some of today's changes are supposed to get the Citizen Review Committee appeals process down to 21 days as listed in the DOJ agreement, but the DOJ itself told CRC that if they needed more time, that's acceptable. David Knight told CRC the 21-daytime line is one line in a 77-page document and the DOJ would not bring the City to court for lack of compliance if they take 45 days -- and I have posted video of that on our YouTube page.

May 13, 2015

    And Councilor Stacey, I loved your earnest insistence on this timeline. Let's get this built quickly. Let's make sure our planners are moving as quickly as you have to make sure we do have the land use plan in place to support this project -- that'll be part of my to-do list in commitments from this discussion. Very well done so far. This is going to be another great Portland success story, and I thank you all for queuing it up for the whole community. Aye. Thank you.

At 4:42 p.m., Council adjourned.



CITY OF

**PORTLAND, OREGON**

OFFICIAL
MINUTES

### [EXCERPT JULY 8, 2015 – A.M. SESSION]

A REGULAR MEETING OF THE COUNCIL OF THE CITY OF PORTLAND, OREGON WAS HELD THIS 8TH DAY OF JULY, 2015 AT 9:30 A.M.

THOSE PRESENT WERE: Mayor Hales, Presiding; Commissioners Fish, Fritz and Saltzman, 4.

OFFICERS IN ATTENDANCE: Karla Moore-Love, Clerk of the Council; Denis Vannier, Deputy City Attorney; and Jim Wood, Sergeant at Arms.

Item Nos. 742 and 743 were pulled for discussion and on a Y-4 roll call, the balance of the Consent Agenda was adopted.

The meeting recessed at 11:30 a.m. and reconvened at 11:34 a.m.

| | | **Disposition:** |
|---|---|---|
| | **COMMUNICATIONS** | |
| 734 | Request of Ryan Lynch to address Council regarding conditions of the Pier Park restrooms (Communication) | **PLACED ON FILE** |
| 735 | Request of Joan Beldin to address Council regarding needed amenities at Pier Park (Communication) | **PLACED ON FILE** |
| 736 | Request of Keola Morley to address Council regarding Friends of Pier Park (Communication) | **PLACED ON FILE** |
| 737 | Request of Kelly Pergande to address Council regarding Friends of Pier Park (Communication) | **PLACED ON FILE** |
| 738 | Request of Winston Michael Ray to address Council regarding economic development (Communication) | **PLACED ON FILE** |
| | **TIMES CERTAIN** | |
| 739 | **TIME CERTAIN: 9:30 AM** – Authorize the execution of the Columbia River Levee Repair and Accreditation Phase I to Phase II Declaration of Cooperation (Resolution introduced by Mayor Hales) 30 minutes requested (Y-4) | **37142** |

July 8, 2015

| | | |
|---|---|---|
| 740 | **TIME CERTAIN: 10:15 AM –** Accept report on the work of the Village Support Network and the Interfaith Statement on Housing Justice (Report introduced by Mayor Hales) 20 minutes requested<br><br>**Motion to accept the report:** Moved by Fish and seconded by Fritz.<br><br>(Y-4) | **ACCEPTED** |
| 741 | **TIME CERTAIN: 10:30 AM –** Require activation of closed captioning on televisions in public areas (Second reading 733 introduced by Commissioner Fritz; add Code Section 23.01.075) | **REFERRED TO COMMISSIONER OF PUBLIC UTILITIES** |

**CONSENT AGENDA – NO DISCUSSION**

**Mayor Charlie Hales**

| | | |
|---|---|---|
| 742 | Appoint members to the Socially Responsible Investments Committee for terms to expire July 1, 2016 and July 1, 2017 (Report)<br>**Motion to accept the report:** Moved by Fish and seconded by Fritz.<br>(Y-4) | **CONFIRMED** |

**Bureau of Police**

| | | |
|---|---|---|
| *743 | Apply for and accept a grant in the amount of $221,588 from the Oregon Department of Transportation and appropriate $100,000 for reimbursement for the 2015-17 Work Zone Enforcement Program grant (Ordinance)<br>(Y-4) | **187249** |

**Office of Equity and Human Rights**

| | | |
|---|---|---|
| 744 | Authorize exception to the City procurement process to pay Resolutions Northwest for strategic planning services to the Human Rights Commission on May 30, 2015 in the sum of $1,705 (Second Reading Agenda 718)<br>(Y-4) | **187246** |

**Office of Management and Finance**

| | | |
|---|---|---|
| *745 | Pay claim of Spencer Shanks in the sum of $178,882 involving Bureau of Development Services (Ordinance)<br>(Y-4) | **187247** |

**Commissioner Dan Saltzman**

**Position No. 3**

**Portland Fire & Rescue**

July 8, 2015

| 746 | Authorize Intergovernmental Agreement with Metropolitan Service District for Portland Fire & Rescue emergency response vehicles computerized mapping data not to exceed $10,000 per year  (Ordinance; Contract No. 30004638) | **PASSED TO SECOND READING JULY 15, 2015 AT 9:30 AM** |

## Commissioner Steve Novick

### Position No. 4

#### Bureau of Transportation

| 747 | Authorize a contract with the lowest responsible bidder for the 20s Bikeway Project  (Second Reading Agenda 720) (Y-4) | **187248** |

## REGULAR AGENDA

| 748 | Authorize the City Attorney's Office to take all necessary legal steps, including initiation of legal proceedings to bring a declaratory judgment action under ORS 28.020 and 33.710 and any other causes of action regarding the impact of Charter changes, Fire & Police Disability & Retirement Board Resolutions, state statutes, and other law on Fire & Police Disability & Retirement benefits (Previous Agenda 712, Resolution introduced by Mayor Hales and Commissioner Saltzman) | **REFERRED TO COMMISSIONER OF FINANCE AND ADMINISTRATION** |

## Mayor Charlie Hales

#### Office of Management and Finance

| 749 | Accept bid of 3 Kings Environmental, Inc. for the SW Stephenson & SW Hamilton Drainage and Road Shoulder Improvements for $623,497  (Procurement Report – Bid No. 00000009) **Motion to accept the report:**  Moved by Fish and seconded by Fritz. (Y-4) | **ACCEPTED PREPARE CONTRACT** |

July 8, 2015

| | | |
|---|---|---|
| 750 | Adopt the Disposition of City Real Property policy (Previous Agenda 725)  15 minutes requested | |
| | **Motion to amend Exhibit A. III C (1) notification period from 45 to 60 days:** Moved by Fritz and seconded by Fish.  (Y-4) | |
| | **Motion to accept the 7-7-15 amendment package prepared by Office of Management and Finance:** Moved by Saltzman and seconded by Fish.  (Y-4) | **37143** AS AMENDED |
| | **Motion to amend Exhibit A. III C (3)(b) signage requirements to add "The sign shall be in languages common to the area as advised by the Office of Neighborhood Involvement.":** Moved by Fritz and seconded by Fish.  (Y-4) | |
| | (Y-4) | |
| *751 | Authorize sewer revenue bonds to refund outstanding sewer revenue bonds  (Previous Agenda 726) | **187250** |
| | (Y-4) | |

At 12:40 p.m., Council recessed.

July 8, 2015

A RECESSED MEETING OF THE COUNCIL OF THE CITY OF PORTLAND, OREGON WAS HELD THIS 8TH DAY OF JUNE, 2015 AT 2:00 P.M.

THOSE PRESENT WERE:  Mayor Hales, Presiding; Commissioners Fish, Fritz and Saltzman, 4.  Commissioner Fritz left at 5:12 p.m.

OFFICERS IN ATTENDANCE:  Karla Moore-Love, Clerk of the Council; Ben Walters, Chief Deputy City Attorney; Kathryn Beaumont, Chief Deputy City Attorney at 2:45 p.m.; and John Paolazzi, Sergeant at Arms.

The meeting recessed at 3:10 p.m. and reconvened at 3:20 p.m.

| | | Disposition: |
|---|---|---|
| 752 | **TIME CERTAIN: 2:00 PM** – Adopt the Citywide Racial Equity Goals and Strategies as presented by the Office of Equity and Human Rights to guide City policies, plans and procedures  (Resolution introduced by Mayor Hales)  1 hour requested <br><br> **Motion to amend to add Portland Policy Document statement to Resolution:**  Moved by Fritz and seconded by Hales.  (Y-4) <br> (Y-4) | **37144** <br> **AS AMENDED** |
| 753 | **TIME CERTAIN: 3:00 PM** – Adopt the Southeast Quadrant Plan as direction for updating the Central City Plan  (Resolution introduced by Mayor Hales)  2 hours requested <br><br> **Motion to accept Bureau of Planning & Sustainability amendments 1, 2, 3 & 5-9:**  Moved by Fish and seconded by Fritz.  (Y-4) | **CONTINUED TO JULY 29, 2015 AT 2:00 PM TIME CERTAIN AS AMENDED** |

At 5:46 p.m., Council recessed.

July 9, 2015

A RECESSED MEETING OF THE COUNCIL OF THE CITY OF PORTLAND, OREGON WAS HELD THIS 9TH DAY OF JUNE, 2015 AT 2:00 P.M.

THOSE PRESENT WERE: Mayor Hales, Presiding; Commissioners Fish, Fritz and Saltzman, 4. Commissioner Fish left at 5:12 p.m.

OFFICERS IN ATTENDANCE: Karla Moore-Love, Clerk of the Council; Ben Walters, Chief Deputy City Attorney; and Mike Cohen, Sergeant at Arms.

The meeting recessed at 4:05 p.m. and reconvened at 4:16 p.m.

| | | Disposition: |
|---|---|---|
| 754 | **TIME CERTAIN: 2:00 PM –** Update the Floor Area Ratio bonus and transfer provisions of the Portland Zoning Code for the Central City to prioritize affordable housing development and other targeted public benefits (Resolution introduced by Commissioner Saltzman) 1 hour requested | **37145** AS AMENDED |
| | **Motion to amend implementation date to July 1, 2016:** Moved by Saltzman and seconded by Fish. (Y-4) | |
| | **Motion to accept package A amendments 1-5:** Moved by Fish and seconded by Fritz. (Y-4) | |
| | (Y-4) | |
| 755 | **TIME CERTAIN: 3:00 PM –** Revise Noise Regulations for pile driving (Ordinance introduced by Mayor Hales; amend Code Title 18) 2 hours requested | CONTINUED TO JULY 29, 2015 AT 9:30 AM |
| | **EXECUTIVE ORDER** | |
| 756 | Assign Commissioner Saltzman commissioner in charge of the Bureau of Development Services and Commissioner Fritz commissioner in charge of Office of Neighborhood Involvement effective July 15, 2015 (Ordinance; Executive Order) | **187245** |

At 5:27 p.m., Council adjourned.

**MARY HULL CABALLERO**
Auditor of the City of Portland

By   Karla Moore-Love
Clerk of the Council

For a discussion of agenda items, please consult the following Closed Caption File.

July 8, 2015
Closed Caption File of Portland City Council Meeting

This file was produced through the closed captioning process for the televised City Council broadcast and should not be considered a verbatim transcript.
Key: ***** means unidentified speaker.

**JULY 8, 2015**          **9:30 AM**

**Hales:** Welcome to the July 8th meeting of the Portland City Council. Would you please call the roll?
**Saltzman:** Here.  **Fritz:** Here.  **Fish:** Here.  **Hales:** Here.
**Hales:** Good morning. We have some communications items up front in which we allow citizens to come in and talk about any subject they see fit to talk about, and we'll do that first, and then we have the regular Council calendar after that -- some time certain items first of all. Council meetings are open to the public and we welcome your participation. If you want to speak on an item that's on our agenda today, just let our Council Clerk know and she'll get you on a list. We typically allow people three minutes to testify. It doesn't look like we have a huge number of people here to testify this morning, so that should be easy to do. We ask that we observe basic decorum here, and that is if you agree with your fellow citizen and want to indicate that, you can give them a thumbs-up or wave your hand, and if you want to indicate disapproval, do so or with a polite hand gesture. We ask that you not make vocal demonstrations in favor or against our fellow citizens' points of view in this room so that all are heard. With that, we want to welcome you all and take up first communication item 734.
Item 734.
**Hales:** And I know there are several of you signed up on the same subject. If you want to come up together, you can read the next three as well and bring up another chair.
*****: [inaudible]
**Hales:** That's fine, that's fine. Come on up, please.
Item 735.
Item 736.
Item 737.
**Hales:** Welcome, and we do have your written material as well. Whoever would like to go first.
**Joan Beldin:** My name is Joanie Beldin, and I live three houses away from Pier Park. Living next door to an 80-acre park filled with large trees was the deal-breaker for my moving into that home. I don't know how many of you have actually come to Pier Park, but for those of you who haven't, I'd like to give you a brief introduction. And you do have some photos in your packet there.

For me, it's a park of tree-lined walkways and trails -- because I'm a walker, that's why I love the park. However, it's much more than that. It's also a park widely used by many -- by those who love to play baseball and soccer, bike riders, runners, dog walkers, teens shooting baskets, parents and children at the playground. It's a place to cool off in the pool on hot summer days, a place to enjoy a family picnic, and a place that provides world-class disc golfing. It also has a skateboard park and a tennis court with a cracked court, so it's not really useable right now. That's what Pier Park has to offer.

Unfortunately, to its users, Pier Park is also famous for what it doesn't have, which is a lack of basic adequate amenities. Our restroom and drinking fountains are substandard at best, and we'll be having some pictures to demonstrate that. There's not

July 8, 2015

should have more trees, and none would have gotten planted if we hadn't had volunteers out doing them. That's why this matters so much and why we believe so much in this partnership.

And each of us can do more. The word shame is appropriate, it is a shame. We should be ashamed that we have not made more progress than we have, but we'll make it through this kind of partnership and this kind of shared commitment. One I want to mention in particular -- and actually a way I believe that your initiative can help us is one ever the things we have committed to in this Home for Everyone effort -- which Marc Jolin is here, we stole him away from direct service to homeless people at JOIN and asked him to be the staff person for the City and the County and the Housing Authority in the City of Gresham working together to try to be coherent among all those multiple governments and what we do in housing. And we've said we're going to take on one thing that in addition to the rest of the commitments we have made where we can move the ball down the field just a little bit, and that is, we're going to try to get all of our homeless veterans inside this year. It's a manageable number of people. We need to house two a day in order to make good on that promise. We're running at a little under two a day, so we need more property owners, landlords who have units to make them available for these vouchers. We're not asking them actually to donate, we're asking them to just rent them to us. So, there's one more way that we will rely on partners, whether it's a faith community or landlords and their organizations to say, we can do this. We can house more families. We can get those families into services and education and opportunity and into community. And so, I would love to have your help, and I know Commissioner Saltzman would as well as members of that consortium. We're going to try to make this happen.

I'm really heartened by this. I think this is a wonderful and miraculous good thing that people of faith have come together and want to work in constructive partnership, family by family, across the city to make this kind of a difference. I agree, we should hear from you every year. We should hear more progress, and you should call on us to do more and call on us to make the changes we need to make to make real good progress together. Thank you so much. Aye. Thank you. More good work to come.

**Item 741.**
Hales: Anything you want to comment on, Commissioner Fritz?
Fritz: Yes, Mayor, I would like to request this be pulled back to my office for some more work. We'll reschedule it later in the summer.
Hales: OK, so ordered. Thank you. Thank you all for coming. Let's move on to the items that we pulled. Do we do those next? OK, Item 742.

**Item 742.**
Hales: Not sure if any of our members are here. Someone requested that this be pulled off the calendar?
Moore-Love: Joe, I believe.
Hales: Mr. Walsh here?
Moore-Love: Oh, Lightning? Sorry, Lightning did.
Hales: OK. Anyone want to speak on this item? If not we'll take a roll call.
Moore-Love: Mr. Lightning wants to speak.
Hales: Oh, he is here -- sorry. Come on up. Good morning.
Lightning: Good morning. I'm Lightening, I represent Lightening Watchdog X. One of the concerns I had on this issue again on the representatives is that I want to make sure when we're talking climate change and we had this group looking at the fossil fuel companies, that we begin with an understanding that pulling their funding isn't necessarily the right thing to do. What we have to look at is that with these companies they have infrastructures in the trillions of dollars, and you don't go in there and shake them up in an aggressive

July 8, 2015

**Fish:** Christine, could you translate into plain English what contaminated media disposal means?

**\*\*\*\*\*:** [shouting]

**Hales:** Excuse us, we're elsewhere on the calendar.

**Joe Walsh:** Do you have ADA, sir?

**Hales:** Go ahead, please.

**Walsh:** I have to leave from time to time, you know -- I stand here outside, I pulled that item -- [shouting] [indistinguishable] --

**Hales:** Go ahead --

**Walsh:** [shouting] [indistinguishable]

**Hales:** Go ahead --

**Walsh:** No discussion! No discussion!

**Hales:** Sir, you're going to be asked to leave and then you're going to be excluded. You've been there before, so you need to --

**Walsh:** Yes, I have! Go ahead, sir --

**Hales:** You're excluded then, another 60 days, Joe --

**Walsh:** [shouting] [indistinguishable] -- and you explain ADA to everybody --

**Hales:** Joe, it's time to go. You're out for another 60 days.

**Walsh:** It's your time to go -- [indistinguishable]

**Hales:** See you later.

**Walsh:** Fraud!

**Hales:** See you, Joe.

**Walsh:** [indistinguishable] 60 days this time. What a piece of crap --

**Hales:** Please, go ahead.

**Brandon Wilson, Bureau of Environmental Services:** BES project manager and design engineer. Your question about the contaminated media --

**Walsh:** [shouting] [indistinguishable] -- just show how cheap you are, Charlie --

**Wilson:** The contaminated media --

**Walsh:** [shouting] You're not a Mayor, you're a -- [indistinguishable]

**Hales:** Sir, you're going to need to leave now or else we're going to have ask --

**Walsh:** [shouting] [indistinguishable] -- Charlie --

**Hales** -- ask the police to come.

**Walsh:** [shouting] -- you -- [indistinguishable]

**Hales:** Do you understand?

**\*\*\*\*\*:** [shouting]

**Hales:** OK, we're recessed.

At 11:30 a.m., Council recessed.
At 11:34 a.m., Council reconvened.

**Hales:** We'll continue with the discussion.

**Fish:** And so the pending question was to just describe -- to translate into plain English what we mean when we talk about disposable of contaminated media. Those of us with cable TV might define it differently than you do.

**Wilson:** Definitely. So, DEQ has certain thresholds for contaminants. Essentially for this project, we're talking about the top layer of soil in the ditches that will be excavated. So over the years -- lead, perhaps, or other contaminants from automobiles -- that's basically what we're talking about.

Exhibit F
Page 9 of 10

July 8, 2015

**Fish:** Even if none of us are here to pop the champagne cork in 2022, it will be a conversation we will be having as we look at our five-year forecast and look at rates generally because we'll be able to make some predictions or planning about whether those dollars go into capital, rate reduction, or something else that the Council things important.

**Biery:** That's correct, Commissioner.

**Fish:** Thank you.

**Hales:** Thank you very much. Anyone want to speak on this item? If not, it is an emergency ordinance. Roll call.

**Item 151 Roll.**

**Saltzman:** Thank you, Jonas. This is indeed something worth celebrating -- saving money. Aye.

**Fritz:** Thank you for sitting through not only this long morning but the previous one where we didn't get to your item. That must have set an all-time record for a staff person patiently waiting to save $24 million for the citizens of Portland. Thank you very much for all of your work and for yet again saving us more money. Aye.

**Fish:** Nicely done, and thanks for the briefings and your work on this. Aye.

**Hales:** This City is well-managed financially, and this is just one more indication of that and it relies a lot on our professional staff. Jonas, thank you for the work that you do. And again, the fact that this is unspectacular in terms of the noise level doesn't mean that it's not spectacular in terms of the outcome. Thank you very much. Aye.

**Biery:** Thank you.

**Hales:** We're recessed until 2:00 p.m.

At 12:40 p.m., Council recessed.

[end of excerpt]