3.15.020 Bureau of Internal Business Services.

### 3.15.020 Bureau of Internal Business Services.

(Amended by Ordinance No. 187060, effective March 25, 2015.)

**A.** The Bureau of Internal Business Services shall be supervised by a Director who shall report to the CAO.  The Bureau of Internal Business Services consists of CityFleet, Facilities Services, Printing and Distribution Services and Risk Management.  The Bureau of Internal Business Services provides facilities, fleet, printing and distribution and risk management services for the City; manages and maintains the Portland Oregon ™ sign and all associated intellectual property; and any other duties assigned by the CAO.  The Bureau of Internal Business Services shall be responsible for the CityFleet Operating Fund (PCC 5.04.180), the Facilities Services Operating Fund (PCC 5.04.185), the Printing and Distribution Services Operating Fund (PCC 5.04.200), the Insurance and Claims Operating Fund (PCC 5.04.230), the Worker's Compensation Self Insurance Operating Fund (PCC 5.04.240) and other assigned funds.

**B.** The Bureau of Internal Business Services Director shall be authorized to:

    **1.** Determine the City's equipment or leasing needs and determine appropriate methods of  funding and financing such needs.

    **2.** Execute real property agreements including, but not limited to, easements, permits, licenses and leases, and amendments or renewals of such real property agreements.

    **3.** Execute intellectual property license agreements for use of the Portland Oregon ™ sign. Develop, adopt and maintain an Acceptable Use policy and fee schedule for licensing of the Portland Oregon ™ sign. Maintain, protect, and enforce the City's intellectual property rights in the Portland Oregon ™ sign.

    **4.** Coordinate advance payments for building rentals. In cases where building space has been or shall be rented by the City on lease or on a month-to-month basis and the owner requires advance payment of rentals or a security deposit, the Auditor hereby is authorized to audit and allow such advance payment of rentals or security deposit, provided that advance payments of rentals shall be for a period of not to exceed 31 days.

    **5.** Develop and enforce Rules of Conduct for City Buildings, and require all persons to obey the Rules of Conduct.  City buildings, includes all real properties placed under the facilities management of the Office of Management and Finance.  Any person who fails to comply with the Rules of Conduct for City Buildings, or the reasonable direction of the Person-in-Charge, may be excluded as provided in this Section.

        **a.** Person-in-Charge is defined in ORS 164.205(5) and includes, but is not limited to, any of the following while acting in the scope of employment, agency or duty:

            **(1)** Any peace officer as defined by Oregon law and any reserve officer of the Portland Police Bureau;

            **(2)** Any person providing security services in any City buildings pursuant to any contract with the City, or with any person, firm or corporation managing City leased properties on the City's behalf; or,

            **(3)** Any person specifically designated in writing as the Person-in-Charge by the Commissioner-in-Charge of the Office of Management and Finance or by the Bureau of Internal Business Services Director.

        **b.** City Building Exclusions. Any Person-in-Charge may exclude any person who violates any Rule of Conduct while in or upon any City building or property, from a specific City building or property or from all City buildings and properties, for a period of 24 hours.  The Mayor, and specifically identified designees of the Mayor, may issue an exclusion for any period of time up to and including permanent exclusion from City buildings.

            **(1)** The notice of exclusion shall be in writing, given to the person excluded and signed by the Person-in-Charge.  It shall specify the dates and places of exclusion.  It shall contain a warning of consequences for failure to comply with the notice of exclusion and information concerning the right to appeal the exclusion.

            **(2)** A person receiving a notice of exclusion may appeal, in writing, to the Code Hearings Officer in accordance with the provisions of Title 22 of the Code to have the notice of exclusion rescinded.  Notwithstanding the provisions of Title 22, the appeal to the Code Hearings Officer shall be filed within 5 days of issuance of the notice of exclusion, unless extended by the Code Hearings Officer for good cause shown.  The sworn statement of the Person in Charge who issued the notice of exclusion shall be used as evidence on appeal, unless the appellant requests, in writing, the presence of the Person-in-Charge at the appeal hearing.

**C.** The Commissioner-in-Charge of the Office of Management and Finance is authorized to request the City Attorney to proceed in court as necessary to enforce the provisions of any agreement authorized by Section 3.15.020.

**D.** CityFleet shall be supervised by a Fleet Manager who shall report to the Bureau of Internal Business Services Director.  CityFleet is responsible for managing all City vehicles and equipment, owned leased or rented by the City.  The Fleet

3.15.020 Bureau of Internal Business Services.

Manager shall provide fleet management services as required by the CAO including, but not limited to:

  **1.** Maintain an inventory of all city-owned, leased, or rented motorized vehicles and equipment, licensed trailers, and wheel-mounted equipment. This does not include fire fighting apparatus.

  **2.** Operate the City's maintenance and repair facilities now existing or in the future established for maintenance or repair of the above described fleet equipment.

  **3.** Assist with identifying City vehicle and equipment needs.

  **4.** Manage the assignment of fleet vehicles and equipment.

  **5.** Assist in the development of fuel and resource conservation plans.

  **6.** In cooperation with the Procurement Services Division, purchase, lease or rent vehicles and equipment as defined above. Any proposed lease transactions shall first be reviewed and approved by the City's Debt Manager.

**E.** Facilities Services shall be supervised by a Facilities Manager who shall report to the Bureau of Internal Business Services Director. The Facilities Manager shall provide facilities management services as required by the CAO including, but not limited to:

  **1.** Provide property management services for the inventory and rental of city-owned real property. Provide property management services for the purchase, sale and replacement of city-owned real property.

  **2.** Provide facilities maintenance services, including but not limited to, maintenance and repair of City buildings and their related equipment; and the administration of janitorial, maintenance and security contracts.

  **3.** Provide architectural services including but not limited to architectural design, facilities and space planning, and project management of City capital projects.

**F.** Printing and Distribution Services shall be supervised by a Manager who shall report to the Bureau of Internal Business Services Director. Printing and Distribution Services is responsible for managing all reproduction, mail, distribution and copy services used by the City, and shall be responsible for the equipment needed to provide these services. The Printing and Distribution Manager shall provide printing and distribution management services as required by the CAO including, but not limited to:

  **1.** Provide rapid, convenient reproduction, distribution and mail services, and provide advice and consultation on these services.

  **2.** In cooperation with the Procurement Services Division, review and approve requests for the lease or purchase of office copiers/printers.

  **3.** Manage the processing of U.S. mail and pick up and delivery of interoffice mail, packages and equipment.

**G.** Risk Management shall be supervised by a Risk Manager who shall report to the Bureau of Internal Business Services Director. Risk Management is responsible for administering, coordinating and controlling all activities related to commercial and self-insurance including, but not limited to: property and casualty insurance, workers' compensation insurance, liability insurance and the City's right to subrogation on these insurance programs. Risk Management shall obtain a public liability insurance policy or provide the necessary funding through a self-insurance program protecting the City, its officers, agents and employees with limits of not less than the maximum statutory limits of liability imposed on municipalities of the State of Oregon. Risk Management shall monitor and coordinate a citywide loss prevention and control program to minimize potential property, liability, fidelity and personnel losses. Risk Management shall maintain records relating to commercial and self-insurance losses or claims filed against the City. It shall execute any claim or proof of loss for damage to City property.

  **1.** The Risk Manager is hereby delegated authority to evaluate and approve applications for self-insurance programs in lieu of commercial insurance requirements in any City agreement including, but not limited to, contracts and permits. Upon approval of a self-insurance program, the insurance coverage obligation in the City agreement shall be automatically amended without further action by the Council, subject to the approved form being filed with the City Auditor or such other bureau as may be charged with keeping the records.

  **2.** The Risk Manager is authorized to act on behalf of the City on all matters related to workers' compensation including, but not limited to: accept, deny or defer claims; authorize payments of workers' compensation benefits in the amounts required by law relating to workers' compensation claims filed with the City; and, subject to the provisions of the City Charter governing settlements, enter into settlements of workers' compensation claims whether it be on a disputed claims disposition agreement or disputed claim settlement basis. Workers' compensation insurance shall be administered in accordance with the laws for the State of Oregon and shall be on a self insurance basis. The City Attorney may represent the City on workers' compensation matters, including litigation or settlement of claims. The City Attorney shall approval all settlements as to form.

3.15.020 Bureau of Internal Business Services.

**3.** Subject to the provisions of City Charter governing settlements, the Risk Manager is authorized to act on behalf of the City of Portland in the settlement of tort claims and court actions alleging employment discrimination and violations of civil rights, subject to concurrence of the Bureau of Human Resources Director.

**4.** The Risk Manager is authorized to investigate complaints of discrimination filed with the Civil Rights Division of the Oregon Bureau of Labor and Industries, or the Equal Employment Opportunity Commission.  During the investigation of complaints filed, the Risk Manager or designee shall be an agent of the Office of the City Attorney for purposes of representing the City.  The Risk Manager is authorized to settle such complaints subject to the following provisions.

**a.** Subject to PCC Section 3.15.040, the Risk Manager may make settlements in an amount not exceeding $5,000 and shall file a report with the Council two weeks after the end of each month with respect to the settlements entered into pursuant to this subsection.

**b.** Where a settlement agreement provides for payment of a claim in an amount in excess of $5,000, the settlement must be approved by City Council.

**5.** The Risk Manager is authorized to investigate and enter into settlements on fair and moral claims which are not covered by insurance.

5.36.115 Designation of â€œPersons In Chargeâ€‌ for Purposes of Excluding Persons From City Property.

**5.36.115 Designation of    "Persons In Charge"    for Purposes of Excluding Persons From City Property.**

(Added by Ordinance No. 161538, effective Feb. 4, 1989.)
**A.** For purposes of ordering persons to leave City property, each Commissioner In Charge is authorized to designate persons in charge of City property within that Commissionerâ€™s assigned bureaus and departments or to which that Commissioner otherwise has authority.  The designation shall be made in writing, and any person so designated shall be a â€œperson in chargeâ€‌ as that term is defined in ORS 164.205(5) until the designation is removed by the Commissioner In Charge or the designated person ceases to be an employee or officer of the City ofPortland.
**B.** City elected officials and the administrator of each City bureau shall advise the Commissioner In Charge on the selection of individuals to be designated as â€œpersons in chargeâ€‌ of City property, and shall advise the Commissioner In Charge of the City property over which such individuals exercise control.  They shall also advise the Commissioner In Charge when the list of designated â€œpersons in chargeâ€‌ is in need of amendment.
**C.** The Commissioner In Charge shall maintain a list of all persons who have been designated as â€œpersons in chargeâ€‌ of City property.  Upon request, the City shall provide a copy of the list to the District Attorneys of Multnomah, Clackamas and Washington counties.
**D.** For purposes of this Section, â€œCity propertyâ€‌ shall include all real property either owned by the City or in which the City has a property interest

**Exhibit B**
**Page 1 of 1**



Office of Mayor Hales
City of Portland

January 1, 2013

**MEMORANDUM**

TO:          Jack Graham, Chief Administrative Officer, OMF
             Bryant Enge, Director of the Bureau of Internal Business Services, OMF

FROM:        Mayor Charlie Hales

RE:      ›   Delegation of Authority

In accordance with Ordinance 161538 (Portland City Code Section 5.36.115), I am delegating to
you the authority to develop and enforce "Rules of Conduct" for all buildings and properties
within scope of the OMF Facilities Services. Rules of Conduct are developed for the safety and
well being of City of Portland properties, their visitors and staff.

This authority will permit you to enforce the "Rules of Conduct" by means of exclusion from
City of Portland properties, for periods of 24 hours, three (3) months, six (6) months, one year or
permanent exclusion when determined in the best interest of the City of Portland. The "Person in
Charge" will determine what period of exclusion is warranted for any individual(s) who violate
any of these rules while on or in City of Portland properties.

Designated persons:

      Jack Graham, Office of Management and Finance
      Bryant Enge, Office of Management and Finance
      Gail Shibley, Chief of Staff to Mayor Charlie Hales, or designees

All security officers who are under contract to the City of Portland to provide security services on
City property.

During non-business hours, only after attempting to contact, and exhausting the above list of
primary designated persons, the Portland Police Bureau (PPB) PIC is also designated to enforce
the "Rules of Conduct" by means of exclusion from City of Portland properties and individual(s)
for a period of not more than 24 hours. The primary designated person(s) will review within those
24 hours, exclusions issued by PPB. If additional exclusion is determined appropriate, a second
exclusion notice will be issued by the primary designated person(s).

Effective Date of Designation:   1/3/2013

1221 SW Fourth Avenue, Suite 340 ♦ Portland, Oregon 97204
MayorHales@PortlandOregon.gov

Exhibit C
Page 1 of 1



Office of Mayor Hales
City of Portland

## CERTIFICATE OF AUTHORITY

### TO ACT AS A PERSON IN CHARGE OF CITY OF PORTLAND PREMISES

Pursuant to the City of Portland Ordinance No. 161538 (Portland City Code 5.36.115), directing that I, or those whom I designate, act and serve as the authorized person in charge of City owned facilities under my administrative responsibility for the purposes of excluding therefrom any person whom I, or my designate, determine warrants exclusion, I hereby certify that the persons whose names are reflected below have been designated by me to act and serve in my stead and to perform all acts necessary to comply with said Ordinance.

DESIGNATED PERSON(S):

(1)    The person serving as CAO, Office of Management and Finance;

(2)    The person serving as Director or Overseer of OMF Facilities Services;

(3)    The person serving as my Chief of Staff or designees.

(4)    All security Officers who are under contract to the City of Portland to provide security services on City property.

(5)    During non-business hours, only after attempting to contact, and exhausting the above list of primary designated persons, the Portland Police Bureau (PPB) PIC is also designated to enforce the "Rules of Conduct" by means of exclusion from City of Portland properties and individual(s) for a period of not more than 24 hours. The primary designated person(s) will review within those 24 hours, exclusions issued by PPB. If additional exclusion is determined appropriate, a second exclusion notice will be issued by the primary designated person(s).

Exhibit D
Page 1 of 2

PREMISES WHERE DESIGNATED PERSON IS AUTHORIZED TO ACT AS

PERSON IN CHARGE: All of the interior and all exterior areas surrounding City Hall,

1221 SW Fourth Avenue, Portland, Oregon; the Portland Building, 1120 SW Fifth

Avenue, Portland, Oregon; the 1900 Building, 1900 SW Fourth Avenue, Portland,

Oregon; PDC Union Station, 800 NW Sixth Avenue, Portland, Oregon.

COMMISSIONER IN CHARGE

MAYOR CHARLIE HALES

EFFECTIVE DATE OF DESIGNATION: _____1/3/2013_____



# CITY OF PORTLAND
### OFFICE OF MANAGEMENT AND FINANCE
**Charlie Hales, Mayor**
**Jack D. Graham, Chief Administrative Officer**
**Bryant Enge, Director, Bureau of Internal Business Services**

Robert F. Kieta, Manager
**Facilities Services**
1120 S.W. Fifth Avenue, Rm. 1204
Portland, Oregon 97204-1912
(503) 823-5288
FAX (503) 823-6924

---

### Rules of Conduct for City of Portland Properties

The OMF Facilities Services finds:

1. There is a need to provide a safe and healthy environment for visitors and employees of City Properties.
2. There is a need to preserve City Properties and protect them from damage, vandalism, debris and rubbish.
3. There is a need to provide safe access to and from City Properties.
4. There is a need to manage the shared use of City Properties through a permitting process.

Therefore, effective immediately, OMF Facilities Services establishes the following rules of conduct for these locations: City Hall located at 1221 SW Fourth Avenue, Portland, Oregon; The Portland Building located at 1120 SW Fifth Avenue, Portland, Oregon; The 1900 Building located at 1900 SW Fourth Avenue, Portland, Oregon; and Union Station located at 800 NW 6th Avenue, Portland Oregon. These four properties are referred to, collectively and individually, as "City Properties". Unless otherwise specified, these rules apply to all portions of the City Properties contained within their property boundaries, and would include any improvements at these locations (e.g., the buildings and their loggia or porticos, and any outbuildings) as well as the exterior grounds (e.g., any courtyard inclusive of hardscape, garden and greenscape from building to the public sidewalk surrounding each block). Violation of any of these rules is grounds for immediate exclusion from City Properties.

Persons who violate Rules 1-2 may be immediately excluded from the City Properties without warning for a period up to three months, six months, one year, or permanent exclusion when determined in the best interest of the City of Portland. The "Person in Charge" will determine what period of exclusion is warranted; and such acts may be reported to the appropriate law enforcement agency.

1. <u>No person shall violate federal, state or local laws at City Properties:</u>
2. <u>No person shall deface, damage or destroy any City-owned property, or attempt such action.</u> City owned property includes City Properties and City-owned personal property that may be located or associated with the City Properties.

Persons who violate Rules 3-19 may be given up to one warning at the discretion of the "Person in Charge", and then may be asked to leave the City of Portland properties for 24 hours. Subsequent violations by that person of any Rule 3-19, may result in that person's immediate exclusion from City Properties for a period of 24 hours, three months, six months, one year or permanent exclusion when determined in the best interest of the City of Portland. The "Person in Charge" will determine what period of exclusion is warranted.

3. <u>No person shall enter or attempt to enter any secured or restricted portion of any City Properties, not generally open to members of the general public, without first having proper authorization.</u>  Secured or restricted portions of City Properties include but are not limited to rooftops, elevator shafts, electrical or mechanical rooms, security offices, area housing sensitive telecommunication or financial equipment or data, and any areas reserved for administration of City business.
4. <u>No weapons are permitted on City Properties, except as authorized under Oregon Revised Statutes.</u>

---

*An Equal Opportunity Employer*
*To help ensure equal access to programs, services and activities, the Office of Management & Finance will reasonably modify policies/procedures and provide auxiliary aids/services to persons with disabilities upon request.*

Exhibit E
Page 1 of 5

8/9/2013

Weapons include but are not limited to "dangerous weapons" or "deadly weapons" per ORS 161.015, any firearm, pellet gun, spring-loaded weapon, stun gun or taser, metal knuckle, straight razor, weapon of the type commonly known as a nunchaku, blackjack, sap, or sap glove, and any type of knife other than an ordinary pocketknife with a blade not longer than three and one-half inches, any instrument or device capable of or intended for inflicting injury to a person or property of another, and explosive devices or material. This prohibition does not apply to firearms lawfully carried by persons exempt from local regulation under ORS 166.173. The City may request proof of legal authorization for possession of weapons or examination of weapon prior to entry. Public Law 111-117 - The "Consolidated Appropriations Act" (Dec 2009) is applicable while in or on Amtrak leased properties.

5. No person shall engage in conduct that disrupts or interferes with the normal operation or administration of City business, its tenants, employees, visitors or customers, or any City permitted activity. Examples of prohibited conduct include but are not limited to: disorderly conduct; harassment; intimidation; aggressive solicitation of money or other items of value; fighting or provoking a fight; unreasonable noise; conduct which threatens or endangers the health, safety or well-being of any person; or loud or boisterous verbal or physical behavior that reasonably would expect to cause disruption, alarm of fear; climbing or sitting on fences, railings, window sills and other structures erected upon City Properties. These prohibitions include conveying harassing or threatening communications through the City's telecommunication systems. Signs, posters and banners are not allowed into the interior of City Properties if in excess of 8 ½" X 11" in size. (Note: this does not preclude materials used for presentations or authorized events.)

6. No person shall disobey the reasonable direction of a City employee, law enforcement, person in charge or security officer, or posted City signage. A direction is reasonable if it directs a person to obey, or to cease a violation of, any law, rule or regulation applicable to City Properties, or if it is otherwise reasonably related to protection of the health, welfare or safety of the person or of any other persons at City Properties or to the prevention of damage to property, or if it is reasonably necessary to preserve the peace or to prevent the disruption of any activity or permitted event or activity at City Properties. In a designated Sound Buffer Zone, Facilities Services will request users reduce the noise volume and move permissible activities away from adjacent windows.

7. No person shall smoke or carry any lighted smoking instrument at City Properties or within 50 feet of the exterior of any City Properties occupied by City employees as their work site. The exterior no-smoking zone shall be measured from a building's footprint including any exterior structural elements such as portico and loggia. The exterior no-smoking zone does not extend into any property adjacent to City Properties or onto the roadway, but does include driveways, planting strips, sidewalks and pedestrian ways within 50 feet of City Properties.

8. No person shall use City Properties in a manner inconsistent with designed uses, or in a manner likely to cause personal injury or property damage, or for unauthorized events or gatherings Designed uses mean uses of any improvement or property as authorized by the City or as the property is intended, such as: using handrails for stability up and down staircases; using meeting rooms for meeting with government officials and employees; and using common areas for safe access or attending authorized public events. The sandstone railings that surround the City Hall building perimeter at its 4th Avenue and 5th Avenue access points are decorative architectural features and are not designed for use, including uses such as sitting, standing or placement of objects. Extended stays or use of City Properties which may lead to a disruption of the business operations of any City Properties are prohibited.

9. No person shall intentionally obstruct or interfere with the free passage of City employees or visitors. This prohibition includes the placement of objects such as bicycles, skateboards, backpacks, carts or other items in a manner that interferes with free passage for users of City Properties, or otherwise creates unsafe conditions or trip hazards. In designated ADA Access Route, users must move immediately to make way for persons with disability or using mobility devices; mobility devices are wheelchairs, crutch, cane, walker or device that functions similarly to allowed an injured or disabled person increased mobility for travel. The requirement to move immediately to allow for free passage is excused: in a medical emergency; if the person is unable to comply due to physical or mental incapacitation; when allowed pursuant to Facilities Services permits; or during performance of City business.

10. Structures, displays, tables or any other objects may be placed or located in or on City Properties only pursuant to permit and must adhere to access and safety guidelines. Items can be placed in or on City Properties only by permit from Facilities Services. All items must be removed in accordance with the terms

8/9/2013

of the permit. Unauthorized items are subject to collection, removal and disposition, including disposal as abandoned property, nuisance or hazardous material.

11. Other than at City authorized events and as authorized by permit, no person shall play or use amplified or audio equipment at a volume that disturbs others or otherwise interfere with operation of City business. Amplified or audio equipment includes, but is not limited to, megaphones, microphones, laptops, personal communication devices, pagers, stereos, televisions and cellular telephones.

12. No person shall operate roller skates, scooters, skateboards, bicycles, unicycles or other similar devices at City Properties. This does not apply to mobility devices, child strollers or baby carriages that are used in a safe manner. Operators of equipment, including those not specified, are required to dismount upon entry onto City Properties. Bicycles should be properly secured at approved bike racks.

13. No person shall use City Properties for unauthorized storage of personal property or otherwise leave personal belongings unattended. Personal property stored without authorization and unattended personal property shall be subject to collection, removal and disposition, including disposal as abandoned property, nuisance or hazardous material. City employees and visitors may temporarily secure bicycles at approved bike racks located at City Properties. Authorization for storage or placement of personal belonging is allowed in accordance with a permit by Facilities Services. Unattended means not within arm's reach of a person who is able to pick up and move the item immediately.

14. No person shall use City Properties for the purpose of housing or camping functions, including but not limited to, sleeping, bathing, washing hair, or engaging in sexual conduct as defined by ORS.167.060. This rule does not prohibit City employees from using lavatories or shower/changing rooms in conjunction with CityShape Fitness Center and associated City Wellness programs, and in employee commuting and physical fitness routines.

15. No person may bring animals onto City Properties, or leave an animal tethered and unattended at City Properties. This prohibition does not preclude entry by assistance animals while performing the services or tasks the animals are trained to do, animals employed in official performance of police or rescue activities, or animals permitted at authorized City events. A person entering with an animal exempted from this prohibition is responsible for keeping custody and control of the animal at all times and preventing the animal from threatening or causing injury to other persons or damaging property.

16. Except as authorized by the City for functions or approved events, and subject to the requirements of a valid permit or license, no person shall possess, consume or sell alcoholic beverages at City Properties. Any possession, service or consumption of alcoholic beverages shall comply with all applicable state and local laws.

17. Marketing or soliciting of goods and services and the solicitation of charity is allowed at City Properties only by permit from Facilities Services. This prohibition is not applicable to materials that are posted or disseminated at locations authorized for such purposes by the City that comply with retail lease agreements, or specifically approved by the City. Aggressive or harassing conduct is prohibited. Distributors are required to remove their distributed material that may be discarded at City Properties in locations other than appropriate trash or recycling receptacles.

18. All visitors are expected to wear proper attire and to dress in accordance with standards of decency acceptable for conducting City business. No nudity as defined by ORS 167.060. The City of Portland is a fragrance free workplace. Visitors will be requested to respect the healthy workplace protocols and to avoid using added fragrances when visiting City Properties. The City may request visitors limit the duration of their visit or conduct business with the City by alternate means in order to protect the health of its employees and other authorized users of City Properties.

19. No person shall enter City Properties during hours of closure. Except for emergency and City employee access, and unless Facilities Services otherwise designates, the following City Properties are closed to all activities between the hours of 10:00 p.m. and 6:00 a.m.: City Hall; and the Portland Building. Entry into building interiors at City Hall and the Portland Building are generally open between the hours of 8:00 a.m. and 5:00 p.m., or as posted at these buildings, in order for the public to conduct business within those City Properties. Entry into the interior of the building at the 1900 Building will be generally consistent with Portland State University facilities hours, with access to City offices located at the 1900 Building posted at those City offices. Entry into the lobby and other public areas at Union Station will be in accordance with the posted hours for Amtrak passenger and rail services.

Any person who violates any of the above rules may be immediately excluded from City Properties as ordered

8/9/2013

by the "person in charge" pursuant to City of Portland Ordinance No. 161538 (Portland City Code Section 5.36.115).  Immediate Exclusion shall be for a minimum of 24 hours.  Review of the Exclusion Report will be completed within the 24 hours to determine if further period of exclusion is warranted.

Dated this 12 day of August, 2013

Bryant Enge

Director, Bureau of
Internal Business Services
Office of Management and Finance



City Hall Courtyard

4th Ave

Sound Buffer Zone

ADA Access Route



# City of Portland - Building Rules of Conduct

**The following rules are established for the safety and security of our staff, visitors and properties.**

1. No person shall violate federal, state or city law on City of Portland properties.

2. No person shall deface, damage or destroy City of Portland properties.

3. No weapons are permitted in City buildings.

4. No person shall use City of Portland properties for the purpose of hygiene, including without limitation sleeping, bathing, or washing hair

5. Other than at City of Portland authorized events, no person shall play or use amplified or audio equipment at a level that disturbs others.

6. Restaurant and food service seating areas (interior and exterior) are for the use of customers and City of Portland employees. Since the purpose of the seating areas is to accommodate a large number of persons on a rotating basis, use by any one person, shall be limited to two hours per day.

7. No person shall use City of Portland properties exterior grounds and covered areas for sleeping or for unauthorized prolonged stays.

8. No person shall use City of Portland properties and/or their structures and fixtures, including without limitation walls, railings, banisters, stairs, or ventilation fixtures in ways they were not intended to be used, including without limitation sitting, standing, lying, kneeling, or skateboarding.

9. No person shall smoke or carry any lighted smoking instrument while in the interior portion of City of Portland properties. (PCC 8.65.020 Smoking Prohibited Buildings). Smoking in outdoor areas of a city owned building is allowed only at designated areas.

10. No person shall disrupt the orderly administration of city business through any conducts, including without limitation, conducts that involve the use of abusive or threatening language or gestures, conducts that create unreasonable noise, conducts that consist of loud or boisterous talking or physical behavior.

11. No person shall interfere with free passage of visitors or employees to City of Portland properties, including without limitation, placing objects such as bicycles, backpacks, carts or other items in a manner that interferes with free passage.

Any person who violates any of the above rules shall be immediately excluded from City of Portland properties as ordered by the "person in charge" pursuant to City of Portland Ordinance No. 161538 (Portland City Code Section 5.36.115).

Exclusion shall be for a minimum of 24 hours. Review of the Exclusion Report shall be completed within the 24 hours to determine if further exclusion is warranted

City employees violating these rules will be dealt with in accordance with the City's discipline process, and may result in discipline up to and including discharge from employment.

*Thank you for your cooperation*

**Exhibit G**
**Page 1 of 1**



# CITY OF PORTLAND
OFFICE OF MANAGEMENT AND FINANCE

Charlie Hales, Mayor
Fred Miller, Chief Administrative Officer

Bryant Enge, Director
Bureau of Internal Business Services
1120 S.W. Fifth Avenue, Rm. 1250
Portland, Oregon 97204-1912
(503) 823-6962
FAX (503) 823-5384
TTY (503) 823-6868

September 17, 2014

Joseph Walsh
7348 SE Division Street
Portland, OR 97206

RE:    Notice of Exclusion from City Property

Dear Mr. Walsh:

On September 10, 2014, you attended the City Council meeting to observe and to provide public testimony.  At the beginning of the Council meeting, the Mayor, as presiding officer, informed all persons of the ground rules and courtesy expectations for meeting attendance, including the need to limit testimony to the allotted three minutes given to each speaker and to the agenda matter at hand, being respectful of others, and not being disruptive of the proceeding.  On this date, after you testified on a matter at the City Council meeting, two members of the Council made comments in response to your testimony. You then interrupted the Council's deliberation on the matter by attempting to engage in debate with the Council, in violation of the announced ground rules and courtesy expectations for Council meetings.  The Mayor informed you that you could not respond to the Council's comments, that the Council was finished with that item, and that you needed to stop talking.  Instead of complying and letting the proceeding continue, you became upset and disrupted the meeting with numerous outbursts, continuously interrupting as the Mayor repeatedly asked that you stop your behavior. The Mayor twice cautioned you that he was warning you "one more time" that you were disrupting the meeting.  You disregarded those admonitions and continued to interrupt the Mayor, attempting to argue with him and the Council. Because of your disruption of the proceedings, the Mayor asked you to leave the Council chambers. You refused, and the Mayor excluded you from the Council chambers. When you continued to refuse to leave and to argue about whether you were excluded, the Mayor called a ten minute recess while security was directed to escort you from the chambers.  You refused to comply with the initial request from security officers asking you to leave peacefully.

This is not your first incident of disruptive behavior at City Council meetings.  On January 9, 2014, you attended the City Council meeting to observe and to provide public testimony. During your testimony, you became agitated and vociferous, inciting others to be disruptive.  When the Mayor informed you that your opportunity for testimony was concluded, you threw a booklet in the Mayor's direction.

On March 12, 2014, you attended the City Council meeting to observe and to provide public testimony.  During that meeting, you repeatedly interrupted the proceedings with out-of-turn comments and statements while other persons were speaking.  In addition, you physically and verbally disrupted the Council session.  The presiding officer had to ask you many times to stop your disruptive behavior.

An Equal Opportunity Employer
To help ensure equal access to programs, services and activities  the Office of Management & Finance will reasonably modify policies procedures and provide auxiliary aids services to persons with disabilities upon request.
www.portlandonline.com/omf/operations

On May 7, 2014, while at the City Council meeting, you failed to conform to the rules of order for participating at the meeting. You were argumentative and discourteous, and failed to stop your disruptive behavior when first told to do so. In addition, your display of hostility and verbal abuse against another citizen who testified on a matter contrary to your position caused that individual to seek assistance of a security officer because she feared that you would continue your aggressive interaction in a physical manner, giving rise to a concern for her personal safety.

Your behavior in these incidents has disrupted and interfered with the normal operation and administration of City Council meetings. Additionally, you unreasonably have interfered with the ability of other speakers and participants to express their viewpoints, and created situations where other persons who participate at the meetings could be injured or feared for their safety. These incidents demonstrate your inability and unwillingness to follow reasonable directions of the presiding officer.

Your actions have disrupted the City's vital governmental operations through its City Council meetings and are in violation of the City's rules of conduct that all persons are required to observe while on City of Portland properties. The City is responsible for ensuring that employees and visitors have a safe and welcoming environment to conduct business for or with the City. Your disruptive behaviors have created an unsafe environment for City employees and visitors conducting City business, and have caused stressful and fearful work conditions. As property owner, the City of Portland has the right to exclude you from its properties due to your repeated engagement in these disruptive activities.

Pursuant to Portland City Code Section 5 36.115, as well as the authority from City Charter, City Code and as authorized by the City Council and the Mayor, the Office of Management and Finance has been designated to administer and enforce the rules of conduct for City properties and to issue exclusions to persons who violate the rules of conduct on City properties. On behalf of the City of Portland and as the designated person in charge, the following restrictions are imposed on your access to City properties:

1. You are excluded from the following City of Portland property:

   - *City Council Chambers of the Portland City Hall located at 1221 SW 4th Ave. (2nd Floor and 3rd Floor Mezzanine) Portland.*

2. This exclusion is for a period of thirty (30) days, and shall commence on the date of this Notice.


3. This exclusion from the identified City property is in addition to any other exclusions that may have been issued to you by others, such as City parking garage manager or the courts.

4. If you wish to appeal this exclusion, your request for appeal must be made in writing to the Code Hearings Office (1900 SW 4th Ave, Room 3100, Portland, Oregon 97201) within five calendar days of the date of this notice of exclusion and specifying your basis for appeal. Unless you request in writing the presence of the issuing person at the appeal hearing, the sworn statement of the person in charge who issued the notice of exclusion shall be used as evidence. Serve a copy of your request for appeal to the Director of Internal Business Services (address below.) Your request for appeal does not stay the effectiveness of this exclusion.

5. You may not enter or remain on the above identified location while the exclusion is in effect. Any violation of this exclusion will result in your arrest for Criminal Trespass in the Second Degree. The City of Portland will vigorously prosecute you for any and all violations of the law, including criminal trespass.

6. The City of Portland reserves the right to exclude you from other City properties.

7. The City welcomes diverse viewpoints at Council meetings. However, attendance at Council meetings requires attendees to follow the rules of order and the limitations that the Council imposes so that meetings can run efficiently and orderly. During the period of exclusion, you may observe live Council meetings online. See: http://www.portlandoregon.gov/28258. Any testimony you wish to provide must be submitted in writing to the City Council Clerk prior to the meeting date. Contact for the Council Clerk is: 1221 SW 4th Ave, Rm 130, Portland, Oregon 97204 or at http://www.portlandonline.com/auditor/index.cfm?c=26979. The agenda for the City Council meetings is posted by the Council Clerk on the Friday prior to the Council meetings. The Council Clerk provides links on the City's website to the various items on the Council agenda as soon as possible after the agenda is posted.

8. During the period of exclusion, you may continue to conduct business with the City offices located at the Portland City Hall. However, you must comply with the Rules of Conduct for City of Portland Property. The City will not tolerate abusive communication whether in person or in writing. City offices may request that any business you wish to conduct be "by appointment". Breach of the Rules of Conduct, including causing disruption in the common areas of City Hall or harassing City officials or employees, will subject you to additional exclusions.

9. After the term of exclusion expires, you will once again be allowed to attend City Council sessions, and to give oral public testimony in accordance with the Rules of the Council, including such limitations as are imposed by the presiding. Should you engage in further disruption of the Council, you should be aware that any future exclusion is likely to be for a significantly longer period of time.

Questions as to this exclusion must be made in writing to the <u>Director of Internal Business Services, Office of Management and Finance, at 1120 SW 5th Avenue, Room 1204, Portland, Oregon 97204</u>.

Bryant Enge,

Director, Bureau of
Internal Business Services



# CITY OF PORTLAND
OFFICE OF MANAGEMENT AND FINANCE

**Charlie Hales, Mayor**
**Fred Miller, Chief Administrative Officer**

**Bryant Enge, Director**
**Bureau of Internal Business Services**
1120 S.W. Fifth Avenue, Rm. 1250
Portland, Oregon 97204-1912
(503) 823-6962
FAX (503) 823-5384
TTY (503) 823-6868

May 21, 2015

Joe Walsh
7348 SE Division Street
Portland, Oregon 97206

RE:    Notice of Exclusion from City Property

Dear Mr. Walsh:

On May 13, 2015, you attended the Portland City Council. At the beginning of the Council meeting, the Mayor, as presiding officer, informed all persons of the ground rules and courtesy expectations for meeting attendance, including the need to limit testimony to the allotted time given to each speaker and to the agenda matter at hand, being respectful of others, and not being disruptive of the proceeding. On that date, after the presiding officer started the first few minutes of the agenda of the City Council meeting and when the Council attorney was in the process of providing legal guidance to the Council members, you and several others began interrupting the Council session. The Mayor immediately warned you and others to stop so that Council members could hear the legal guidance being given. When a Council member attempted to make a motion, you and other participants began chanting in loud volume thereby impeding the ability of Council members to hear each other. The Mayor repeatedly asked you and other disruptors to stop. Instead of complying with the reasonable direction of the presiding officer and letting the Council proceeding be carried out in an orderly manner, you continued your disruptive shouting and encouraged other attendees to join in for the expressed purpose of interrupting Council session and to "gain control of council Chambers". You ignored other citizen(s) who asked you to be quiet so that Council could conduct its business. The Council session had to be recessed for over thirty minutes. After Council reconvened after its recess, you recommenced your disruption.

This is not your first incident of disruptive behavior at City Council meetings. On September 17, 2014, you were given an exclusion from City Council meetings due to your history of disruptive behavior for numerous disruptive behavior.

In this latest incident, you have continued your pattern of purposeful disruption of and interference with the normal operation and administration of City Council meetings.

Your action disrupted the City's governmental operations through its City Council meetings. Your behavior also violated the City's rules of conduct that all persons are required to adhere to while on City of Portland properties. The City is responsible for ensuring that employees and visitors have a safe environment suitable for the conduct of business for or with the City. Your disruptive behavior created an unsafe and hostile environment for City employees and visitors conducting City business.

*An Equal Opportunity Employer*
To help ensure equal access to programs, services and activities, the Office of Management & Finance will reasonably modify

Exhibit I
Page 1 of 3

Pursuant to Portland City Code Section 5.36.115, as well as the authority of the City Charter, City Code and as authorized by the City Council and the Mayor, the Office of Management and Finance has been designated to administer and enforce the rules of conduct for City properties and to issue exclusions to persons who violate the rules of conduct on City properties.  On behalf of the City of Portland and as the designated person in charge, I am imposing the following restrictions on your access to City properties:

1.  You are excluded from the following City of Portland property:

    - *City Council Chambers of the Portland City Hall located at 1221 SW 4th Ave. (2nd Floor and 3rd Floor Mezzanine) Portland.*

2.  This exclusion is for a period of thirty (30) days, and shall commence on the date of this Notice.


3.  This exclusion from the identified City property is in addition to any other exclusions that may have been issued to you by others, such as City parking garage manager or the courts.

4.  If you wish to appeal this exclusion, your request for appeal must be made in writing to the Code Hearings Office (1900 SW 4th Ave, Room 3100, Portland, Oregon 97201; Phone 503-823-7307; Fax 503-823-4347; TTY 503-823-6868) within five calendar days of the date of this notice of exclusion and specifying your basis for appeal.  Unless you request in writing the presence of the issuing person at the appeal hearing, the sworn statement of the person in charge who issued the notice of exclusion shall be used as evidence.  Serve a copy of your request for appeal to the Director of Internal Business Services at the address below. Your request for appeal does not stay the effectiveness of this exclusion.

5.  You may not enter or remain on the above identified location while the exclusion is in effect. Any violation of this exclusion will result in your arrest for Criminal Trespass in the Second Degree. The City of Portland will vigorously prosecute you for any and all violations of the law, including criminal trespass.

6.  The City of Portland reserves the right to exclude you from other City properties.

7. The City welcomes diverse viewpoints at Council meetings. However, attendance at Council meetings requires attendees to follow the rules of order and the limitations that the Council imposes so that meetings can run efficiently and orderly.  During the period of exclusion, you may observe live Council meetings online. See: http://www.portlandoregon.gov/28258.  During the period of exclusion, any testimony you wish to provide must be submitted in writing to the City Council Clerk prior to the meeting date.  Contact for the Council Clerk is: 1221 SW 4th Ave, Rm 130, Portland, Oregon 97204 or at http://www.portlandonline.com/auditor/index.cfm?c=26979.  The agenda for the City Council meetings is posted by the Council Clerk on the Friday prior to the Council meetings. The Council Clerk provides links on the City's website to the various items on the Council agenda as soon as possible after the agenda is posted.

8.  During the period of exclusion, you may continue to conduct business with the City offices located at the Portland City Hall.  However, you must comply with the Rules of Conduct for City of Portland Property.  The City will not tolerate abusive communication whether in person or in writing. City offices may request that any business you wish to conduct be "by appointment".  Breach of the Rules of Conduct, including causing disruption in the common areas of City Hall or harassing City officials or employees, will subject you to additional exclusions.

Exhibit I
Page 2 of 3

9. After the term of exclusion expires, you will once again be allowed to attend City Council sessions, and to give oral public testimony in accordance with the Rules of the Council, including such limitations as are imposed by the presiding. Should you engage in further disruption of the Council, you should be aware that any future exclusion is likely to be for a significantly longer period of time.

Questions as to this exclusion must be made in writing to the <u>Director of Internal Business Services, Office of Management and Finance, at 1120 SW 5th Avenue, Room 1204, Portland, Oregon 97204</u>.

Bryant Enge

Director, Bureau of
Internal Business Services

Exhibit I
Page 3 of 3



**CITY OF PORTLAND**
OFFICE OF MANAGEMENT AND FINANCE
**Charlie Hales, Mayor**
**Fred Miller, Chief Administrative Officer**

Bryant Enge, Director
Bureau of Internal Business Services
1120 S.W. Fifth Avenue, Rm. 1250
Portland, Oregon 97204-1912
(503) 823-6962
FAX (503) 823-5384
TTY (503) 823-6868

July 15, 2015

Joe Walsh
7348 SE Division Street
Portland, Oregon 97206

RE:   Notice of Exclusion from City Property

Dear Mr. Walsh:

On July 8, 2015, you attended the City Council meeting to observe and to provide public testimony. At the beginning of the Council meeting, the Mayor, as presiding officer, informed all persons of the ground rules and courtesy expectations for meeting attendance, such as the need to limit testimony to the allotted time given to each speaker and to the agenda matter at hand, being respectful of others, and not being disruptive of the proceeding. On that date, while an agenda matter was being heard by Council, you disrupted the session by yelling from the public seating area. You failed to stop your interruption while the agenda matter was being presented by other speakers but instead went to the presentation table to continue your yelling. The Mayor repeatedly asked you to stop. Instead of complying with the reasonable direction of the presiding officer and letting the Council proceeding be carried out in an orderly manner, you continued your interruption. The Council session had to be recessed while you were escorted out of Council Chambers. While still in the building, you engaged in a loud confrontation with a City staff in the atrium area.

This is not your first incident of disruptive behavior at City Council meetings. On September 17, 2014, you were given an exclusion from City Council meetings due to your history of disruptive behavior for numerous disruptive behavior.

On May 20, 2015, you were given another exclusion from City Council meeting due to your disruptive behavior.

In this latest incident, you have continued to demonstrate a pattern of purposeful disruption and interference with the normal operation and administration of City Council meetings. This latest incident demonstrates your inability and unwillingness to follow reasonable directions of the presiding officer.

Your action disrupted the City's vital governmental operations through its City Council meetings and is in violation of the City's Rules of Conduct that all persons are required to observe while on City of Portland properties. The City is responsible for ensuring that employees and visitors have a safe and welcoming environment to conduct business for or with the City. Your disruptive behavior created an unsafe and hostile environment for City employees and visitors conducting City business, and have

*An Equal Opportunity Employer*
*To help ensure equal access to programs, services and activities, the Office of Management & Finance will reasonably modify*
*policies/procedures and provide auxiliary aids/services to persons with disabilities upon request.*
www.portlandonline.com/omf/operations

Exhibit J
Page 1 of 3

caused stressful and fearful work conditions. As property owner, the City of Portland has the right to exclude you from its properties due to your repeated engagement in these disruptive activities.

Pursuant to Portland City Code Section 5.36.115, as well as the authority from City Charter, City Code and as authorized by the City Council and the Mayor, the Office of Management and Finance has been designated to administer and enforce the Rules of Conduct for City properties and to issue exclusions to persons who violate the Rules of Conduct on City properties. On behalf of the City of Portland and as the designated person in charge, the following restrictions are imposed on your access to City properties:

1.  You are excluded from the following City of Portland property:

    - *Portland City Hall located at 1221 SW 4th Ave., Portland, Oregon. Excluded areas include the loggias, and ramps or driveways leading to City Hall including the decorative fence surrounding City Hall to the building.*

2.  This exclusion is for a period of sixty (60) days, and shall commence on the date of this Notice.

3.  This exclusion from the identified City property is in addition to any other exclusions that may have been issued to you by others, such as City parking garage manager or the courts.

4.  If you wish to appeal this exclusion, your request for appeal must be made in writing to the Code Hearings Office (1900 SW 4th Ave, Room 3100, Portland, Oregon 97201; Phone 503-823-7307; Fax 503-823-4347; TTY 503-823-6868) within five calendar days of the date of this notice of exclusion and specifying your basis for appeal. Unless you request in writing the presence of the issuing person at the appeal hearing, the sworn statement of the person in charge who issued the notice of exclusion shall be used as evidence. Serve a copy of your request for appeal to the Director of Internal Business Services at the address below. Your request for appeal does not stay the effectiveness of this exclusion.

5.  You may not enter or remain on the above identified location while the exclusion is in effect. Any violation of this exclusion will result in your arrest for Criminal Trespass in the Second Degree. The City of Portland will vigorously prosecute you for any and all violations of the law, including criminal trespass.

6.  The City of Portland reserves the right to exclude you from other City properties.

7.  The City welcomes diverse viewpoints at Council meetings. However, attendance at Council meetings requires attendees to follow the rules of order and the limitations that the Council imposes so that meetings can run efficiently and orderly. During the period of exclusion, you may observe live Council meetings online. See: http://www.portlandoregon.gov/28258. Any testimony you wish to provide must be submitted in writing to the City Council Clerk prior to the meeting date. Contact for the Council Clerk is: 1221 SW 4th Ave, Rm 130, Portland, Oregon 97204 or at http://www.portlandonline.com/auditor/index.cfm?c=26979. The agenda for the City Council meetings is posted by the Council Clerk on the Friday prior to the Council meetings. The Council Clerk provides links on the City's website to the various items on the Council agenda as soon as possible after the agenda is posted.

8.  During the period of exclusion, you may continue to conduct business with the City offices located at the Portland City Hall through alternate means. The City will not tolerate abusive communication whether in person or in writing. City offices may request that any business you wish

to conduct be "by appointment" at different meeting locations.  Breach of the Rules of Conduct, including causing disruption in the common areas of City Hall or harassing City officials or employees, will subject you to additional exclusions.

9.  After the term of exclusion expires, you will once again be allowed to attend City Council sessions, and to give oral public testimony in accordance with the Rules of the Council, including such limitations as are imposed by the presiding. Should you engage in further disruption of the Council, you should be aware that any future exclusion is likely to be for a significantly longer period of time.

Questions as to this exclusion must be made in writing to the Director of Internal Business Services, Office of Management and Finance, at 1120 SW 5th Avenue, Room 1204, Portland, Oregon 97204.

Bryant Enge

Director, Bureau of
Internal Business Services