# CITY OF PORTLAND SECURITY GROUP
# INCIDENT REPORT

**OFFICER REPORTING:** Sgt. James Wood        **INCIDENT #** 03-12-14

**DATE OF INCIDENT:** 03-12-14                **TIME OF INCIDENT:** 1300

**LOCATION OF INCIDENT:** City Council Chambers

### TYPE OF INCIDENT BEING REPORTED

|   | ELEVATOR |   | ACCIDENT - VEHICLE |   | THEFT/BURGLARY |
|---|---|---|---|---|---|
|   | FIRE SYSTEM TROUBLE |   | ACCIDENT - PERSONAL |   | OPEN/UNLOCKED DOOR |
|   | FIRE |   | DAMAGE/PROPERTY |   | SECURITY HAZARD |
|   | ALARMS |   | DAMAGE/PRODUCT |   | TRESPASS |
|   | MEDICAL EMERGENCY |   | SAFETY HAZARD |   | SUSPICIOUS ACTIVITY |
|   | ASSISTANCE RENDERED |   | INFORMATIONAL | x | OTHER/MISC |

**OTHER/MISC. (EXPLAIN):** Excessively loud, rude, interrupting behavior

### ALARM TYPE, LOCATION, & RESPONSE

| BUILDING | ========= | ZONE | ================ | FLOOR/DOOR | ===== |
|---|---|---|---|---|---|

| KEY OUT (Y/N) | ======= | RESTORAL (Y/N) | ==== | POLICE DISP. (Y/-) | ===== |
|---|---|---|---|---|---|

| TYPE OF ALARM: | =========================================================== |
|---|---|

**REPORT SUMMARY:**

During 03-12-14 City Council meeting Joe Walsh, who commonly attends meetings, testified on multiple agendas becoming louder and more accusingly to the mayor and commissioners of graft and corruption each time he spoke. Most times Mr. Walsh is critical of councils priorities and use of money, especially allocations to the homeless.

Today Mayor Hales warned Mr. Walsh multiple times to not interrupt others when they spoke and to not interfere with commissioners when they were discussing agenda items. Walsh applauded, spoke out of turn, loudly coughed when ever Commissioner Fish spoke, loudly conversed with other people while others were testifying. When he did not applaud; he would stand and put thumbs up or down in elaborate gestures. These actions are addressed by the mayor or presiding commissioner at the start of each council proceeding and expulsion from proceeding if disruptive behavior persists.

The last agenda item was designated use of funds for low income housing. When Joe Walsh got to the table to testify he banged his cane on the table audible to the back of

## CITY OF PORTLAND SECURITY GROUP
## INCIDENT REPORT

the room, sat down and started in on the entire council about graft, corruption and misuse of funds, literally yelling that they were all crooks and built office space when housing was needed. A female at the back of chambers was, loudly, talking about ethics. Mayor Hales cautioned her and she left, still talking about ethics.

Commissioner Fish attempted to explain the use of funds to Mr. Walsh and Mr. Walsh would have none of it and tried to shout him down still accusing the city of misuse of funds. At that time Mayor Hales ordered Mr. Walsh out of chambers. Mr. Walsh left in an orderly fashion escorted by Sgt. Wood, writer.

After Mr. Walsh exited chambers Mayor Hales and Commissioner Fish discussed the issue with Chief Deputy City Attorney Benjamin Walters about exclusion procedures.

**FINAL RESOLUTION/OUTCOME:**
Joe Walsh left peaceably when ordered to, exclusion procedures are in process

**OFFICER SIGNATURE** Sgt James Wood          **DATE OF REPORT:** 03-12-14
**REVIEWED BY:**                               **DATE REVIEWED:**

# CITY OF PORTLAND SECURITY GROUP
# INCIDENT REPORT

**OFFICER REPORTING:** Sgt. James Wood          **INCIDENT #** 05/13/14

**DATE OF INCIDENT:** 05/07/14          **TIME OF INCIDENT:** 1025

**LOCATION OF INCIDENT:** City Hall Council Chambers 1221 SW 4th Ave., Portland Oregon

## TYPE OF INCIDENT BEING REPORTED

|   | Category | | Category | | Category |
|---|---|---|---|---|---|
|   | ELEVATOR |   | ACCIDENT - VEHICLE |   | THEFT/BURGLARY |
|   | FIRE SYSTEM TROUBLE |   | ACCIDENT - PERSONAL |   | OPEN/UNLOCKED DOOR |
|   | FIRE |   | DAMAGE/PROPERTY |   | SECURITY HAZARD |
|   | ALARMS |   | DAMAGE/PRODUCT |   | TRESPASS |
|   | MEDICAL EMERGENCY |   | SAFETY HAZARD |   | SUSPICIOUS ACTIVITY |
|   | ASSISTANCE RENDERED |   | INFORMATIONAL | x | OTHER/MISC |

**OTHER/MISC. (EXPLAIN):** Disruptive behavior by subject interrupting City Council business

## ALARM TYPE, LOCATION, & RESPONSE

| BUILDING | ========= | ZONE | ================ | FLOOR/DOOR | ===== |
|---|---|---|---|---|---|
| KEY OUT (Y/N) | ======= | RESTORAL (Y/N) | ==== | POLICE DISP. (Y/N) | ===== |

| TYPE OF ALARM: | ================================================== |
|---|---|

**REPORT SUMMARY:**
Joe Walsh testimony becomes disruptive to City Council.  Mayor Hales stops his testimony

**NARRATIVE**
#1 Joe Walsh   Subject of concern
#2 Lisa Frisch   Portland Business Alliance
#3 Carla Love   City Council Clerk

During the May 7th City Council segment taking testimony on the revised handicap parking restrictions in downtown Portland Joe Walsh testified against the restrictions and Lisa Frisch, representing Portland Business Alliance, gave testimony in favor the new restrictions. The new restrictions require non-wheelchair handicap permit owners to pay for parking with time limits whereas now they park free all day. Wheelchair handicap still will park free.

When Joe Walsh sat down to testify he banged his cane on the table and started out accusing City Council of, simply, gouging revenue from already disadvantaged people in an unfair manner. Even with extended time allotted he was saying the move was only revenue

## CITY OF PORTLAND SECURITY GROUP
## INCIDENT REPORT

based. While speaking his voice was becoming elevated, his face reddened and he appeared to be getting angrier the more he spoke.

Mayor Hales told Mr. Walsh that much work went into the ordinance and that a copy could be made available for him to read but they were not going to debate the rationale in council. Mr. Walsh's retort to the mayor was "It would be transparent if you debated it. You sit here and make these goddamned decisions…" Mayor Hales told him "That's it your done". Joe Walsh returned with "No I'm not done. This is outrageous, and so are you." At that time Mayor Hales invited the next speaker to the table. Joe Walsh left the chamber.

Lisa Frisch requested escort from the building from security Sgt. John Chandler because Joe Walsh's hostility had alarmed her and she did not feel safe alone. Refer to Sgt. Chandler's report for further details.

FINAL RESOLUTION/OUTCOME:
Joe Walsh exited City Hall. Lisa Frisch was escorted by Sgt. Chandler City Council resumed agenda items.

OFFICER SIGNATURE   Sgt James Wood         DATE OF REPORT:   05/13/14
REVIEWED BY:                                DATE REVIEWED:

# CITY OF PORTLAND SECURITY GROUP
# INCIDENT REPORT

OFFICER REPORTING: Sgt. James Wood          INCIDENT # 09/10/14

DATE OF INCIDENT: 09/10/14                  TIME OF INCIDENT: 1021 Hrs

LOCATION OF INCIDENT: 1221 SW 4TH AV City Hall Council Chambers

**TYPE OF INCIDENT BEING REPORTED**

|   | Column 1 |   | Column 2 |   | Column 3 |
|---|---|---|---|---|---|
|   | ELEVATOR |   | ACCIDENT - VEHICLE |   | THEFT/BURGLARY |
|   | TROUBLE (FIRE SYSTEM) |   | ACCIDENT - PERSONAL |   | OPEN/UNLOCKED DOOR |
|   | FIRE |   | DAMAGE/PROPERTY |   | SECURITY HAZARD |
|   | ALARMS |   | DAMAGE/PRODUCT |   | TRESPASS |
|   | MEDICAL EMERGENCY |   | SAFETY HAZARD |   | SUSPICIOUS ACTIVITY |
|   | ASSISTANCE RENDERED |   | INFORMATIONAL | x | OTHER/MISC |

OCM NOTIFIED? YES ☐ NO ☐     TIME:          OCM NAME:

OTHER/MISC. (EXPLAIN):

**REPORT SUMMARY:**
On 09/10/14 Joe Walsh was speaking on City Council agenda items and when told by Mayor Hales that his (Walsh's) statement would be heard next week, not today, Walsh became very upset. He yelled that that he would be heard today and caused enough of a disturbance that Mayor Hales called a ten minute recess so security could clear Mr. Walsh from Chambers.

**NARRATIVE:**
#1 Joe Walsh ( person causing disturbance) M/W, age 70S, green t-shirt
#2 Mayor Charley Hales
#3 Commissioner Nick Fish
Security on scene
Sgt. James Wood, Sgt. John Paolazzi, Sgt. Greg Seamster, Supervisor John Chandler, Sgt. Shawn Houck

City Council was convened and agenda items were being processed in an orderly manner. Joe Walsh had already spoken in support of one item and was starting to speak again on two more when Mayor Hales stopped him, informing him, that statements would be taken next week on the third reading of the items. At that time Mr. Walsh became extremely upset, and in a loud, boisterous voice stated "I'll be heard and heard today!"

Mayor Hales cautioned Mr. Walsh three or four times that statements were not going to be taken today and finally, if he did not calm down, he would have to leave Chambers.

Exhibit C
Page 1 of 2

Page 2 of 2

# CITY OF PORTLAND SECURITY GROUP
# INCIDENT REPORT

statement. Upon hearing Commissioner Fish Mr. Walsh slammed his hand, at least, twice on the conference table, in a screaming voice, that he would be heard today and would not be told to come back again. Both Mayor Hales and Commissioner Fish admonished him to stop and leave chambers as he was too disruptive to continue the council meeting. Once again Mr. Walsh persisted, yelling he was being interrupted and kept speaking, wanting an apology from Commissioner Fish. Mayor Hales called a ten minute recess and directed security to escort Mr. Walsh from chambers. As I approached Mr. Walsh and informed him he had to leave chambers, Walsh replied in a very loud, boisterous voice "don't touch me, arrest me or leave me alone, but I'm not leaving".

I contacted Lt. Ackley by phone at The Portland Building at 1030 hours and requested assistance. Shortly thereafter Sgt. John Paolazzi, Supervisor John Chandler, Sgt. Shawn Houck. Sgt. Greg Seamster arrived at City Council Chambers as requested. Sgt. Paolazzi approached Mr. Walsh, who retreated to the rear of chambers, at which time Walsh was escorted from chambers. Out in the lobby, when I attempted to advise Walsh to not return for the day all he would say was "don't be a jerk", directed at me. Walsh left the building!

FINAL RESOLUTION/OUTCOME: Joe Walsh was excluded for 24 hours

OFFICER SIGNATURE   Sgt. James Wood          DATE OF REPORT:  09-10-14
REVIEWED BY:                                 DATE REVIEWED:

Exhibit C
Page 2 of 2

# G4S Secure Solutions CITY OF PORTLAND
# INCIDENT REPORT

OFFICER REPORTING: Sgt. James Wood        INCIDENT #  2

DATE OF INCIDENT: 05-13-2015              TIME OF INCIDENT: 05-20-2015

LOCATION OF INCIDENT: City Council Chambers

TYPE OF INCIDENT BEING REPORTED

| | | | | | |
|---|---|---|---|---|---|
| | ELEVATOR | | ACCIDENT - VEHICLE | | THEFT/BURGLARY |
| | TROUBLE (FIRE SYSTEM) | | ACCIDENT - PERSONAL | | OPEN/UNLOCKED DOOR |
| | FIRE | | DAMAGE/PROPERTY | | SECURITY HAZARD |
| | ALARMS | | DAMAGE/PRODUCT | | TRESPASS |
| | MEDICAL EMERGENCY | | SAFETY HAZARD | | SUSPICIOUS ACTIVITY |
| | ASSISTANCE RENDERED | x | INFORMATIONAL | x | OTHER/MISC |

OCM NOTIFIED?  YES ☐  NO ☐        TIME:             OCM NAME:

OTHER/MISC. (EXPLAIN): On May 13, 2015 City Council Session disruptive behavior

REPORT SUMMARY: Follow up information surrounding the events of 05-13-2015 in City Council Chambers.

NARRATIVE: Supplemental observations by Sgt. James Wood

On May 13, 2015 at approximately 1400 hours I was in City Council Chambers, North side near the City Attorney desk. Jessie Sponberg was to my left and I was across from Joe Walsh and Steven Entwhisle. It appeared to me that, especially Sponberg, was antagonizing council by yelling statements about stopping the reservoir demolition and, loudly, encouraging audience participation. Walsh and Entwhisle were on the other side of chambers doing the same thing. At each break, when council adjourned, Entwhisle, Walsh and Sponberg were collaborating about holding (disrupting the City Council Session) chambers until five pm when the news started on local stations. Each time council reconvened and attempted to do city business the noise from the audience was deafening and relentless with chants for not demolishing reservoirs and a loud cascade of **Boo's** and **No's, all encouraged by and directed by Sponberg, Walsh and Entwhisle.** Joe Walsh walked over to the chair, where Constantin Severe was testifying, laid down on the floor and with a rolled up newspapers, resembled a makeshift megaphone started repeating in a loud and boisterous voice Boos and Nos. Again interrupting the speaker Constatin Severs testimony.

# G4S Secure Solutions CITY OF PORTLAND
# INCIDENT REPORT

FINAL RESOLUTION/OUTCOME: Supplemental Information

OFFICER SIGNATURE  Sgt. James Wood          DATE OF REPORT:  05-20-2015
REVIEWED BY:  _____        DATE REVIEWED:  _____

# CITY OF PORTLAND SECURITY GROUP
# INCIDENT REPORT

| | | | |
|---|---|---|---|
| **OFFICER REPORTING:** | Sgt James Wood | **INCIDENT #** | 07-08-15 |
| **DATE OF INCIDENT:** | July 8, 2015 | **TIME OF INCIDENT:** | 1130 |
| **LOCATION OF INCIDENT:** | | City Hall 2nd Floor Council Chambers | |

**TYPE OF INCIDENT BEING REPORTED**

| | | | | | |
|---|---|---|---|---|---|
| | ELEVATOR | | ACCIDENT - VEHICLE | | THEFT/BURGLARY |
| | TROUBLE (FIRE SYSTEM) | | ACCIDENT - PERSONAL | | OPEN/UNLOCKED DOOR |
| | FIRE | | DAMAGE/PROPERTY | | SECURITY HAZARD |
| | ALARMS | | DAMAGE/PRODUCT | x | TRESPASS |
| | MEDICAL EMERGENCY | | SAFETY HAZARD | | SUSPICIOUS ACTIVITY |
| | ASSISTANCE RENDERED | | INFORMATIONAL | | OTHER/MISC |

**OCM NOTIFIED?  YES ☐  NO ☐  TIME:            OCM NAME:**

**OTHER/MISC. (EXPLAIN):**

**REPORT SUMMARY:** Joe Walsh appeared to become extremely agitated at missing giving testimony on a City Council agenda item and disrupted council requiring Mayor Hales to declare a recess after excluding Joe Walsh from the council chambers and declaring him to be trespassing.

**NARRATIVE:**

Person of interest;

Joe Walsh

Person of interest;

Charles Johnson

Witness;

Rachel Wiggins
Josh Alpert
Dana Haynes

   At City Council session July 8, 2015 Joe Walsh requested agenda item #743 authorizing $100,000 in police overtime to enforce work zone traffic be pulled from consent agenda, no testimony, and moved to regular agenda in order to obtain public testimony on the matter.

Mr. Walsh had just exited council chambers just prior to regular agenda item #743

## CITY OF PORTLAND SECURITY GROUP
## INCIDENT REPORT

moved on to the next item; Joe Walsh was still absent from the council chambers.

As participants were taking seats for the next agenda item and beginning the verbal presentation to the City Council; Joe Walsh returned to chambers, and appeared to have realized he had missed his opportunity to present testimony on #743; became extremely agitated and started using a very loud boisterous verbal complaint directed to the Mayor and Commissioners. Joe Walsh demanded Mayor Hales stop the current proceedings before the council and to return to item #743.

Mayor Hales told Mr. Walsh that he had missed his opportunity to testify and resumed testimony on the current item before the council Item #749. Hearing that Mr. Walsh stormed from his position at the back of the seating area in chambers, slammed his hand on the conference table, and again with a very loud boisterous voice explaining he was just outside and should been called in to testify. He stated he had pulled #743 because he wanted public testimony on police overtime pay and that it was on consent agenda to keep the information from the public.

Since Mr. Walsh would not stop screaming and disrupting council session, Mayor Hales declared Mr. Walsh to be trespassing, and to be excluded for 60 days from City Hall and placed the council session in recess. I approached Joe Walsh to request he leave and that point and time Joe Walsh left the chambers after gathering his belongings without further admonishment and under his own volition.

After Mayor Hales excluding Mr. Walsh' Joe Walsh advised he was leaving voluntarily and added he should get a sixty day exclusion this time. When Walsh started to leave Charles Johnson stood up and yelled at council that $100,000 police overtime should not be a secret, hidden away from public view.

Once outside of chambers Joe Walsh confronted Josh Alpert (reference supplemental from John Chandler) and shortly thereafter left the building. City Council session resume shortly after Joe's exit.

Earlier Walsh had spoken on item #740 the interfaith cooperative on housing in Portland and accused Mayor Hales of being a fraud and directing the theft of homeless people's property during sweeps and poking his hand at the rabbi, pastors, and other religious leaders calling all of them frauds for supporting city councils efforts on affordable housing.

Mayor's staff, Rachel Wiggins witnessed the last few minutes of Joe Walsh's tirade and the exclusion. She did say, earlier in the council session Walsh approached her to chat about nothing in particular but was cordial and friendly.

**FINAL RESOLUTION/OUTCOME:** Joe Walsh left City Hall voluntarily after being excluded by Mayor Hales. Charles Johnson was warned about disruptive behavior.

OFFICER SIGNATURE    **Sgt James Wood**    DATE OF REPORT:    **07/08/15**
REVIEWED BY:                                DATE REVIEWED: