# CITY OF PORTLAND SECURITY GROUP
# INCIDENT REPORT

**OFFICER REPORTING:** Sgt Wayne Dykes        **INCIDENT #**

**DATE OF INCIDENT:** Thurs 1/9/2014          **TIME OF INCIDENT:** About 1445 hours

**LOCATION OF INCIDENT:** 1221 SW 4th Ave (suite 210) Portland City Hall, Portland, OR

## TYPE OF INCIDENT BEING REPORTED

| | | | | | |
|---|---|---|---|---|---|
| | ELEVATOR | | ACCIDENT - VEHICLE | | THEFT/BURGLARY |
| | FIRE SYSTEM TROUBLE | | ACCIDENT - PERSONAL | | OPEN/UNLOCKED DOOR |
| | FIRE | | DAMAGE/PROPERTY | | SECURITY HAZARD |
| | ALARMS | | DAMAGE/PRODUCT | | TRESPASS |
| | MEDICAL EMERGENCY | | SAFETY HAZARD | | SUSPICIOUS ACTIVITY |
| | ASSISTANCE RENDERED | | INFORMATIONAL | x | OTHER/MISC |

**OTHER/MISC. (EXPLAIN):** Prohibited contact by phone

## ALARM TYPE, LOCATION, & RESPONSE

| BUILDING | ======== | ZONE | =============== | FLOOR/DOOR | ===== |
|---|---|---|---|---|---|
| KEY OUT (Y/N) | ====== | RESTORAL (Y/N) | ==== | POLICE DISP. (Y/N) | ===== |

| TYPE OF ALARM: | ================================================ |
|---|---|

### Summary
During a Thursday afternoon City Council Session, Joe Walsh threw a copy of the United States Constitution/Bill of Rights towards the Mayor. No injuries. Reported for information and documentation only.

### Persons Mentioned
Joe Walsh   wma  (**suspect**)
City of Portland Commissioner Amanda Fritz (witness)
City of Portland Commissioner Steve Novick (witness)
City of Portland Mayor Charles Hales   (witness/victim)
City Council Clerk Karla Moore-Love (witness)

### Narrative
From 1400 hours to approximately 1630 hours on Thursday, 1/9/2014, there was a special City Council Session regarding an appeal process on whether or not the City Council should uphold the denial off issuing a special permit by the City Of Portland Parks Department for the Hemp Festival that was scheduled at Portland Waterfront Park in Sept 2014. The City of

# CITY OF PORTLAND SECURITY GROUP
# INCIDENT REPORT

Portland Parks Department denied issuance of the special events permit to the Hemp Festival because of various violations of Oregon State Laws, public safety, parking and sanitation that has occurred with the Hemp Festival for the last several years.

I was present in Council Chambers during this City Council Session working as security.

With Commissioner Fritz being the Commissioner in charge of the Parks Dept, she had publicly said before and during the start of City Council that it was her intention to uphold the denial of the special event permit for the 2014 Hemp Festival at the recommendation of the City of Portland Parks Dept.

After the City Council heard from representatives from the Parks Dept, representatives from the Portland Police Bureau, security who worked last years Hemp Festival Event and from representatives of the Hemp Festival appealing the denial of the special event permit, the City Council then sought public comment from those citizens present in council chambers on whether or not a special event permit should be issued.

One of the citizens that spoke before the Portland City Council was a man who is well know to those within City Hall, Joe Walsh. Mr. Walsh occasionally attends the weekly Wednesday morning City Session and sometimes on Thursdays as well. In the past, Mr Walsh has been very critical and vocal of the decisions the City of Portland Commissioners have made over the years.

Mr. Walsh has described himself in the past as being as an activist an on 1/9/2014; he introduced himself as a representative for individuals of justice. He stated that he had been an activist for over 40 years.

During Mr. Walsh public input he presented , **he became very vociferous and agitated** towards Commissioner Fritz for having already making her decision to uphold the denial of the special event permit to the Hemp Festival without her first having listening to all public input before making her decision

He then accused Commissioner Fritz of violating the Constitution of the United States and read to her the 1st amendment of the United Sates Bill of Rights. Walsh was holding a small booklet that contained the United States Constitution and Bill of Rights.

After reading out loud the 1st amendment of the United States Bill of Rights to Commissioner Fritz, Mr. Walsh told Commissioner Fritz to read it. Commissioner Fritz responded by saying that she was an American Citizen and that she had read the Constitution /Bill of Rights to pass an exam to become an American Citizen because of the fact that she born in England.

Mr. Walsh responded by saying to Commissioner Fritz that **"she was a disgrace as an American Citizen, you are a disgrace"**

Mayor Hales interrupted by saying to Mr. Walsh that he had said enough and Mr. Walsh responded by saying that he knew he was out of order by yelled out to Commissioner Fritz and to the Mayor "**you are out of order**"

# CITY OF PORTLAND SECURITY GROUP
# INCIDENT REPORT

Walsh then responded by saying "here read it" and threw his condensed version booklet towards the head of Mayor Hales. The booklet missed the left side of the mayor's head by a few inches.

After Mr. Walsh threw his small booklet at the Mayor, I got up from security desk and took a few steps towards the table in front of the Commissioner where Mr. Walsh was sitting at. This table is only about 5-7 feet away from where the Mayor and City Commissioners sit at.

I had a expectation/reasonable belief, because of Mr. Walsh's actions, that the Mayor may ask me, (security), to escort Mr. Walsh out of Council Chambers. The Mayor told Mr. Walsh that "**he had made his point**" The mayor made no request to security to escort Mr. Walsh out of Council Chambers and after a few minutes, Mr. Walsh left Council Chambers on his own without having to be escorted by security.

ON 1/23/2014, I spoke to Portland City Council Clerk Karla Moore-Love at her office at City Hall I inquired if the City of Portland had any written rules of conduct/rules of standards for those speaking before City Council and she said there was none. She said that the only rules she knew of was the City of Portland Building Rules.

OFFICER SIGNATURE   Sgt Wayne Dykes              DATE OF REPORT:   1/23/2014
REVIEWED BY:         _____             DATE REVIEWED:    _____

# CITY OF PORTLAND SECURITY GROUP
# INCIDENT REPORT

**OFFICER REPORTING:** Sgt. John J. Chandler          **INCIDENT #** 05-07-2014(Supp)

**DATE OF INCIDENT:** 05-07-2014

**LOCATION OF INCIDENT:** City Hall-City Council Chambers 1221 SW 4th Ave., Portland, OR

### TYPE OF INCIDENT BEING REPORTED

| | | |
|---|---|---|
| ELEVATOR | ACCIDENT - VEHICLE | THEFT/BURGLARY |
| TROUBLE (FIRE SYSTEM) | ACCIDENT - PERSONAL | OPEN/UNLOCKED DOOR |
| FIRE | DAMAGE/PROPERTY | SECURITY HAZARD |
| ALARMS | DAMAGE/PRODUCT | TRESPASS |
| MEDICAL EMERGENCY | SAFETY HAZARD | SUSPICIOUS ACTIVITY |
| ASSISTANCE RENDERED | INFORMATIONAL | X  OTHER/MISC |

**OCM NOTIFIED?** YES ☐  NO ☐          **TIME:**          **OCM NAME:**

**OTHER/MISC. (EXPLAIN):** Disruptive behavior by subject (Joe Walsh) in City Council

**Summary**
Lisa Frisch (Portland Business Alliance) requested personal escort from City Hall after City Council hearing

**NARRATIVE:** At approximately 1100 hours, 05/07/2014 I was contacted by Lisa Frisch on the 1st floor level of City Hall regarding a request to be escorted from building because of fear of retaliation from an individual named Joe Walsh. Lisa Frisch stated during a verbal exchange in the City Council Chambers just moments ago with an individual identified by Lisa Frisch as one Joe Walsh and in the manner in which Joe Walsh spoke to her she was now in fear for her personal safety; either from a continuation of verbal abuse or possibly some type of physical altercation from Joe Walsh. Lisa Frisch stated that she had presented an opposing point of view in a discussion being presented to the City Council that opposed Joe Walsh.

Lisa Frisch did not elaborate as to what specifically was said only that Joe Walsh spoke to her in a manner that scared her. Joe Walsh was now standing on the City Sidewalk in front of the SW 4th Street entrance to City Hall. I escorted Lisa Frisch to the same sidewalk and she left headed southbound away from the City Hall and Joe Walsh who did not follow.

**FINAL RESOLUTION/OUTCOME** Testimony by Joe Walsh was stopped by Mayor Hales- see Incident Report from Sgt. Jim Woods

# CITY OF PORTLAND SECURITY GROUP
# INCIDENT REPORT

**OFFICER REPORTING:** John J. Chandler     **INCIDENT #** 1

**DATE OF INCIDENT:** 05-13-2015     **TIME OF INCIDENT:** 1415 Hours

**LOCATION OF INCIDENT:** 1221 SW 4th Avenue, 2nd Floor City Council Chambers

### TYPE OF INCIDENT BEING REPORTED

| | | | | | |
|---|---|---|---|---|---|
| | ELEVATOR | | ACCIDENT - VEHICLE | | THEFT/BURGLARY |
| | TROUBLE (FIRE SYSTEM) | | ACCIDENT - PERSONAL | | OPEN/UNLOCKED DOOR |
| | FIRE | | DAMAGE/PROPERTY | | SECURITY HAZARD |
| | ALARMS | | DAMAGE/PRODUCT | | TRESPASS |
| | MEDICAL EMERGENCY | | SAFETY HAZARD | | SUSPICIOUS ACTIVITY |
| | ASSISTANCE RENDERED | | INFORMATIONAL | X | OTHER/MISC |

**OCM NOTIFIED?** YES ☐ NO ☐   **TIME:**   **OCM NAME:**

**OTHER/MISC. (EXPLAIN):** Loud, Boisterous verbal disruption by a group of attendees at Wednesday May 13, 2015 afternoon session of City Council. Violation of City Ordinance, Rules of Conduct for City of Portland Buildings, Rule 5; disruption of operation and administration of City business.

**REPORT SUMMARY:** Group of visitors to Wednesday City Council session by designed and intent disrupted and interfered with city business and administration.

**NARRATIVE:**

On Wednesday, May 13, 2015, City Council afternoon session started at 1400 Hours, with Sgt. John Paolazzi on duty with the Mayor. Sgt. James Wood and myself arrived moments after and as the Mayor made a verbal admonished to the individuals in attendance to the council session regarding unacceptable behavior and the appropriate behavior expected based on the City ordinance for Code of Conduct for all City of Portland Buildings, including city Council sessions (see attachment of outline of the Mayor's standard "Code of Conduct" admonishment for City Council Sessions).

At approximately 1415 Hours, with City Council in session and having just completed a vote to proceed regarding; **"Number 485 Consideration proposal of the City of Portland Water Bureau for Demolition Review and the Bureau of Development Services staff and historic Landmarks Commission recommendation of approval for the demolition of 1894 Reservoir #3, 1894 Reservoir #4 and the 1946 Weir Building, all contributing resources in the Washington Park Historic District at 2403 SW Jefferson St (Previous Agenda 414: Hearing introduced by Commissioner Fritz; LU 14-249689 DM).**

Exhibit C
Page 1 of 3

# CITY OF PORTLAND SECURITY GROUP
# INCIDENT REPORT

Several unidentified and identified individuals in attendance began to shout over the top of Mayor Hales who was about to move to the next topic of discussion, the audience employed very loud, boisterous and obnoxious chanting using words like "NO", over and over followed by "BOOO" or booing louder and louder so that what the Mayor had to say about Item 485 on the Consent Agenda could not be understood. At which time Mayor Hales warned or admonished the crowd to stop or he would have to put the session in recess until order was restored. At which time the crowd became even louder and continued to "BOO".

The session was recessed at that point by Mayor Hales. The Mayor, Commissioners, and witnesses all departed the chambers. <u>This disruption was clearly a violation of "Rules of Conduct for City of Portland Properties", Rule #5, "No person shall engage in conduct that disrupts or interferes with the normal operation of administration of City business, its tenants, employees, visitors or customers.</u> **Examples of prohibited conduct include but are not limited to; ....unreasonable noise; ...or loud or boisterous verbal or physical behavior that reasonable would expect to cause disruption, alarm or fear..."**

**Joseph Walsh, Jessie Sponberg, Steven Entwhisle** who were identified by sight and name appeared to be in charge and throughout the afternoon up and until approximately 1530 hours regularly admonished the crowd as to what the intent of the demonstration or disruption was intended to accomplish. **Sponberg, Walsh, and Entwhisle** reminded the crowd that they as a group they had now gained control of the council Chambers and were going to continue to do so until 5:00 PM or until the local news media showed up. **Sponberg** was regularly observed throughout the recess sessions on a cellular telephone, believed to be owned by him, to leave the council chamber with his cell phone to his right ear and then seconds and or minute's later return and converse quietly with **Walsh, Entwhisle** and others. It should be noted that an older female adult, from the League of Women's Voters of Portland, first name **Debbie** tried several times to get the crowd to settle down and recommended that after the first recess was called by the Mayor that everyone should withdraw and allow the City Council to return to conducting the City's business.

This request was immediately refuted by **Sponberg, Walsh** and **Entwhisle** and others unidentified in the crowd. **Sponberg** repeatedly remind the crowd that they had every right to hold the council chambers "hostage" and that they should block any proposed actions of the mayor and commissioner's if they had to continue disrupting throughout the night. **Sponberg and Walsh** reminded the crowd that the council could not conduct any city business unless they "the Council" were actually in the Council Chambers.

The Mayor was attempting to direct his comments at the aforementioned crowd, including **Walsh, Sponberg, Entwhisle** and others unidentified; who refused to listen and continued to yell "No" and "BOO" repeatedly over the top of the Mayor's repeated Code of Conduct statements.

It became obvious through overheard statements by **Sponberg, Walsh and Entwhisle** who were the most vocal and who regularly faced the other attendees throughout the afternoon session that they (everyone) was to prevent any further testimony and a vote on the proposed "Time Certain" Item identified as Number 485 on the Consent Agenda-No Discussion afternoon agenda.

Exhibit C
Page 2 of 3

# CITY OF PORTLAND SECURITY GROUP
# INCIDENT REPORT

At approximately 1445 Hours, the Mayor re-entered the Chamber and address the individuals creating the disturbance and again his voice was drown out by very loud, boisterous statements emanating from the leaders of the attendees which appeared to be **Sponberg, Walsh and Entwhisle** and again employing loud, boisterous chants of "No" and "Boo" over and over. **Joe Walsh** rolled up a newspaper resembling a "megaphone" and repeatedly yelled "NO" and "BOO" directed at the Mayor. The Mayor left the City Council Chambers, along with the Commissioner's and supporting staff. The crowd cheered when the Mayor and Commissioner's left the chambers a second time.

During the second recess, a second argument began when the representative from the League of Women Voters of Portland (Debbie) once again advocated that the City Council be allowed to reconvene, in order to conduct other city business. **Sponberg, Walsh, Entwhisle and others** shouted her down!

At approximately 1500 Hours, the Mayor and Commissioner's reconvene the Council session for a third time and started taking testimony on **Agenda Item #486; Independent Police Review Citizen Review Committee appeals.** Dan Handerman and Constatin Severe attempted to present testimony to the City Council on Item 486, and the crowd led by **Sponberg, Walsh and Entwhisle** repeated the words "NO" and "Boo" and "No Demolition" over and over. **Joe Walsh** repeated his behavior of using a newspaper rolled into the shape of a "megaphone" and laid down behind **Constatin Severe** and with a very loud and boisterous voice repeatedly yelled "NO" and "BOO". Another recess was taken and almost immediately reconvened and **Mr. Constatin Severe** continued to speak and after he completed his testimony (not audible due to the level of noise); the crowd started to slow down and dissipate while others schedule to speak made their presentations. At approximately 1545 hours, the size of attendees was greatly reduced dropping to about 5-10 people not including City of Portland staff and the Council members.

It should be noted that **Sponberg, Walsh and Entwhisle** consulted with each other during each recess. Followed by **Sponberg** espousing to the other attendees what progress they were making and that they needed to hold the line (paraphrasing) until the news media showed up. The withdrawal by **Sponberg, Walsh, Entwhisle** seem to be a nonverbal consensus; as the number of people left the noise level quickly reduced or became nonexistent at around 1600 hours.

FINAL RESOLUTION/OUTCOME: The disturbance was allowed to dissipate without any further action taken. It is recommended that upon reviewing the action of at least three identified individuals were the center piece of the planned disruption and should have actionable proceedings conducted to Exclude from the Council Chambers for future determined time period. Further, at such time that those who remain unidentified are at some point in the future identified, the same action should be taken against them.

| | | | |
|---|---|---|---|
| OFFICER SIGNATURE | John J. Chandler | DATE OF REPORT: | 5-13-2015 |
| REVIEWED BY: | John J. Chandler | DATE REVIEWED: | 5-19-2015 |

Exhibit C
Page 3 of 3

# CITY OF PORTLAND SECURITY GROUP
# INCIDENT REPORT

Supplemental Information:

07-09-2015, 1315 hours

Josh Alpert was standing in the Atrium area of City Council Chambers and Joe Walsh was yelling at him about; "We talked about this before, I have ADA rights!"

The context of this conversation which occurred at that time, between Josh Alpert and Joe Walsh, was Joe Walsh attempt to pin the blame on someone else for the cause of his verbal outburst in Council Chambers about being bypassed and not allowed to provide testimony!

07-09-2015, 1100 hours

I spoke with Dana Haynes who stated he heard Walsh yelling and thought he was talking to Jim Wood. He didn't see Jason Alpert or Joe Walsh. The volume was so loud it caused many to take note of the disruption occurring in City Hall.

Other witnesses Rachel Wiggins and Carla the City Auditor Clerk are out of the office until next week and I will follow up with them upon their return.

John J. Chandler

# CITY OF PORTLAND SECURITY GROUP
# INCIDENT REPORT

| OFFICER REPORTING: | John Chandler | INCIDENT # | 1 |

| DATE OF INCIDENT: | 07-15-2015 | TIME OF INCIDENT: | 1010 Hours |

LOCATION OF INCIDENT:   City Hall, 1st Floor Men's Restroom

### TYPE OF INCIDENT BEING REPORTED

|   | | | | | |
|---|---|---|---|---|---|
|   | ELEVATOR |   | ACCIDENT - VEHICLE |   | THEFT/BURGLARY |
|   | TROUBLE (FIRE SYSTEM) |   | ACCIDENT - PERSONAL |   | OPEN/UNLOCKED DOOR |
|   | FIRE |   | DAMAGE/PROPERTY |   | SECURITY HAZARD |
|   | ALARMS |   | DAMAGE/PRODUCT | x | TRESPASS |
|   | MEDICAL EMERGENCY |   | SAFETY HAZARD |   | SUSPICIOUS ACTIVITY |
|   | ASSISTANCE RENDERED |   | INFORMATIONAL | x | OTHER/MISC |

OCM NOTIFIED?   YES ☐   NO ☐        TIME:  1100 Hours        OCM NAME:  Bob Kieta

OTHER/MISC. (EXPLAIN): Joe Walsh has served with a formal Exclusion Letter at 0905 Hours, 07-15-2015.

REPORT SUMMARY: Joe Walsh after being notified and served with a formal letter of Exclusion re-entered City Hall.

NARRATIVE:

Witness:

James Wood, DOB 7-9-1946, 1120 SW 5th Avenue, Suite 303, 3rd Floor.

At Approximately 1010 Hours, 07-15-2015, Joe Walsh attempted to enter City Hall, through the SW 4th Avenue doors and was advised by Sgt. Jim Wood that he was trespassing. While I, John Chandler, was being advised by telephone from Sgt. Jim Wood, Joe Walsh walked away and entered the men's restroom on the first floor of City Hall.

I contacted Portland Police Bureau Officer Mike Bledsoe, who advised Sgt. Heidi Brockmann (Site Supervisor Portland Police Bureau), that Joe Walsh had re-entered the City Hall on the 1st floor in violation of a Formal Exclusion which I had served on Joe Walsh at 0905 Hours, 07—15-2015. I further advised Officer Bledsoe that when Joe Walsh was served the Letter of Exclusion, I verbally advised Joe Walsh he was formally excluded from City Hall, the entire building and all property that surrounded the building from the stone wall and loggia on SW 5th Avenue to the stone wall on SW 4th Avenue and the exclusion was for 60 days.

# CITY OF PORTLAND SECURITY GROUP
# INCIDENT REPORT

Joe Walsh immediately took the "letter of exclusion" from my hand and ripped the letter up into several small pieces and stewed the remnants of the letter onto the floor in front of City Hall Council Chambers. Joe Walsh raised his voice to a boisterous high pitch and stated; "You waited until now, to do this?" Followed by Joe Walsh accusing me of illegal conduct due to my note taking regarding the exchange and the actions of Joe Walsh as I served his "Letter of Exclusion".

Joe Walsh left the building and immediately walked to the public city sidewalk in front of City Hall, and began yelling and pounding a unknown instrument on a metal surface; throughout the next two hours.

During this period of time, and after two other previously served "Letters of Exclusion" over the past couple of months for same type of disruptive behavior during City Council Session; Joe Walsh re-entered City Hall and proceeded to the men's restroom after being admonished that he was trespassing. Joe Walsh is fully aware what the Exclusion means and how the limitations place restrict his inappropriate and disruptive behavior.

I entered the men's restroom in the company of Officer Mike Bledsoe #41701 and advised Joe Walsh that I was having him arrested for trespassing and that he was fully aware that the Letter he was just given (Letter of Exclusion) by me earlier restricted his ability to re-enter City Hall, 1221 SW 4th Avenue at any time during the next 60 days.. Joe Walsh became extremely boisterous and with a raised voice made accusations that the Portland Police Bureau Officers present at this time were breaking the law and he continued yelling about his ADA rights.

FINAL RESOLUTION/OUTCOME: Reference Portland Police Bureau Report #15-239053.

| | | | |
|---|---|---|---|
| OFFICER SIGNATURE | John Chandler | DATE OF REPORT: | 07-15-2015 |
| REVIEWED BY: | | DATE REVIEWED: | |