DAVID LANDRUM, Oregon State Bar ID Number 955425
Senior Deputy City Attorney
Email: david.landrum@portlandoregon.gov
DANIEL SIMON, OSB No. 124544
Assistant Deputy City Attorney
Email: dan.simon@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
    Attorneys for Defendants

FILED 03 NOV '15 11:09 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| JOSEPH WALSH, | 3:15-cv-01666 SI |
| PLAINTIFF, | |
| v. | EXHIBIT A TO DECLARATION OF TRACEY LE |
| BRYANT ENGE, CHARLIE HALES, CITY OF PORTLAND, | (In Support of Defendants' Motion for Summary Judgment) |
| DEFENDANTS. | |

The attached CD is being filed conventionally with the court and is Exhibit A to the Declaration of Tracey Le (*document 22, filed 10/30/15*).

DATED: November 2, 2015.

                              */s/ Dan Simon*
                              DAVID LANDRUM, OSB #955425
                              Senior Deputy City Attorney
                              DANIEL SIMON, OSB #124544
                              Assistant Deputy City Attorney
                              Telephone: (503) 823-4047
                              Attorneys for Defendants

Page 1 – EXHIBIT A TO DECLARATION OF TRACEY LE

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing EXHIBIT A TO DECLARATION OF TRACEY LE on:

> Joseph F. Walsh
> 7348 SE Division Street
> Portland, OR 97206
> *Plaintiff-Pro Se*

on November 2, 2015, by causing a full, true and correct copy thereof, addressed to the last-known address (or fax number) of said attorney, to be sent by the following method(s):

☒ by **mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by **hand delivery.**

☒ by **email** pursuant to LR 5-2(b).

☐ by **facsimile transmission.**

☐ by **email.**

/s/ Dan Simon
DAVID LANDRUM, OSB #955425
Senior Deputy City Attorney
DANIEL SIMON, OSB #124544
Assistant Deputy City Attorney
Telephone: (503) 823-4047
Attorneys for Defendants

Page 1 – CERTIFICATE OF SERVICE

