DAVID LANDRUM, Oregon State Bar ID Number 955425
Senior Deputy City Attorney
Email: david.landrum@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Attorney for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **JOSEPH WALSH,** | 3:15-cv-01666 SI |
| **PLAINTIFF,** | |
| v. | **DECLARATION OF DANIEL SIMON** |
| **BRYANT ENGE, CHARLIE HALES, CITY OF PORTLAND,** | (In Support of Defendants' Reply in Support of Their Motion for Summary Judgment) |
| **DEFENDANTS.** | |

I, Daniel Simon, Assistant Deputy City Attorney representing defendants City of Portland, Charlie Hales and Bryant Enge in the above-entitled matter, declare as follows:

1. I am one of the attorneys of record in the above-captioned case.

2. During the September 10, 2015 telephone conference at the onset of this case, the parties agreed to resolve this case through cross-motions for summary judgment and set the following case schedule: [Defendants'] Answer due by 10/16/2015. Cross-motions for summary judgment due by 10/30/2015. Responses due 11/20/2015. Replies due 12/4/2014 (*see docket #12, Minutes of Telephone Conference*).

Page 1 – DECLARATION OF DANIEL SIMON

3. On November 23, 2015, the Office of City Attorney received a copy of a document entitled "Response to the City's Brief Concerning Their Motion for Summary Judgment" ("Plaintiff's Second Response") via mail from plaintiff Joseph Walsh.

4. Attached to this declaration as Exhibit 1 is a true and correct copy of Plaintiff's Second Response.

5. As of December 4, 2015, there was no entry in the court's docket sheet for this matter listing a docket number for Plaintiff's Second Response.

6. Attached to this declaration as Exhibit 2 is a true and correct copy of the court's docket sheet in this matter.

7. Defendant's Reply is a reply to Plaintiff's Second Response.

8. I make this declaration in support of Defendants' Reply in Support of Their Motion for Summary Judgment.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: December 4, 2015.

_____
Daniel Simon

Page 2 – DECLARATION OF DANIEL SIMON

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DECLARATION OF DANIEL SIMON on:

Joseph F. Walsh
7348 SE Division Street
Portland, OR  97206
   *Plaintiff-Pro Se*

on December 4, 2015, by causing a full, true and correct copy thereof, addressed to the last-known address (or fax number) of said attorney, to be sent by the following method(s):

☒ by **mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by **hand delivery.**

☒ by **email** pursuant to LR 5-2(b).

☐ by **facsimile transmission.**

☐ by **email.**

_____
DANIEL SIMON, OSB #124544
Assistant Deputy City Attorney
Telephone: (503) 823-4047

Page 1 – CERTIFICATE OF SERVICE