IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JOSEPH WALSH**,<br><br>        Plaintiff,<br><br>        v.<br><br>**BRYANT ENGE**, **CHARLIE HALES**, and **CITY OF PORTLAND**,<br><br>        Defendants. | Case No. 3:15-cv-01666-SI<br><br>**JUDGMENT** |

    Based on the Court's OPINION AND ORDER dated December 31, 2015, the Court enters Judgment in favor of Plaintiff and against Defendants.

    The Court **DECLARES** that, on its face, Portland City Code § 3.15.020B.5.b violates the First Amendment to the U.S. Constitution.

    The Court further **PERMANENTLY ENJOINS AND RESTRAINS** Defendants as follows:

    Defendants, each of them and their agents and employees, and all those in active concert or participation with them, shall not direct or enforce any prospective exclusions pursuant to Portland City Code § 3.15.020B.5.b and the City's "Rules of Conduct for City of Portland Properties," solely based on past incidents of disruption during City Council meetings.

PAGE 1 – JUDGMENT

Nothing in this Judgment shall be construed to limit Defendants' rights properly to maintain order and decorum in City Hall, nor shall anything in this Judgment be construed to restrict the power of the Mayor or other Person-in-Charge from maintaining order and decorum in City Council meetings, including directing that any person who actually disrupts a meeting be excluded for the duration of that meeting.

Additionally, nothing in this Judgment shall be construed to limit the City's ability to adopt and implement an alternative exclusion ordinance consistent with this Judgment and the Court's Opinion and Order.

This is the Court's final Judgment in this matter. The Court retains jurisdiction as necessary to enforce the terms of its Judgment.

DATED this 31st day of December, 2015.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge

PAGE 2 – JUDGMENT