FILED 08 JUL '16 10:40 USDC-ORP

Joseph Walsh
Activist, IFJ
7348 SE Division St
Portland, Oregon
503-946-8428

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

JOSEPH WALSH                       3:15-cv-01666SI
    PLAINTIFF,

V                            PLAINTIFF MOTION FOR
                           ENFORCEMENT OF JUDGE'S ORDER

BRYANT ENGE, CHARLIE
HALES, CITY OF PORTLAND

We rely on the principle that once a judge orders a city to follow his order and that city does not or violates that order there will be consequences to the city. The only way to find out if this city is in compliance is to call all parties into your courtroom and put the relevant witnesses under oath and find out what they have done and are able to do in the future under a permanent injunction. We contend the mayor, G4S, the Portland Police Department, the City Attorney have conspired to "Backdoor" your order. There is a war on activists and the intimidation is having an effect on citizens attending city council meetings. We are not warned that our behavior is unacceptable, we are now arrested first and the charges made up later. In the last incident I did nothing to be arrested, no outburst during the council session, and removed myself from the chambers as ordered. I was arrested not inside the chambers but as I left the City Council Building. No police officer ever approached me until I was outside of the building and announced I was under arrest. We pray that you will assist us as there is no one left to contact. We know you are aware that the DOJ and other interested parties have been contacted and with little response. You are our last hope.

Copy sent to

David Landrum,
Senior Deputy City Attorney
By hand delivery on July 6, 2016
At 1221 SW 4th Ave. RM 430

Joe Walsh
Activist-IFJ
07/06/2016