HARRY AUERBACH, Oregon State Bar ID Number 821830
Chief Deputy City Attorney
Email: harry.auerbach@portlandoregon.gov
DAVID LANDRUM, Oregon State Bar ID Number 955425
Senior Deputy City Attorney
Email: david.landrum@portlandoregon.gov
DANIEL SIMON, OSB No. 124544
Deputy City Attorney
Email: dan.simon@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

**JOSEPH WALSH**,  3:15-cv-01666 SI

      **PLAINTIFF,**

v.  NOTICE OF ASSOCIATION OF COUNSEL

**BRYANT ENGE, CHARLIE HALES,
CITY OF PORTLAND,**

      **DEFENDANTS.**

NOTICE IS HEREBY GIVEN that Harry Auerbach, OSB #821830, Chief Deputy City Attorney, is associated as an attorney of record for Defendants in this matter.

Dated:  March 29, 2017

                              Respectfully submitted,

                              */s/ Harry Auerbach*
                              HARRY AUERBACH, OSB # 821830
                              Chief Deputy City Attorney
                              DAVID LANDRUM, OSB # 955425
                              Senior Deputy City Attorney
                              Telephone: (503) 823-4047

Page  1  –    NOTICE OF ASSOCIATION OF COUNSEL

CERTIFICATE OF SERVICE

    I hereby certify that I served the foregoing NOTICE OF ASSOCIATION OF COUNSEL on:

        Joseph F. Walsh
        7348 SE Division Street
        Portland, OR  97206
           *Plaintiff-Pro Se*

on March 29, 2017, by causing a full, true and correct copy thereof, addressed to the last-known address (or fax number) of said attorney, to be sent by the following method(s):

☒    by **mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐    by **hand delivery.**

☐    by **email** pursuant to LR 5-2(b).

☐    by **facsimile transmission.**

☐    by **email.**

                                    */s/ Harry Auerbach*
                                    HARRY AUERBACH, OSB #821830
                                    Chief Deputy City Attorney
                                    Telephone: (503) 823-4047